**4 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Proposed Attorneys for Russell Wayne Lester

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor. | CASE NO.: 20-24123<br>Chapter 11<br>DCN: FWP-1<br>**[NO HEARING REQUIRED]** |

**APPLICATION FOR ORDER MODIFYING LOCAL RULE 9014-1(d) TO ALLOW OMNIBUS PLEADINGS RESPECTING FIRST DAY MOTIONS**

Russell Wayne Lester, an individual, dba Dixon Ridge Farms, and the Debtor and Debtor in Possession ("Dixon Ridge Farms" or "Mr. Lester") in the above-referenced case, hereby moves the Court for an Order modifying Local Rule 9014-1(d) with respect to the following defined first day motions (the "First Day Motions") as follows:

**REQUEST FOR RELIEF**

Mr. Lester respectfully requests that the Court authorize him to file an Omnibus Notice of Emergency Hearings for all the First Day Motions, an Omnibus Declaration in support of all the First Day Motions, and an Omnibus Application for Order Shortening Time with related documents for the following described First Day Motions:

A. (FWP-2) Debtor's Emergency Motion for an Order (A) Authorizing Interim and Final Use of Cash Collateral; (B) Granting Replacement Liens; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001;

B. (FWP-3) Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits, and for Related Relief;

C. (FWP-4) Debtor's Emergency Motion for Order (A) Prohibiting the Pacific Gas and Electric Company from Altering, Refusing or Discontinuing Service, and (B) Determining Adequate Assurance of Payment for Post-petition Utility Services Under 11 U.S.C. § 366;

D. (FWP-5) Motion for Order (I) Authorizing and Approving Continued Use of Existing Cash Management System, (II) Authorizing Use of Pre-Petition Bank Accounts and Business Forms, and (III) Waiving the Requirements of 11 U.S.C. § 345(b); and

E. (FWP-6) Motion for Order to approve the Turnover of Funds Held by Receiver Subject to a Reasonable Reserve for Future Fee Applications.

**CASE BACKGROUND**

1. On August 27, 2020, Russell Wayne Lester, an individual, dba Dixon Ridge Farms filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. Mr. Lester and his wife purchased their first ranch in Winters, CA, in 1979 and established Dixon Ridge Farms shortly thereafter. Dixon Ridge Farms processes, farms and sells wholesale organic walnuts, as well as purchases and processes walnuts from other growers in Northern California.

3. Dixon Ridge Farms' farm consists of approximately 1,400 acres with secured debt Prudential Insurance Company of America ("Prudential") of approximately $14 million, and First Northern Bank of approximately $9.2 million.

4. In addition to the real property, Dixon Ridge Farms process organic walnuts at his 68 acre Putah Creek Property which contains multiple large metal buildings, including two freezer buildings totaling 24,000 square feet (over half an acre) of freezers, which are used to preserve the quality of the organic walnuts and to eliminate the need for chemicals for pest abatement.

5.　First Northern Bank, a secured creditor of Dixon Ridge Farms, filed a receivership action against Dixon Ridge Farms and obtained the appointment of a receiver over inventory and equipment and the Dixon Ridge Farms did not have access to use its equipment to prepare the ground for the harvest of the 2020 crop that commences in the next several weeks.

6.　Multiple factors contributed to Mr. Lester's need to file this Chapter 11 bankruptcy case including but not limited to a 2017 warehouse building fire, an oversupply of organic walnuts, the Covid-19 pandemic, and the trade war tariffs.

## BASIS FOR THE APPLICATION

7.　The First Day Motions are the standard first day requests for relief, and all documents will be served on the same parties in interest. Authorizing the modification of the local rules to allow limited omnibus pleadings will significantly reduce repetitive filings and services required (e.g., four applications for order shortening time), will avoid unnecessary repetition in multiple pleadings and, as such, the omnibus pleadings will be more understandable for the creditors and parties in interest review and understand.

8.　Local Rule 9014-1(d) provides that: "[E]very application, motion, contested matter or other request for an order, shall be comprised of a motion, or other request for relief, notice, evidence, and a certificate of service… each of the documents described in subpart (d)(1) hereof shall be filed as a separate document"  Local Rule 9014-1(d)(1), (4).

9.　 Modifying Local Rule 9014-1(d) to allow the filing of an Omnibus Notice of Emergency Hearings for all the First Day Motions, an Omnibus Declaration in support of all the First Day Motions, and an Omnibus Application for Order Shortening Time with related documents is reasonable and will benefit the Court, creditors, and parties in interest.

10.　With respect to the Omnibus Declaration, it will only contain the overall history of the case, and each motion will have a separate Declaration also with respect to the facts pertinent to that motion without duplication of the background of the case and the farming operation.

WHEREFORE, Mr. Lester respectfully requests the Court enter an order granting the relief requested herein and including the following specific modification of Local Rule 9014(d):

1.　Modifying Local Rule 9014-1(d) to allow the filing and service of the Omnibus

Notice of Emergency Hearings for all the First Day Motions, the Omnibus Declaration in support of all the First Day Motions, and the Omnibus Application for Order Shortening Time; and

    2.    Granting such other relief as is just and appropriate in the circumstances.

Date: August 28, 2020        FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By:   */s/ Thomas A. Willoughby*
    Thomas A. Willoughby
    Proposed Attorneys for Russell Wayne Lester