2 PAGES <sup>FN.1.</sup>

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor. | CASE NO.: 20-24123 Chapter 11<br><br>DCN:  FWP-1<br><br>Initial Hrg:  September 1, 2020<br><br>Time:    1:30 p.m.<br><br>Courtroom 33 |

**ORDER AUTHORIZING OMNIBUS FIRST DAY MOTIONS**
**AND**
**SETTING INITIAL HEARING FOR OMNIBUS MOTION**

An application for Order Modifying Local Rule 9014(d) to Allow Omnibus Pleadings Respecting First Day Motions (the "Application") has been made.  Based upon the Application, the record, and the Declaration of Thomas A. Willoughby in support of the Application:

**IT IS ORDERED** that Russell Wayne Lester, an individual, dba Dixon Ridge Farms, the Debtor and Debtor in Possession herein (the "Debtor") in the above-referenced case, is authorized to file an Omnibus Notice of Emergency Hearings for all the First Day Motions, an Omnibus Declaration in support of all the First Day Motions, and  related documents for the following described First Day Motion Interim (from the September 1, 2020 hearing) and Final

---

FN.1. When the court makes significant additions or modifications to a proposed order, the court removed the counsel header in the upper left hand corner of the first page to signal that the order is not in the form as proposed.

-1-

RECEIVED
August 28, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006835636

(after further final hearing) Relief:

    A.     (FWP-2) Debtor's Emergency Motion for an Order (A) Authorizing Interim and Final Use of Cash Collateral; (B) Granting Replacement Liens; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001;

    B.     (FWP-3) Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Compensation and Employee Benefits, and for Related Relief;

    C.     (FWP-4) Debtor's Emergency Motion for Order (A) Prohibiting the Pacific Gas and Electric Company from Altering, Refusing or Discontinuing Service, and (B) Determining Adequate Assurance of Payment for Post-petition Utility Services Under 11 U.S.C. § 366; and

    D.     (FWP-5) Motion for Order (I) Authorizing and Approving Continued Use of Existing Cash Management System, (II) Authorizing Use of Pre-Petition Bank Accounts and Business Forms, and (III) Waiving the Requirements of 11 U.S.C. § 345(b).

**IT IS FURTHER ORDERED** that the Initial Hearing for the above Omnibus First Day Motion shall be conducted at **1:30 p.m. on September 1, 2020**, in Courtroom 33 of this Court.

Notice of the September 1, 2020 hearing shall be given by **5:00 p.m. on August 28, 2020** (additional electronic notice to attorneys for parties in interest or representative of party in interest if known by the Debtor in Possession to be given); and

The pleadings and supporting documents for the Omnibus Motion filed and served (with copies of the pleadings additional electronic notice to attorneys for parties in interest or representative of party in interest if known by the Debtor in Possession to be given) by **10:00 a.m. on August 31, 2020,** and a chambers electronic set of the pleadings filed on Monday delivered by **10:30 a.m. on August 31, 2020**, to: Dawn_Nartker@caeb.uscourts.gov and JoAnn_HortaBaez@caeb.uscourts.gov

Dated: August 28, 2020

By the Court

_/s/ Ronald H. Sargis_
Ronald H. Sargis, Judge
United States Bankruptcy Court