**4 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Proposed Attorneys for Russell Wayne Lester

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor in Possession. | CASE NO.: 20-24123-E-11<br><br>Chapter 11<br><br>DCN: FWP-1<br><br>Date: September 1, 2020<br>Time: 1:30 p.m.<br>Courtroom: 33 - Judge Ronald H. Sargis<br>501 I Street, 6th Floor<br>Sacramento, CA |
|---|---|

**EXHIBITS TO OMNIBUS NOTICE OF HEARING ON FWP-2; FWP-3; FWP-4; FWP-5; FWP-6**

| Exhibit | Title | Page |
|---|---|---|
| A | Disputed Producer Lien Creditors | 3 |

Dated: August 28, 2020

                     FELDERSTEIN FITZGERALD
                     WILLOUGHBY PASCUZZI & RIOS LLP

                     By:*/s/ Thomas A. Willoughby*
                         THOMAS A. WILLOUGHBY
                         Proposed Attorney for Russell Wayne Lester

# EXHIBIT A

DISPUTED PRODUCER LIEN CREDITORS

Adamson Ranch
Al&L Crop Solutions
Andrusaitis, Daniel
Arrowhead Co.
Be Love Farm
Blackstone
Blue Ridge Walnuts
Bunny Ranch
Call, Carolyn
Cardinale Ranch
Carpenter Orchard, Inc.
Cielo Azul Family Farm
Csarda Haz Farm
Dancing Tree People
Denise Ragan
Diener Ranch
Dixon Ridge Farms
Ellis Ranch
Fischer Family Walnuts
Flores Farms
Four Season Ag Consulting (Riverdance Farms)
Gilardoni, Richard
Gilberts Ranch
Guadagnolo, Eileen
Inzana Ranch & Produce, Inc.
Ivicevich Ranch
Jordan Ranch
Jorgensen Ranch
JP Farm Services
Kelsey Creek Orchards
Kost, Angela
Lauenroth
Lovrin Ranch
Mason Christensen DBA Sleeper Ranch
McCabe Ranch
McCaffrey
McCarty, Darrin
Montgomery
Mostin
Negroni, Sally
Nichols Farm

Nolasco Ranch
Omega 3
Perry Ranch
Petersen, Carl
Petersen, Fred & Betty
Phil Garner Ranch
Rattlesnake Ridge
Rodriquez, Cynthia
Round River Farm
Sam Fraser Farm
Santos Bros
Sequoia Farms
Shepherd Farm
Sky Diamond Ranch
Sky Ranch
Sleeper Ranch
Suenram Ranch
Sungold Farms
Taylor Brothers Farms
Thurston Lake Ranch, LLC
Tisell
Top of Konocti Farms
Vollelunga Ranch
Walking Horse Ranch
Westlake Farm
Wild Hare Vineyard
Winant Orchard
Winant Orchard
Wolthausen, Reed
Yows Ranch
Zendejas
Diener, George
Ham, John
Luchessi, Dan