# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Russell Wayne Lester

**Case No.:** 20-24123 - E - 11
**Docket Control No.** FWP-6
**Date:** 09/01/2020
**Time:** 1:30 PM

**Matter:** [41] - Motion/Application for Turnover of Funds Held by State Court Receiver [FWP-6] Filed by Debtor Russell Wayne Lester (isaf)

**Judge:** Ronald H. Sargis
**Courtroom Deputy:** Nancy Williams
**Reporter:** Diamond Reporters
**Department:** E

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor - Russell Wayne Lester; (by phone) Debtor's Attorney - Thomas A. Willoughby; Atty Karen Kawano by phone
**Respondent(s):**
Creditor's Attorney - Douglas H. Kraft; Mr. Russell Burbank, Atty Booker Carmicahel, Atty Jason De Jonker, Atty Jaime Dreher, Atty Nicholas Marcus, Atty Chritopher Seymour, Atty Stephen Reynolds, Atty Karen Suenram  all parties by phone

## CIVIL MINUTES

Motion Granted

See Findings of fact and conclusions of law below

**The Motion is granted and the State Court Receiver, Donald G. Howell shall turnover to the Debtor in Possession all monies in excess of $96,344.11 that are property of the estate.**

**The Receiver shall retain the $96,344.11 for allowed fees and expenses for the Receiver and his counsel in the State Court Action.**

   The court's findings of fact and conclusions of law were orally stated on the record at the September 1, 2020 hearing.