**24 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Proposed Attorneys for Debtor in Possession in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 20-24123-E-11 |
| RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms, | Chapter 11 |
| Debtor in Possession in Possession. | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR IN PETITION'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Russell Wayne Lester, dba Dixon Ridge Farms, the Debtor in Possession herein (the "**Debtor in Possession**") files these *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor in Possession's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "**Global Notes**") contemporaneously with filing its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**). The Debtor in Possession prepared the Schedules and SOFA in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and SOFA. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor in Possession. The Schedules and SOFA reflect the Debtor in Possession's best effort to compile information regarding the assets and liabilities of the Debtor in Possession. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Debtor in Possession reserves all rights to amend or supplement its Schedules and SOFA.

Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of any of the Debtor in Possession's rights or an admission with respect to its chapter 11 case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Notwithstanding the Debtor in Possession's reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, and other items reported in the Schedules and SOFA, the Debtor in Possession may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and SOFA, and the Debtor in Possession and its estate reserve all rights in this regard.

Collecting data for the Schedules and SOFA, in the midst of an accelerated Chapter 11 individual filing, while also reopening its farming operations on the eve of the 2020 harvest, has been extremely difficult. To assist the Debtor in Possession, Debtor in Possession's counsel, Felderstein Fitzgerald Willoughby Pascuzzi, and Rios, LLP ("FFWPR") and an FFWPR paralegal has worked with Debtor in Possession and Debtor in Possession's employees to collect, collate and input the information into the NextChapter bankruptcy program that collates the information

GLOBAL NOTES AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND DISCLAIMER

into the Schedules and SOFA. Neither FFWPR or any partner or employee of FFWPR has independently verified any of the information provided from the Debtor in Possession's employees and/or the Debtor in Possession's books and records.

## NOTES FOR SCHEDULES

**Schedule A/B: Assets – Real and Personal Property**. Despite its commercially reasonable efforts to identify all known assets, the Debtor in Possession may not have listed all causes of action or potential causes of action against third parties as assets in its Schedules and SOFA, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtor in Possession and its estate reserve all rights with respect to any claims and causes of action that it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action. Any property that is listed as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from a cost basis, the net book value, or the Debtor in Possession's independent opinion as to a valuation.

In preparing Schedule A/B, the Debtor in Possession and his wife had to differentiate between three uses for their community assets. First, the personal community property assets were generally not input into the Dixon Ridge Farms Quickbooks accounting program ("Quickbooks"). These assets are listed mainly in the general personal assets of Schedule A/B, except for the Putah Creek real property described on Schedule A/BI Part 1(1), and Attachment A, which real property, the processing buildings and attached equipment and the personal residence. The business assets input into Quickbooks includie assets for the processing business, which requires multiple State licenses that a typical farmer does not possess, and farming assets. For convenience, all these farm and processing equipment assets are listed under Farm equipment Schedule A/B Part 6(49. No portion of processing equipment was listed under Schedule A/B Part 5(40).

**Schedule D: Creditors Who Have Claims Secured by Property**. The Debtor in

Possession and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The Debtor in Possession and its estate reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. By listing a party on Schedule D based on a UCC-1 filing, the Debtor in Possession and its estate are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing and reserve all rights as set forth in these Global Notes.

The walnut growers who executed individual "Contracts to Purchase Certified Organic Walnuts" (the "2019 Contracts") with the prepetition debtor, Mr. Russell Lester, dba Dixon Ridge Farms ("DRF") are listed in a zero dollar amount and as disputed and unliquidated claims based on the following facts and circumstances. In the 2019 Contract, the 2019 Growers agreed that the "DRF shall, for each crop year subject to this contract determine DRF's declared price for purposes of this contract." The contract called for a payment in December based on 75% of the "estimated" price for the 2019 crop market year (the "Estimated Payments"), but the declared price was not determined until DRF declared the price based on market conditions in April of each year. In April of 2020, unfortunately, the price of walnut meat had declined by more than 25% and the DRF declared price for the 2019 price was less than the Estimated Payments. DRF sent out a certified letter informing all the 2019 Growers that no further payments were due given the drastic reduction in market price due to COVID 19, and the letter also cancelled the contracts that would otherwise automatically renew for the 2020 crop year. No further amounts are owed by the Debtor in Possession to the 2019 Growers.

**<u>Schedule E/F: Creditors Who Have Unsecured Claims</u>**. The Debtor in Possession and its estate reserve all rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims. Certain creditors listed on Schedule E/F may owe amounts to the Debtor in Possession; as such, the Debtor in Possession and its estate may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule E/F.

Also, the amounts listed on Schedule E/F reflect known prepetition claims as of the filing of this bankruptcy case. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule E/F, and the Debtor in Possession and its estate reserve all rights to challenge any setoff and recoupment rights that may be asserted against it. The Debtor in Possession and its estate reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

**Schedule G:**

Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain contracts as executory or not, and other items reported in Schedule G, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in Schedule G, and the Debtor and its estate reserve all rights in this regard.

## NOTES FOR STATEMENT OF FINANCIAL AFFAIRS

**All SOFA Questions** The accelerated time frame has particularly impacted research required for many SOFA questions, and the Debtor in Possession and its estate reserve all rights to amend or supplement any of the SOFA answers.

**SOFA 4**. The $0 gross income numbers for year to date is an estimate, as reviewed financial statements have not yet been produced by the Debtor in Possession's accountant. The 2019 gross income number was taken from the Debtor in Possession's reviewed 2019 financial statements, and the 2018 gross income number was taken from the Debtor in Possession's 2018 tax return less his spouse's W2 income.

**SOFA 7**. The Debtor in Possession and its estate reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtor in Possession and its estate of any liabilities or that the actions or proceedings were correctly filed against the Debtor in Possession.

**Fill in this information to identify your case:**

Debtor 1    Russell Wayne Lester
         First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number    2020-24123
(If known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name          Case number *(if known)*    2020-24123

**Part 2:    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a  business | $ Unknown | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019  )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ Unknown | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018  )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

SEE GLOBAL NOTES

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For last calendar year:**<br>(January 1 to<br>December 31, 2019  ) | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| **For the calendar year before that:**<br>(January 1 to<br>December 31, 2018  ) | Dividend and Interest Income | $5,245.00 | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |
| | _____ | $_____ | _____ | $_____ |

SEE GLOBAL NOTES

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* 2020-24123 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the  total amount you paid that creditor. Do not include payments for domestic support obligations, such as  child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| See SOFA - Attachment #1 <br> Creditor's Name <br><br> Number    Street <br><br> City          State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $ 672,322.44 | $ 0.00 | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other  Farming Busines |
| Creditor's Name <br><br> Number    Street <br><br> City          State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| Creditor's Name <br><br> Number    Street <br><br> City          State      ZIP Code | _____ <br><br> _____ <br><br> _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Abel Guzman<br>Insider's Name | 03/23/2020 | $ 20,000.00 | $ 20,000.00 | Loan to Son-in Law - Organic Boys LLC<br>Loan was paid back in September 2020 |
| Number     Street | | | | |
| | | | | |
| CA          95695<br>City                State        ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                State        ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☐ No
☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Summer Lester<br>Insider's Name | 01/01/2020 | $ 25,000.00 | $ 0.00 | 3 horses, 2 horse trailers, and a truck |
| 5430 Putah Creek Road<br>Number     Street | | | | |
| | | | | |
| Woodland          CA        95695<br>City                State        ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number     Street | | | | |
| | | | | |
| City                State        ZIP Code | | | | |

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page 4

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: First Northern Bank of Dixon vs. Russell Lester, an individual and Kathy Hemlock Lester | Attached, Seized, or Levied: Appoint receiver Donald G. Howell; Date filed: 06/12/2020 | Superior Court of the State of California - S<br>Court Name<br><br>580 Texas Street<br>Number   Street<br><br>Fairfield     CA     94533<br>City     State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number FCS054698 | | | |
| Case title: _____ | | _____<br>Court Name<br><br>_____<br>Number   Street<br><br>_____<br>City     State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _____ | | | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| First Northern Bank of California<br>Creditor's Name<br><br>195 N First Steet<br>Number   Street<br><br><br>Dixon     CA     95620<br>City     State     ZIP Code | Appoint receiver Donald G. Howell | 06/2020 | $ 0.00 |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized, or levied. | | |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City     State     ZIP Code | | _____ | $ _____ |
| | **Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| Debtor 1 | Russell Wayne Lester | Case number *(if known)* | 2020-24123 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $_____ |
| _____ | | | |
| _____<br>City          State   ZIP Code | Last 4 digits of account number: XXXX– | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No

☑ Yes

---

**Part 5:    List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No

☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| See Attachment #2<br>Person to Whom You Gave the Gift | See Attachment #2 | _____ | $ 130,860.30 |
| _____ | | _____ | $ 0.00 |
| _____<br>Number    Street | | | |
| _____<br>City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____<br>Number    Street | | | |
| _____<br>City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

---

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _See Attachment #3_<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code | See Attachment #____ | _____<br><br>_____ | $ 5,105.00<br><br>$ 0.00 |

---

**Part 6:    List Certain Losses**

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Fire - Liquidated | Building, Personal Property, Stock and Income | 10/2017 | $ Unknown |

---

**Part 7:    List Certain Payments or Transfers**

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _Felderstein Fitzgerald Willoughby Pascu_<br>Person Who Was Paid<br>_500 Capitol Mall_<br>Number    Street<br>_#2250_<br>_Sacramento          CA    95814_<br>City              State    ZIP Code<br><br>_____<br>Email or website address<br>_____<br>Person Who Made the Payment, if Not You | $25,000 - Pre-petition Filing<br>$75,000 - in trust for Post-Petition Bankruptcy Matter | 08/2020<br><br>08/2020 | $ 25,000.00<br><br>$ 75,000.00 |

---

Debtor 1    Russell Wayne Lester
            First Name    Middle Name    Last Name                    Case number (if known)    2020-24123

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | | |
| | | _____ | $_____ |
| City              State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| | | | |
| | | _____ | $_____ |
| City              State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | _____ |
| | | | |
| City              State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | _____ |

---

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First Northern Bank #4100<br>Name of Financial Institution<br><br>Number  Street<br><br>City        State    ZIP Code | XXXX– 4  1  0  0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 07/12/2017 | $ 0.00 |
| Name of Financial Institution<br><br>Number  Street<br><br>City        State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| First Northern Bank of Dixon - Winters Br<br>Name of Financial Institution<br>48 Main Street<br>Number  Street<br><br>Winters        CA    95694<br>City        State    ZIP Code | Russell Lester<br>Name<br>5430 Putah Creek Road<br>Number  Street<br>Winters        CA    95695<br>City        State    ZIP Code | Stock Certificates - Value Unknown, | ☐ No<br>☑ Yes |

---

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number    Street | Number    Street | | |
| City              State    ZIP Code | City State  ZIP Code | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Burned Out Autos | | Burned out cars from fire | |
| Owner's Name | 5430 Putah Creek Road | | $ Unknown |
| Number    Street | Number    Street | | |
| City              State    ZIP Code | Winters              CA      95694 | | |
| | City              State    ZIP Code | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ Name of site | _____ Governmental unit | | _____ |
| _____ Number    Street | _____ Number    Street | | |
| _____ City            State    ZIP Code | _____ City            State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | _____ Court Name | | ☐ Pending |
| | _____ Number    Street | | ☐ On appeal |
| Case number | _____ City            State    ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Dixon Ridge Farms | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Business Name** | Walnut Farm, Storage & Processing Plant | Do not include Social Security number or ITIN. |
| 5430 Putah Creek Road | | |
| **Number    Street** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| Woodland          CA     95695 | Name of accountant or bookkeeper | |
| **City          State    ZIP Code** | Carbahal & Company | From  03/01/1979      To Current |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | |
| **Number    Street** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| | Name of accountant or bookkeeper | |
| **City          State    ZIP Code** | | From  _____      To _____ |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)*   2020-24123 |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

| | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| **Business Name** | | Do not include Social Security number or ITIN. |
| | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| **Number   Street** | | **Dates business existed** |
| | **Name of accountant or bookkeeper** | |
| **City          State    ZIP Code** | | From _____   To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

| | Date issued |
| --- | --- |
| Downey Brand | 04/29/2020 |
| **Name** | **MM / DD / YYYY** |
| 621 Capitol Mall  18th Floor | |
| **Number   Street** | |
| | |
| Sacramento          CA      95814 | |
| **City          State    ZIP Code** | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Russell Wayne Lester                               ✖ _____
**Signature of Debtor 1**                                        **Signature of Debtor 2**

Date 09/10/2020                                  Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Russell Wayne Lester

2020-24121

Debtor 1

First Name     Middle Name     Last Name

Case number *(if known)*_____

## **<u>Continuation Sheet for Official Form 107</u>**

**15) Losses**

**Describe the property you lost and how the loss occurred: Embezzlement**

**General Business**

**Date of loss: 01/2001**

**Value of property lost: $300,000.00**

**------------**

**28) Business financial statements**

| | | |
|---|---|---|
| **Kraft Law** | **11335 Gold Express Drive Suite 125, Rancho Cordova, CA 95670** | **2020-03-19** |
| **Jay, Cobb & Marley** | **2920 E Inland Empire Blvd Suite 105, Ontario, CA 91764** | **2020-04-20** |
| **Cascade Credit Services, Inc.** | **,** | **2020-01-30** |
| **Don Jordan** | **,** | **2020-01-21** |
| **George Lester** | **,** | **2020-01-07** |
| **Five Star Bank** | **,** | **2020-03-26** |
| **Conterra Ag Capital** | **2551 Keats Ave, Clovis, CA 93611** | **2020-04-16** |
| **Wells Fargo** | **,** | **2020-04-06** |
| **Bank of the West** | **500 Capitol Mall #1200, Sacramento, CA 95814** | **2020-03-04** |
| **US Bank** | **601 Capitol Mall Suite 800, Sacramento, CA 95814** | **2020-03-24** |
| **Union Bank of California** | **1415 L Street Suite 740, Sacramento, CA 95814** | **2020-03-31** |
| **Beneficial State Bank** | **3626 East First Street, Los Angeles, CA 90063** | **2020-04-16** |
| **USDA** | **,** | **2020-05-26** |
| **CCOF Organic Certification Program** | **,** | **2020-01-07** |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment #1**
**SOFA:**
**Question #6**
**Payments made in the Last 90 days**

| Date | Name | Amount |
|------|------|--------|
| 06/10/2020 | Alejandro Torres-Vega | 3,317.00 |
| 06/24/2020 | Alejandro Torres-Vega | 3,378.04 |
| 07/08/2020 | Alejandro Torres-Vega | 3,228.58 |
| 07/22/2020 | Alejandro Torres-Vega | 3,378.04 |
| 08/05/2020 | Alejandro Torres-Vega | 3,402.63 |
| 08/19/2020 | Alejandro Torres-Vega | 3,353.43 |
| 06/18/2020 | American Express | 12,197.30 |
| 07/18/2020 | American Express | 8,481.79 |
| 08/24/2020 | American Express | 12,821.86 |
| 06/23/2020 | CA Dept Public Health | 2,352.94 |
| 06/05/2020 | Downey Brand LLP | 164.00 |
| 08/11/2020 | Downey Brand LLP | 44,910.81 |
| 05/29/2020 | EDD | 23.16 |
| 05/29/2020 | EDD | 1,760.48 |
| 06/12/2020 | EDD | 23.16 |
| 06/12/2020 | EDD | 1,683.25 |
| 06/29/2020 | EDD | 2.13 |
| 06/29/2020 | EDD | 1,715.35 |
| 07/10/2020 | EDD | 1,645.56 |
| 07/24/2020 | EDD | 1,830.90 |
| 08/03/2020 | EDD | 309.70 |
| 08/07/2020 | EDD | 1,541.15 |
| 05/29/2020 | EFTPS Online | 11,571.78 |
| 06/12/2020 | EFTPS Online | 11,370.36 |
| 06/29/2020 | EFTPS Online | 11,477.20 |
| 07/10/2020 | EFTPS Online | 11,219.44 |
| 07/10/2020 | EFTPS Online | 125.52 |
| 07/24/2020 | EFTPS Online | 11,874.68 |
| 08/03/2020 | EFTPS Online | 2,374.10 |
| 08/07/2020 | EFTPS Online | 9,778.48 |
| 06/10/2020 | Eutiquio A Palmerin | 2,181.95 |
| 06/24/2020 | Eutiquio A Palmerin | 2,306.99 |
| 07/08/2020 | Eutiquio A Palmerin | 2,209.63 |
| 07/22/2020 | Eutiquio A Palmerin | 2,349.00 |
| 07/24/2020 | Eutiquio A Palmerin | 1,493.90 |
| 08/05/2020 | Eutiquio A Palmerin | 2,296.75 |
| 08/19/2020 | Eutiquio A Palmerin | 1,671.74 |

**Debtor 1**   **Russell Way Lester**          **Case Number 2020-24123**

**Attachment #1**
**SOFA:**
**Question #6**
**Payments made in the Last 90 days**

| Date | Name | Amount |
|------|------|--------|
| 08/20/2020 | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | 100,000.00 |
| 05/30/2020 | First Northern Bank of Dixon  2005 House Remodel 82553968 | 1,712.32 |
| 06/30/2020 | First Northern Bank of Dixon  2005 House Remodel 82553968 | 2,123.29 |
| 07/30/2020 | First Northern Bank of Dixon  2005 House Remodel 82553968 | 2,054.79 |
| 06/25/2020 | First Norther Bank of Dixon 2009 Building Loan 2029188 | 11,790.48 |
| 06/10/2020 | Heliodoro Partida | 2,022.73 |
| 06/24/2020 | Heliodoro Partida | 2,025.62 |
| 07/08/2020 | Heliodoro Partida | 1,953.05 |
| 07/22/2020 | Heliodoro Partida | 2,025.62 |
| 08/05/2020 | Heliodoro Partida | 2,025.61 |
| 08/19/2020 | Heliodoro Partida | 1,929.44 |
| 06/10/2020 | Jesus Rodriguez Vega | 1,864.68 |
| 06/24/2020 | Jesus Rodriguez Vega | 1,853.52 |
| 07/08/2020 | Jesus Rodriguez Vega | 1,763.05 |
| 07/22/2020 | Jesus Rodriguez Vega | 1,796.61 |
| 08/05/2020 | Jesus Rodriguez Vega | 1,824.55 |
| 08/19/2020 | Jesus Rodriguez Vega | 1,717.31 |
| 06/10/2020 | John Deere Financial | 2,278.96 |
| 06/20/2020 | John Deere Financial | 2,279.72 |
| 07/10/2020 | John Deere Financial | 2,278.96 |
| 07/20/2020 | John Deere Financial | 2,279.72 |
| 08/10/2020 | John Deere Financial | 2,278.96 |
| 08/20/2020 | John Deere Financial | 2,279.72 |
| 06/10/2020 | Jose A Lopez-Santana | 1,857.54 |
| 06/24/2020 | Jose A Lopez-Santana | 1,892.58 |
| 07/08/2020 | Jose A Lopez-Santana | 1,892.58 |
| 07/22/2020 | Jose A Lopez-Santana | 1,929.86 |
| 08/05/2020 | Jose A Lopez-Santana | 1,912.63 |
| 08/19/2020 | Jose A Lopez-Santana | 1,863.00 |
| 06/10/2020 | Jose L Montes Gallardo | 1,627.82 |
| 06/24/2020 | Jose L Montes Gallardo | 1,644.94 |
| 07/08/2020 | Jose L Montes Gallardo | 1,581.39 |
| 07/22/2020 | Jose L Montes Gallardo | 1,644.93 |
| 08/05/2020 | Jose L Montes Gallardo | 1,644.91 |
| 08/19/2020 | Jose L Montes Gallardo | 1,529.12 |
| 06/10/2020 | Jose L Murillo | 1,830.86 |
| 06/24/2020 | Jose L Murillo | 1,848.80 |
| 07/08/2020 | Jose L Murillo | 1,800.98 |

**Debtor 1   <u>Russell Way Lester</u>**      **Case Number 2020-24123**

**Attachment #1**
**SOFA:**
**Question #6**
**Payments made in the Last 90 days**

| Date | Name | Amount |
|---|---|---|
| 07/22/2020 | Jose L Murillo | 1,795.02 |
| 08/05/2020 | Jose L Murillo | 1,848.79 |
| 08/19/2020 | Jose L Murillo | 1,761.65 |
| 06/10/2020 | Jose Murillo | 1,770.42 |
| 06/24/2020 | Jose Murillo | 1,789.73 |
| 07/08/2020 | Jose Murillo | 1,738.89 |
| 07/22/2020 | Jose Murillo | 1,732.80 |
| 08/05/2020 | Jose Murillo | 1,789.73 |
| 08/19/2020 | Jose Murillo | 1,697.73 |
| 06/10/2020 | Luis A Lopez Angel | 1,686.84 |
| 06/24/2020 | Luis A Lopez Angel | 1,620.07 |
| 07/08/2020 | Luis A Lopez Angel | 1,625.64 |
| 07/22/2020 | Luis A Lopez Angel | 1,686.84 |
| 08/05/2020 | Luis A Lopez Angel | 1,670.51 |
| 08/19/2020 | Luis A Lopez Angel | 1,623.36 |
| 08/14/2020 | Martin's Dusters Inc. | 27,107.20 |
| 07/14/2020 | Payment to Receiver | 45,048.36 |
| 07/17/2020 | Payment to Receiver | 1,756.95 |
| 07/23/2020 | Payment to Receiver | 41,982.00 |
| 07/23/2020 | Payment to Receiver | 492.00 |
| 07/23/2020 | Payment to Receiver | 21,539.18 |
| 07/28/2020 | Payment to Receiver | 45,048.36 |
| 07/28/2020 | Payment to Receiver | 131.25 |
| 08/26/2020 | Payment to Receiver | 712.50 |
| 06/05/2020 | PGE | 10,725.28 |
| 06/05/2020 | PGE | 249.04 |
| 08/14/2020 | PGE | 87.82 |
| 06/10/2020 | Placido Cuevas | 2,064.58 |
| 06/24/2020 | Placido Cuevas | 2,086.46 |
| 07/08/2020 | Placido Cuevas | 2,029.11 |
| 07/22/2020 | Placido Cuevas | 2,064.58 |
| 08/05/2020 | Placido Cuevas | 2,086.48 |
| 08/19/2020 | Placido Cuevas | 1,983.24 |
| 06/22/2020 | Prudential Asset Resources, Inc | 173,434.66 |
| 06/02/2020 | QuickBooks Payroll Service | 1.75 |
| 06/11/2020 | QuickBooks Payroll Service | 3,121.00 |
| 06/25/2020 | QuickBooks Payroll Service | 1,726.63 |
| 07/07/2020 | QuickBooks Payroll Service | 1.75 |

**Debtor 1**   **Russell Way Lester**                **Case Number 2020-24123**

**Attachment #1**
**SOFA:**
**Question #6**
**Payments made in the Last 90 days**

| Date | Name | Amount |
|------|------|--------|
| 07/09/2020 | QuickBooks Payroll Service | 3,215.10 |
| 07/23/2020 | QuickBooks Payroll Service | 2,086.19 |
| 08/04/2020 | QuickBooks Payroll Service | 1.75 |
| 08/06/2020 | QuickBooks Payroll Service | 1,577.96 |
| 06/10/2020 | Salvador Duran Nieves | 2,105.78 |
| 06/24/2020 | Salvador Duran Nieves | 2,190.51 |
| 07/08/2020 | Salvador Duran Nieves | 2,082.91 |
| 07/22/2020 | Salvador Duran Nieves | 2,244.33 |
| 08/05/2020 | Salvador Duran Nieves | 2,190.53 |
| 08/19/2020 | Salvador Duran Nieves | 2,171.34 |
| 06/05/2020 | Travelers | 29,925.23 |
| 06/15/2020 | Zenith Insurance | 5,127.00 |
| 07/27/2020 | Zenith Insurance | 5,116.00 |
| 08/17/2020 | Zenith Insurance | 5,799.00 |

$     672,322.44

**Debtor 1   <u>Russell Way Lester</u>**                     **Case Number 2020-24123**

**Attachment #2**
**SOFA:**
**Question #13**
<u>**Certain Gifts and Contributions**</u>

| Person | Relationship | Description | Date | Value |
|---|---|---|---|---|
| Jenni Lester | Daughter | Gifted Cash $25,533.77 | 08/01/209 | 25,533.77 |
| Jenni Lester | Daughter | Offset loan to Lesters: $4,466.23 | 08/01/209 | 4,466.23 |
| Summer Lester | Daughter | Gifted Cash $15,860.30 | 4/17/2019 | 15,860.30 |
| Summer Lester | Daughter | Gifted 3 horses, 2 horse trailers and truck - estimated worth $25,000 | 1/1/2020 | 25,000.00 |
| Christine Lester | Daughter | Gifted Cash $30,000 | 1/22/2019 | 30,000.00 |
| Sarah Lester | Daughter | Offset loan to Lesters: $30,000 | Unknown | 30,000.00 |

|  |  |  |  | $  130,860.30 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment #3**
**SOFA:**
**Question #14**

**Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**

| Date | Charity | Value |
|------|---------|------:|
| 06/13/2019 | Yolo Trust | 1,500.00 |
| 08/07/2019 | Solano Land Trust | 2,500.00 |
| 10/26/2019 | Solano Land Trust | 105.00 |
| 10/21/2019 | Farm to School | 1,000.00 |
|  |  | $ 5,105.00 |