**97 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Proposed Attorneys for Debtor in Possession in
Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an<br>individual, dba Dixon Ridge Farms,<br><br>Debtor in Possession in<br>Possession. | CASE NO.: 20-24123-E-11<br>Chapter 11 |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR IN PETITION'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

Russell Wayne Lester, dba Dixon Ridge Farms, the Debtor in Possession herein (the "**Debtor in Possession**") files these *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor in Possession's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "**Global Notes**") contemporaneously with filing its Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**). The Debtor in Possession prepared the Schedules and SOFA in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and SOFA. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and SOFA.

The Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor in Possession. The Schedules and SOFA reflect the Debtor in Possession's best effort to compile information regarding the assets and liabilities of the Debtor in Possession. Additionally, the Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Debtor in Possession reserves all rights to amend or supplement its Schedules and SOFA.

Nothing contained in the Schedules and SOFA or these Global Notes shall constitute a waiver of any of the Debtor in Possession's rights or an admission with respect to its chapter 11 case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

Notwithstanding the Debtor in Possession's reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, and other items reported in the Schedules and SOFA, the Debtor in Possession may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and SOFA, and the Debtor in Possession and its estate reserve all rights in this regard.

Collecting data for the Schedules and SOFA, in the midst of an accelerated Chapter 11 individual filing, while also reopening its farming operations on the eve of the 2020 harvest, has been extremely difficult. To assist the Debtor in Possession, Debtor in Possession's counsel, Felderstein Fitzgerald Willoughby Pascuzzi, and Rios, LLP ("FFWPR") and an FFWPR paralegal has worked with Debtor in Possession and Debtor in Possession's employees to collect, collate and input the information into the NextChapter bankruptcy program that collates the information

into the Schedules and SOFA. Neither FFWPR or any partner or employee of FFWPR has independently verified any of the information provided from the Debtor in Possession's employees and/or the Debtor in Possession's books and records.

### NOTES FOR SCHEDULES

**Schedule A/B: Assets – Real and Personal Property**. Despite its commercially reasonable efforts to identify all known assets, the Debtor in Possession may not have listed all causes of action or potential causes of action against third parties as assets in its Schedules and SOFA, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers. The Debtor in Possession and its estate reserve all rights with respect to any claims and causes of action that it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair or otherwise affect the assertion of such claims and causes of action. Any property that is listed as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from a cost basis, the net book value, or the Debtor in Possession's independent opinion as to a valuation.

In preparing Schedule A/B, the Debtor in Possession and his wife had to differentiate between three uses for their community assets. First, the personal community property assets were generally not input into the Dixon Ridge Farms Quickbooks accounting program ("Quickbooks"). These assets are listed mainly in the general personal assets of Schedule A/B, except for the Putah Creek real property described on Schedule A/BI Part 1(1), and Attachment A, which real property, the processing buildings and attached equipment and the personal residence. The business assets input into Quickbooks includie assets for the processing business, which requires multiple State licenses that a typical farmer does not possess, and farming assets. For convenience, all these farm and processing equipment assets are listed under Farm equipment Schedule A/B Part 6(49. No portion of processing equipment was listed under Schedule A/B Part 5(40).

**Schedule D: Creditors Who Have Claims Secured by Property**. The Debtor in

Possession and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The Debtor in Possession and its estate reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. By listing a party on Schedule D based on a UCC-1 filing, the Debtor in Possession and its estate are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing and reserve all rights as set forth in these Global Notes.

The walnut growers who executed individual "Contracts to Purchase Certified Organic Walnuts" (the "2019 Contracts") with the prepetition debtor, Mr. Russell Lester, dba Dixon Ridge Farms ("DRF") are listed in a zero dollar amount and as disputed and unliquidated claims based on the following facts and circumstances. In the 2019 Contract, the 2019 Growers agreed that the "DRF shall, for each crop year subject to this contract determine DRF's declared price for purposes of this contract." The contract called for a payment in December based on 75% of the "estimated" price for the 2019 crop market year (the "Estimated Payments"), but the declared price was not determined until DRF declared the price based on market conditions in April of each year. In April of 2020, unfortunately, the price of walnut meat had declined by more than 25% and the DRF declared price for the 2019 price was less than the Estimated Payments. DRF sent out a certified letter informing all the 2019 Growers that no further payments were due given the drastic reduction in market price due to COVID 19, and the letter also cancelled the contracts that would otherwise automatically renew for the 2020 crop year. No further amounts are owed by the Debtor in Possession to the 2019 Growers.

**Schedule E/F: Creditors Who Have Unsecured Claims**. The Debtor in Possession and its estate reserve all rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims. Certain creditors listed on Schedule E/F may owe amounts to the Debtor in Possession; as such, the Debtor in Possession and its estate may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule E/F.

Also, the amounts listed on Schedule E/F reflect known prepetition claims as of the filing of this bankruptcy case. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule E/F, and the Debtor in Possession and its estate reserve all rights to challenge any setoff and recoupment rights that may be asserted against it. The Debtor in Possession and its estate reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.

**Schedule G:**

Notwithstanding the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain contracts as executory or not, and other items reported in Schedule G, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in Schedule G, and the Debtor and its estate reserve all rights in this regard.

## NOTES FOR STATEMENT OF FINANCIAL AFFAIRS

**All SOFA Questions** The accelerated time frame has particularly impacted research required for many SOFA questions, and the Debtor in Possession and its estate reserve all rights to amend or supplement any of the SOFA answers.

**SOFA 4**. The $0 gross income numbers for year to date is an estimate, as reviewed financial statements have not yet been produced by the Debtor in Possession's accountant. The 2019 gross income number was taken from the Debtor in Possession's reviewed 2019 financial statements, and the 2018 gross income number was taken from the Debtor in Possession's 2018 tax return less his spouse's W2 income.

**SOFA 7**. The Debtor in Possession and its estate reserve all rights, claims and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtor in Possession and its estate of any liabilities or that the actions or proceedings were correctly filed against the Debtor in Possession.

**Fill in this information to identify your case and this filing:**

Debtor 1      Russell Wayne Lester
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of California

Case number   2020-24123
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  5430 Putah Creek Road
     Street address, if available, or other description

     Winters CA      95695
     City    State   ZIP Code

     Yolo County

     Country

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other See Attachment A

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**    **Current value of the portion you own?**
$ 18,361,421.00      $ 18,361,421.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☑ Check if this is community property

1.2  See Attachment B - Real Property
     Street address, if available, or other description

     CA
     City    State   ZIP Code

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☑ Other Farm

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*:

**Current value of the entire property?**    **Current value of the portion you own?**
$ 33,327,000.00      $ 33,327,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☑ Check if this is community property

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)*   2020-24123

---

**1.3** McCune and Carrion

Street address, if available, or other description

Agricultural Conservation Easement

Woodland    CA    95695

City    State    ZIP Code

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other Easement

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 5,700,000.00

**Current value of the portion you own?**
$ 5,700,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☑ **Check if this is community property**

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................➤ | $57,388,421.00 |

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☑ Yes

**3.1** Make: See Attachment C

Model: _____

Year: _____

Approximate mileage: _____

Other information:

Condition:

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 48,000.00

**Current value of the portion you own?**
$ 42,598.00

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

**4.1** Make: See Attachment C

Model: _____

Year: _____

Other information:

Condition:

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 200.00

**Current value of the portion you own?**
$ 313.00

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................➤ | $42,911.00 |

---

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**

**6.** Household goods and furnishings

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe...

See Attachment D

$ 37,950.00

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)* 2020-24123

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| See Attachment D | $ 1,500.00 |

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe...

| See Attachment D | $ 1,000.00 |

9.  **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

| See Attachment D | $ 6,200.00 |

10.  **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

| See Attachment D | $ 400.00 |

11.  **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| See Attachment D | $ 1,000.00 |

12.  **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☐ No
☑ Yes. Describe...

| See Attachment D | $ 11,500.00 |

13.  **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe...

| See Attachment D | $ Unknown |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15.  **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**..................................................➤    $59,550.00

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

Debtor 1     <u>Russell Wayne Lester</u>                      Case number *(if known)* <u>2020-24123</u>

      First Name      Middle Name      Last Name

---

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes............................................................................................................................ Cash ........................... $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes..................       Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | Bank of the West #9683 | $ <u>57,560.13</u> |
    | 17.2. Checking account: | Bank of the West #9691 | $ <u>24,896.67</u> |
    | 17.3. Checking account: | First Northern Bank #1336 | $ <u>28,211.87</u> |
    | 17.4. Checking account: | First Northern Bank #3033 | $ <u>44,547.84</u> |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No
    ☑ Yes..................

    Institution or issuer name:

    | | |
    |---|---|
    | See Attachment E | $ <u>171,760.17</u> |
    | See Attachment E | $ <u>38,739.50</u> |
    | Bank of the West #9725 | $ <u>26,189.67</u> |
    | Bank of the West #9709 | $ <u>70,313.42</u> |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately

    | Type of account | Institution name | |
    |---|---|---|
    | Pension plan: | CALSTERS (Kathleen Lester is owner) | $ <u>159,200.49</u> |
    | Pension plan: | American Century Investments | $ <u>44,823.83</u> |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them...

| Trademark - Dixon Ranch Farms Logo | $ Unknown |

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information....

| Organic Boys LLC - Loan to Son-In-law | $ 20,000.00 |

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
| New York Life Insurance | Kathleen Lester | $ 77,989.12 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No
☑ Yes. Give specific information....

| Christina Tapia - Embezzlement, TheZenith Agibusiness Solutions - Fire | $ 300,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Give specific information....

| Cross-Complaint against First Northern Bank of Dixon re: Receiver | $ Unknown |

Debtor 1    Russell Wayne Lester
            First Name    Middle Name    Last Name                    Case number *(if known)* 2020-24123

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................➤ | $1,064,232.71

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe...

| See Attachment F | $ 272,975.06 |

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe...

| See Attachment G | $ 2,151.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☐ No
☑ Yes. Describe...

| All Inventory listed under Farm Crops | $ 0.00 |

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☐ No
☑ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

  ☐ No
  ☑ Yes. Describe...

| Customer Lists | $ Unknown |

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information ...........

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...........................................................................................➤ | $275,126.06

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 7.
☑ Yes. Go to line 47.

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)* 2020-24123

| | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

**48. Crops—either growing or harvested**

☐ No
☑ Yes. Give specific information...

| See Attachment H | $ 4,743,347.00 |

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes...

| See Attachment I | $ 1,032,190.97 |

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☑ Yes. Give specific information...

| See Attachment J - Vehicle for Farm | $ 5,151.75 |

**52. Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................► | $5,780,689.72 |

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................................► | $0.00 |

**Part 8:**   **List the Totals of Each Part of this Form**

**55.** Part 1: Total real estate, line 2................................................................................►     $57,388,421.00

**56.** Part 2: Total vehicles, line 5      $ 42,911.00

**57.** Part 3: Total personal and household items, line 15      $ 59,550.00

**58.** Part 4: Total financial assets, line 36      $ 1,064,232.71

**59.** Part 5: Total business-related property, line 45      $ 275,126.06

**60.** Part 6: Total farm- and fishing-related property, line 52      $ 5,780,689.72

**61.** Part 7: Total other property not listed, line 54    + $ 0.00

**62. Total personal property. Add lines 56 through 61** ................... | $ 7,222,509.49 |   Copy personal property total►   + $ 7,222,509.49

**63. Total of all property on Schedule A/B. Add line 55 + line 62**      $ 64,610,930.49

**Debtor 1   Russell Way Lester**        **Case Number 2020-24123**

**Attachment A**
**Continuation of Form106A/B**
**Schedule A/B: Property**
**Part 1: Describe each Residence, Buildings, Land or Other Real Estate You Own or Have an Interest In**

| Putah Creek Property | Units | | |
|---|---|---|---|
| Irrigation | Acres | $/Unit | Value |
|     Mainline & Pumps | 50 | 5,000 | 250,000 |
|     Solid Set | 50 | 3,500 | 175,000 |
| Trees | 50 | 7,500 | 375,000 |
| | | | |
| Buildings | Square Feet | $/Unit | Value |
|     House-Main | 2,500 | 165 | 412,500 |
|     House-Back | 1,500 | 165 | 247,500 |
|     Garage/Pool House | 4,000 | 151 | 604,000 |
|     Shop | 3,500 | 30 | 105,000 |
|     Building #1/Office | 5,000 | 125 | 625,000 |
|     Freezer #1 | 480 | 65 | 31,200 |
|     Building #2, Sheller w/ 1700 sq ft Freezer | 10,110 | 105 | 1,061,550 |
|     Building #3, Freezer | 12,000 | 110 | 1,320,000 |
|     Building #4, Freezer | 12,000 | 104 | 1,242,000 |
|     Building #5, Warehouse - Burned 10/2018 - Residua | 52,800 | 5 | 279,840 |
|     Building #6, Warehouse Pad | 12,000 | 8 | 90,000 |
|     Building #7- Huller, Dryer, Shop | 63,600 | 45 | 2,862,000 |
|     Building #8, Warehouse Concrete Pad | 25,920 | 25 | 648,000 |
|     Building #9, Compost and Process Water Sump | 14,400 | 5 | 72,000 |
|     Building #10, Fuel and Storage Gravel Pad | 8,000 | 8 | 60,000 |
|     Paved Yard | 46,900 | 15 | 703,500 |
|     Graveled Yard | 388,700 | 8 | 2,915,250 |
| | | | |
| | Quantity | $/Unit | Value |
|     Pool and Yard | 1 | 80,000 | 80,000 |
|     Site Electrical system | 1 | 490,928 | 490,928 |
|     Site Water system | 1 | 400,000 | 400,000 |
|     Utility Building for Electrical, Process Water Pump, F | 1 | 45,000 | 45,000 |
|     Process Water Pump, Filter, Softener and System | 1 | 325,000 | 325,000 |
|     Fire system with 95,000 gallon Tank | 1 | 631,154 | 631,154 |
|     Shell Storage - 54' x 70' silo & 3 - 15' x 35' silos | 1 | 450,000 | 450,000 |
|     Receiving Pit & Elevator | 1 | 35,000 | 35,000 |
|     Truck Scale - 100 Ton | 1 | 125,000 | 125,000 |
| Total Putah Creek Property | | $ | 16,661,422 |
| | | | |
| | Acres | $/Unit | Value |
| Putah Creek Property - Land | 68 | 25,000 | $   1,700,000 |
| | | | |
| **Total Putah Creek Property Value** | | **$** | **18,361,422** |

Note - these values are based on estimated values. The price in may vary significantly if using a liquidation value and/or depending on the real estate market at the time of sale.

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment B**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part  1:  Describe each Residence, Buildings, Land or  Other Real Estate You Own or Have an Interest In**

| APN # | Acres | APN # | Estimated Value |
|-------|-------|-------|-----------------|
| **Solano County** | | | |
| Carrion | 95.7 | 0107-080-160-01 | 2,392,500 |
| McCune | 601.82 | 0107-110-060-01 | 15,045,500 |
| McCune | 209.36 | 0107-110-020-01 | 5,234,000 |
| **Yolo County** | | | |
| Gordon | 68.54 | 050-100-015-000 | 1,713,500 |
| Gordon | 1.76 | 050-100-032-000 | 44,000 |
| McQuiddy | 155.9 | 038-090-005-000 | 3,897,500 |
| Oda 1 | 100 | 027-180-005-000 | 2,500,000 |
| Oda 2 | 100 | 027-180-006-000 | 2,500,000 |
| | | $ | 33,327,000 |

NOTE:  Valuation based on average of $25,000 per acre used for Prudential loans 1 and 2.  Some orchard properties will sell for $30,000 per acre or more, and some without trees will sell for slightly less than the $25,000 per acre.

**Debtor 1   Russell Way Lester**                    Case Number 2020-24123

**Attachment C**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 2:  Describe your Vehicles**

**Question #3**

| Personal Titled Equipment | Model | Odometer on 9/6/2020 | Status | Purchase Price | Estimated Value |
|---|---|---|---|---|---|
| 21040 Lexus RX300 - 1998 | Model # RX 300 | 257,466 | Active | 32,000 | 8,000 |
| 21064 Chrysler Station Wagon -1964 | Model # New Yorker | 176,745 | Non Op | 1,000 | 250 |
| 21072 Plymouth Valiant - 1972 | Model # Valiant | 110,426 | Non Op | 1,000 | 250 |
| 21350 GMC 2500 Pick Up - 2004 | Model # K 2500 | 145,769 | Active | 55,000 | 13,750 |
| 21408 Chevrolet Pickup - 1952 | Model # 1500 | 132,070 | Non Op | 1,000 | 250 |
| 21431 Honda Pilot EXL - 2007 | Model # Pilot EXL | 179,291 | Non Op | 30,892 | 7,723 |
| 21449 Lexus ES300h - 2015 | Model # ES300h | 84,977 | Active | 47,000 | 11,750 |
| Volvo - 1980 | Model # 240 | 171,556 | Non Op | 2,500 | 625 |
| | Total Estimated Value | | | $ | 42,598 |

**Question #4**

| Personal Titled Equipment | Model | Odometer on 9/6/2020 | Status | Estimated Value |
|---|---|---|---|---|
| 22448 Aljo Trailer - 1962 | Model # 51 | NA | Non Op | 1250 | 313 |
| | | | $ | 313 |

NOTE:  Values obtained are based on purchase price and estimated purchase price.  Current estimated value is based at 25% of the purchase price.  Liquidation value may be higher or lower.

**Debtor 1**   <u>Russell Way Lester</u>         **Case Number 2020-24123**

**Attachment D**
**Continuation of Form106A/B**
**Schedule A/B: Property**
**Part 3: Describe your household items**

| Item Name | Brand | Estimated Value |
|---|---|---|
| **Question #6 - Household goods and furniture** | | |
| iSymphonic Massage Chair | OSIM International LTD | 1,000 |
| Red Antique Couch | | 600 |
| Norman Rockwell Mahogany China Hutch | | 800 |
| 10 piece crystal | Waterford | 1,000 |
| 8 piece silver place set | Community Plate | 750 |
| 7 - 2 piece china place setting and serving di | Lennox Solitare | 500 |
| 7 - 3 piece china place setting | Haviland - Limoges | 800 |
| Dining Table and 6 chairs | | 1,500 |
| Broken Chandelier | Milano Glass Company | 2,000 |
| Wool Turkish Rug 9'x13' | | 1,000 |
| Upright Piano | Story & Clark | 500 |
| Antique Love Seat | | 800 |
| Silk Persian - Blue 13.5' x 10' | | 5,000 |
| Media/Buffet | Pottery Barn | 500 |
| Leather Recliner | LaZboy | 500 |
| 72" Flat Screen TV | Sony | 1,100 |
| Solid Wood Dresser and Dressing Table | | 1,000 |
| Oak China Hutch and Buffet | | 1,000 |
| Night Stands | | 1,000 |
| Maxima XL Washer and Dryer | Maytag | 600 |
| Oak Closed Door Book Case | | 500 |
| Birds Eye Maple - 2 piece master dresser set | | 1,000 |
| Amish Quilt | | 500 |
| Sewing Table | | 500 |
| King Sleigh Bed Frame | Pottery Barn | 500 |
| 3 Fire Proof Locking Filing Cabinets | Fire King | 3,000 |
| Chair and Ottoman | Z-Gallery | 500 |
| 8'x10' Persian Rug | | 1,000 |
| Professional Open 4 burner gas range and o | Viking | 2,500 |
| Charbroil Gas BBQ with side burner | Weber | 500 |
| 16 - 2 pice Porcelian Plate set | Apilco | 500 |
| Artica side by side two door freezer and refri | GE Artica | 600 |
| 2 -Reclining Leather and Wood Chairs | LaZboy | 1,000 |
| Sleigh Day Bed | Pottery Barn | 900 |
| Gray Antique Safe | | 1,000 |
| Hamrock Crystal(Waterford) and Silverware | | 1,500 |
| | | 37,950 |
| | | |
| **Question #7 - Electronics** | | |
| 8 year old Envy Pavilion 27kw | Hewlett Packard | 500 |
| iphone (Kathy) | | 500 |
| iphone (Russ) | | 500 |
| | | 1,500 |
| **Question #8 - Collectibles of Value** | | |
| Self Bottled Wines | | 1,000 |

**Debtor 1　Russell Way Lester**　　　　　**Case Number 2020-24123**

**Attachment D**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 3:  Describe your household items**

| Item Name | Brand | Estimated Value |
|---|---|---|
| **Question #9 - Equipment for sport and hobbies** | | |
| Telescope | Zhumell | 500 |
| Treadmill | NordicTrack | 700 |
| Weight Resistence Extreme | Bowflex | 500 |
| Jacuzzi | | 2,000 |
| Moped | Yamaha | 1,500 |
| Road Bike | Specialized | 1,000 |
| | | 6,200 |
| **Question #10 -  Firearms** | | |
| 2 - Shotguns | | 200 |
| .22 Rifle | | 100 |
| 30-06 | | 100 |
| | | 400 |
| **Question #11 - Clothes** | | |
| General clothing - female - no designer | | 500 |
| General clothing - male - no designer | | 500 |
| | | 1,000 |
| **Question #12 - Jewelry** | | |
| Diamond Wedding Ring | | 11,000 |
| Mens Gold Wedding band | | 500 |
| | | 11,500 |
| **Question #13 - Non-farm animals** | | |
| 2 - Jack Russell Terriers | | - |
| Chickens | | - |
| 4 Cats | | - |
| | | - |
| **Question #14 - Any other personal and household items you did not already list** | | |
| None | | |
| **Total Estimated Value** | | **59,550** |

NOTE:  Estimated household items were done with a walkthrough of each room and may be missing some items.
Liquidation value may be more or less what is listed.  If a value is missing then it is thought the items has no resale
value.

**Debtor 1   Russell Way Lester**                        **Case Number 2020-24123**

**Attachment E**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
<u>**Part 4:  Describe Your Financial Assets:**</u>

**Question 18 - Investments - Stock & Mutual Funds**

| | # of Shares | Price/Share @ 07/31/2020 | Estimated Value |
|---|---|---|---|
| Stocks | | | |
| ATT - Common | 104 | 32.89 | 3,420.56 |
| Airtouch - Common | 340 | 27.63 | 9,394.20 |
| American Electric - Common | 300 | 56.01 | 16,803.00 |
| Chevron - Common | 416 | 110.53 | 45,980.48 |
| Con Edison - Common | 495 | 74.50 | 36,877.50 |
| Con Edison - Preferred | 3 | 74.50 | 223.50 |
| El Paso Energies = S-Common | 25 | 7.02 | 175.50 |
| Lucent - Common | 0.7047 | 7.02 | 4.95 |
| Lucent - Common | 66 | 7.02 | 463.32 |
| Newport News Shipbuilding | 50 | 19.89 | 994.50 |
| Norfolk Southern | 145.238 | 125.54 | 18,233.18 |
| PG&E - Common | 500 | 16.58 | 8,290.00 |
| Pacific Enterprises | 20 | 25.50 | 510.00 |
| SBC - Common | 496 | 32.63 | 16,184.48 |
| Tenneco - Common | 250 | 56.82 | 14,205.00 |
| Total Stocks | | $ | 171,760.17 |
| | | | |
| Mutual Funds | | | |
| Alliance | 20 | 52.76 | 1,055.20 |
| AMIF | 10 | 20 | 200.00 |
| Deutshe Communications Fund - A | 1161.269 | 25.45 | 29,554.30 |
| Franklin CA Tax Free Class I | 1000 | 7.33 | 7,330.00 |
| Provident Mutual | 10 | 20 | 200.00 |
| Sentinel | 20 | 20 | 400.00 |
| | | $ | 38,739.50 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment F**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.**

**Question 38 - Accounts receivable**

| Date | Num | Name | Due Date | Open Balance |
|------|-----|------|----------|--------------|
| 11/03/2017 | 2017139 | 18 Rabbits Granola | 12/03/2017 | 732.12 |
| 01/22/2018 | 2018010 | 18 Rabbits Granola | 02/21/2018 | 401.50 |
| 12/13/2019 | FC 144 | 18 Rabbits Granola | 12/13/2019 | 397.85 |
| 01/03/2020 | 41318 | Blue Ridge Walnuts | | 1,186.00 |
| 08/27/2020 | 2020051 | Chez Panisse | 09/26/2020 | 340.28 |
| 07/24/2020 | 2020044 | Chez Panisse | 08/23/2020 | 334.66 |
| 11/08/2019 | 2019121 | Corky's Nuts, Inc | 11/08/2019 | 906.75 |
| 08/06/2020 | 2020046 | Hummingbird Wholesale | 09/05/2020 | 20,667.90 |
| 08/07/2020 | 2020048 | Left Coast Naturals | 09/06/2020 | 16,817.90 |
| 07/06/2020 | 2020040 | Left Coast Naturals | 08/05/2020 | 16,817.90 |
| 08/06/2020 | 2020047 | Natural Grocery Company | 09/05/2020 | 6,582.00 |
| 06/11/2020 | 2020036 | Natural Grocery Company | 07/11/2020 | 6,101.95 |
| 09/03/2019 | 2019104 | North Valley Produce | 10/03/2019 | 737.50 |
| 09/10/2019 | 2019105 | North Valley Produce | 10/10/2019 | 5,162.50 |
| 08/17/2020 | 2020050 | Ocean Export | 09/16/2020 | 60,064.48 |
| 07/27/2020 | 2020045 | Ocean Export | 08/26/2020 | 45,048.36 |
| 07/10/2020 | 15953 | Ocean Export | | -90.00 |
| 08/27/2020 | 2020053 | Outpost Natural Foods | 09/26/2020 | 10,867.50 |
| 08/13/2020 | 2020049 | Qing He Organic Co. LTD. | 09/12/2020 | 22,964.18 |
| 01/27/2020 | 2020006 | Shepherd Ranch | 02/26/2020 | 230.00 |
| 04/14/2020 | 2020027 | Shepherd Ranch | 05/14/2020 | 345.00 |
| 09/06/2018 | 2018106 | UNFI-Richburg, SC | 10/06/2018 | 504.15 |
| 04/30/2020 | 2020030 | Wendy Client | 05/01/2020 | 216.00 |
| 01/14/2019 | 2019008 | WFM - Southern Pacific D.C. | 02/13/2019 | 11,208.95 |
| 09/19/2018 | 2018111 | Wildtime Foods | 10/19/2018 | 11,992.90 |
| 11/08/2018 | 2018144 | Wildtime Foods | 12/08/2018 | 11,996.45 |
| 12/21/2018 | 2018170 | Wildtime Foods | 01/20/2019 | 10,858.95 |
| 08/29/2019 | FC 136 | Wildtime Foods | 09/28/2019 | 6,874.73 |
| 12/13/2019 | FC 138 | Wildtime Foods | 12/13/2019 | 2,706.60 |
| | | | | **272,975.06** |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment G**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.**

**Question 39 - Office Equipment, furnishings and supplies**

| Description | Purchase Price | Estimated Value |
|---|---|---|
| 61028 Steelcase Desk | 500 | 125.00 |
| 61041 FireKing 2 Drawer Lateral FireProof | 537 | 134.31 |
| 61046 Light Stained Wood Executive Desk | 325 | 81.25 |
| 61047 Light Stained Wood Secretary Desk | 275 | 68.75 |
| 61048 Dark Stained Wood Executive Desk | 325 | 81.25 |
| 61050 Medium Stained Wood Cabinet | 300 | 75.00 |
| 61051 Dell XPS Computer | 300 | 75.00 |
| 61052 Dell XPS Computer | 300 | 75.00 |
| 61053 HP Laserjet P2055dn Printer | 350 | 87.50 |
| 61054 HP Laserjet Pro 400 Color Printer | 350 | 87.50 |
| 61055 Cannon Image Class D1370 Printer | 250 | 62.50 |
| 61056 Lenova Think Center | 239 | 60 |
| 61058 HP OfficeJet Pro 7740 Printer | 400 | 100 |
| 61061 HON 4 Drawer Verticle File | 260 | 65 |
| 61063 HON 4 Drawer Verticle File | 260 | 65 |
| 61065 HON 4 Drawer Verticle File | 260 | 65 |
| 61067 FireKing 4 Drawer VerticalFireProof | 1,125 | 281 |
| 61068 FireKing 4 Drawer VerticalFireProof | 1,125 | 281 |
| 61069 FireKing 4 Drawer VerticalFireProof | 1,125 | 281 |
|  |  | $       2,151 |

NOTE - Estimated values are based on 25% of costs or current retail value.  Liquidation prices may be higher or lower then what is listed.

**Debtor 1  Russell Way Lester**                    Case Number 2020-24123

**Attachment H**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 48 - Crops**

|                  | 2018       | 2019         | Total        |
|------------------|------------|--------------|--------------|
| In Shell Pounds  | -          | 1,991,876    | 1,991,876    |
| Meat Pounds      | 1,812,020  | 111,107      | 1,923,127    |
| Total Pounds     | 1,812,020  | 2,102,983    | 3,915,003    |

**Value/Pound**

|                | 2018    | 2019    |
|----------------|---------|---------|
| In-Shell $/Lb  | $  0.60 | $  0.65 |
| Meat $/Lb      | $  1.25 | $  1.80 |

**Gross Value**

|                | 2018          | 2019            | Total           |
|----------------|---------------|-----------------|-----------------|
| In-Shell Value | $  -          | $ 1,294,719.40  | $ 1,294,719.40  |
| Meat Value     | $ 2,265,025.00 | $  199,992.60   | $ 2,465,017.60  |
|                | $ 2,265,025.00 | $ 1,494,712.00  | **$ 3,759,737.00** |

Projected Crop - 2020
| | | |
|---|---|---|
| In Shell Pounds Estimated | 1,000,000 | |
| Estimated selling price | 0.60 | |
| **Total value of 2020 crop estimated** | $  600,000.00 | |

| **Hay** | 123 Tons | $70/Ton | $      8,610.00 |
|---------|----------|---------|-----------------|
| **Walnut Trees** | | | $      375,000 |
| | | | **$      4,743,347** |

**NOTES:**

This is the estimated market value of the inventory under  certain marketing conditions.

Per the Receiver report there has been a 100% refusal by the potential Organic purchasers contacted.  This inventory will be sold into the conventional market assuming there is no market barriers placed there as well.

Current market conditions are significantly depressed and all prices reported reflect a substantial market survey undertaken the first week of July through the Receiver personal contact with brokers, organic and conventional processors, industry periodicals, and monthly grower reports from processors.

**THIS IS AN ESTIMATED VALUE.  The final market price may differ significantly from the estimates provided herein.**

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade**

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 11004 Gustafson Almond Harvester | 1992 | 1,250 | 313 |
| 11033 Jesse Field Elevator 202-36 | 1979 | 7,500 | 1,875 |
| 11052 RFM 1091 Super Cart | 2000 | 5,500 | 1,375 |
| 11053 RFM 1091 Super Cart | 2000 | 5,500 | 1,375 |
| 11054 McFaddin Super Cart | 2000 | 5,500 | 1,375 |
| 11055 Flory Supercart | 2000 | 5,500 | 1,375 |
| 11056 Johnnie's Welding Super Cart | 2000 | 5,500 | 1,375 |
| 11230 OMC Shockwave Shaker - 2000 | 2000 | 85,000 | 21,250 |
| 11235 Side Delivery Hay Rake | 1979 | 2,500 | 625 |
| 11237 Weiss McNair 9800 Harvester | 2000 | 29,000 | 7,250 |
| 11238 Jackrabbit Reservoir Cart | 2000 | 23,211 | 5,803 |
| 11240 2019 Jackrabbit Stickjack | 2019 | 39,399 | 9,850 |
| 11241 Weiss-McNairJD 80 AC Sweeper-2000 | 2000 | 36,000 | 9,000 |
| 11326 Case 1010 20' Wheat Head | 9/19/2004 | 5,000 | 1,250 |
| 11376 Compton Field Elevator | 9/19/2004 | 6,654 | 1,664 |
| 11381 International810 Bean Pickup Header | 9/19/2004 | 3,500 | 875 |
| 11385 HFT 830 3x60 Bean cutter w/ hydraul | 9/19/2004 | 3,500 | 875 |
| 11388 OMC 3WMB Shaker - 2018 | 6/26/2018 | 39,443 | 9,861 |
| 11389 Weiss-McNair S2930 Sweeper - 2018 | 6/26/2018 | 92,000 | 23,000 |
| 12001 Cat D4 Track Tractor | 2/13/1956 | 11,000 | 2,750 |
| 12009 Cat D4D Track Tractor | 1979 | 12,500 | 3,125 |
| 12045 Cat D4C Track Tractor | 1992 | 12,000 | 3,000 |
| 12046 John Deere 2755 Tractor | 6/28/1994 | 39,288 | 9,822 |
| 12047 John Deere 6510L  Tractor | 10/8/1999 | 49,872 | 12,468 |
| 12049 John Deere 8520T | 4/7/2003 | 250,420 | 62,605 |
| 12051 John Deere 6430L | 1/26/2011 | 47,347 | 11,837 |
| 12052 2015  John Deere 6125M | 12/21/2015 | 78,405 | 19,601 |
| 12054 2016 John Deere 6125M w/ Key Cab | 8/8/2016 | 106,654 | 26,663 |
| 12445 2018 John Deere 410 L Backhoe | 11/7/2017 | 136,798 | 34,199 |
| 13006 Orchard Flamer | 1979 | 3,500 | 875 |
| 13012 OEC Nut Trailer | 1979 | 2,500 | 625 |
| 13013 OEC Nut Trailer | 1979 | 2,500 | 625 |
| 13015 Jessee Nut Trailer | 1979 | 2,500 | 625 |
| 13016 Jessee Nut Trailer | 1979 | 2,500 | 625 |
| 13022 S & A FS 1230 Compost Spreader | 8/31/1994 | 12,132 | 3,033 |
| 13023  KMC 614G 6' x 14' Gable Spreader w | 2016 | 27,500 | 6,875 |
| 13057 550 gal Diesel Trapwagon | 1979 | 4,500 | 1,125 |
| 13369 1000 Gallon Diesel Trap Wagon | 1995 | 5,000 | 1,250 |
| 13372 ATV Cart | 2012 | 300 | 75 |
| 13395 ATV Cart | 2015 | 300 | 75 |
| 13399 Rhino 62 ATV Magnetic Sweeper | 10/5/2017 | 2,410 | 603 |
| 13423 Pipe Trailer- 4 wheel-wide | 1979 | 2,500 | 625 |
| 13424 Jesse Pipe Trailer | 1979 | 2,500 | 625 |
| 14004 Marvin 10 x 20 Orchard Landplane | 1979 | 2,500 | 625 |
| 14005 Disk Plow | 1979 | 1,500 | 375 |
| 14006 Gustafson Orchard Landplane | 1992 | 1,500 | 375 |
| 14007 15' Cultivator Sled | 1979 | 2,700 | 675 |
| 14008 Dandl 10' Flail Orchard Mower | 3/12/1980 | 3,086 | 772 |
| 14014 Glencoe Harrow 15' | 1979 | 1,500 | 375 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 14017 Allis CHalmers WK 15' Disk | 10/23/1984 | 8,200 | 2,050 |
| 14018 Allis Chalmers 400 Tool Carrier | 1979 | 5,500 | 1,375 |
| 14019 Befco 590 Rototiller | 1979 | 3,500 | 875 |
| 14034 Kilifer Drag Disk - 9'9" | 1979 | 2,500 | 625 |
| 14041 Oliver Mdl 64 12' Drill | 1979 | 4,500 | 1,125 |
| 14044 Lely 3pt Broadcaster | 2018 | 7,500 | 1,875 |
| 14049 Planter Sled w/ 6 JD 71 Planters | 1979 | 3,500 | 875 |
| 14054 RFM 10' Landplane | 2000 | 1,500 | 375 |
| 14055 15' Lister Sled w/bed shapers | 1979 | 5,500 | 1,375 |
| 14056 California Ridger | 1992 | 2,000 | 500 |
| 14061 Oliver 3 Bottom Roll Over Plow | 1979 | 2,500 | 625 |
| 14065 Allis Chalmers Drag Disk- 12' | 1979 | 2,500 | 625 |
| 14069 Gustafson 3x5 Rollers | 1992 | 2,000 | 500 |
| 14070 Kilifer 9'9" Drag Disk | 1992 | 1,500 | 375 |
| 14071 Kilifer 1 Shank Ripper | 1992 | 2,000 | 500 |
| 14155 Rhino 10' Flail Orchard Mower | 1992 | 6,500 | 1,625 |
| 14160 Porter 10' Drag Scraper | 11/18/2002 | 3,773 | 943 |
| 14170 Verminator Gopher Bait Machine | 5/30/2018 | 5,254 | 1,313 |
| 14220 Rhino 2500 3pt Angle Blade | 10/3/2002 | 6,850 | 1,713 |
| 14229 Trimax Rotary Mower | 1992 | 5,500 | 1,375 |
| 14240 16'- 13x17 ring roller | 1992 | 2,200 | 550 |
| 14241 12"x10' Flat Roller | 1979 | 4,500 | 1,125 |
| 14242 24"x10' Flat Roller | 1979 | 5,500 | 1,375 |
| 14243 Eversman Tri-plane 10'x40' | 1992 | 4,500 | 1,125 |
| 14248 Sweco Tri-plane 16 x 40 | 1992 | 8,500 | 2,125 |
| 14303 Shielded 6 Row Cultivator sled | 1992 | 4,500 | 1,125 |
| 14304 Rhino RC 20 Mower | 1992 | 7,500 | 1,875 |
| 14305 Ripper Roller - 16' | 1992 | 7,500 | 1,875 |
| 14306 Lilliston wheel cultivator- 16' | 1992 | 4,500 | 1,125 |
| 14311 Case/IH 14 V Ripper-9 Shank | 3/15/2003 | 4,000 | 1,000 |
| 14312 Johnson360 All Purpose Incorporator | 3/15/2003 | 4,000 | 1,000 |
| 14313 AllisChalmers Field Cultivator- 30' | 3/15/2003 | 3,500 | 875 |
| 14315 John Deere Rotary Hoe - 16' | 3/15/2003 | 2,650 | 663 |
| 14316 Misc. Tillage Shanks | 1979 | 3,500 | 875 |
| 14320 Loftness Flail Chopper - 15' | 1992 | 7,000 | 1,750 |
| 14321 JohnDeere Pull Scraper/Carryall-10' | 1992 | 3,500 | 875 |
| 14327 Allis Chalmers Drag Disk - 24' | 1979 | 5,000 | 1,250 |
| 14328 Schmeiser30' Ring Roller 1-20' 2-6' | 1992 | 5,800 | 1,450 |
| 14329 Schmeiser 10' Ring Roller | 1979 | 2,500 | 625 |
| 14331 Spike Harrow 20' 3 SectionPullType | 1979 | 2,500 | 625 |
| 14332 Heavy Duty Lister Sled | 1992 | 2,700 | 675 |
| 14340 Cat 4 x 4 Sheepsfoot | 9/5/2003 | 5,238 | 1,309 |
| 14361 Reynolds 3 pt Ridger Model LPH | 1992 | 3,500 | 875 |
| 14362 Wilcox 7 Bottom Rollover Plow | 1992 | 4,500 | 1,125 |
| 14363 Wilcox Implement Carrier | 1992 | 7,500 | 1,875 |
| 14364 3 pt 20 foot cultivator bar | 1992 | 5,500 | 1,375 |
| 14371 Allis Chalmers Drag Disk - 32' | 1992 | 8,500 | 2,125 |
| 14382 Ateco H-71 7 Yard Carryall | 1992 | 7,500 | 1,875 |
| 14383 Roll-A-Cone 6x60 Folding Lister sle | 1992 | 5,000 | 1,250 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade**

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 14384 Custom 10'  3 Pt. Root knife | 1992 | 2,500 | 625 |
| 14386 HD Planter Bar 6x30 w/ JD 71 plante | 1992 | 5,500 | 1,375 |
| 14403 Bear Cat String Trimmer Model 75065 | 1992 | 450 | 113 |
| 14404 Bear Cat String Trimmer Model 75065 | 1992 | 450 | 113 |
| 14416 Scheimser 16' Ring Roller-13/17 | 11/27/2002 | 2,048 | 512 |
| 14422 AC Mdl L WheelDisk 9'9" | 1992 | 2,500 | 625 |
| 14424 John Deere 225 10' Wheel Disk | 1992 | 4,500 | 1,125 |
| 14439 Murray Ripper 5x45"shanks | 1992 | 7,500 | 1,875 |
| 14440 AC 12' Wheel Stubble Disk | 1992 | 8,500 | 2,125 |
| 14452 Schmeiser 10'x16" Ring Roller | 1979 | 2,500 | 625 |
| 14453 Wilcox 3 pt. 7 Bottom Rollover Plow | 1992 | 4,500 | 1,125 |
| 14454 Gannon Box Scraper-6' w/Hyd.Rippers | 1979 | 2,500 | 625 |
| 14457 Schmeiser V Blade Scraper | 9/17/2014 | 6,014 | 1,504 |
| 14460 Reynolds Scraper | 7/8/2015 | 18,000 | 4,500 |
| 14462 Rears 8' Mower | 11/8/2017 | 11,086 | 2,772 |
| 14463 Rears 10' Mower | 11/8/2017 | 11,086 | 2,772 |
| 14464 Rears 12' Mower | 11/15/2017 | 11,956 | 2,989 |
| 15020 Berkley PTO Pump | 1979 | 2,500 | 625 |
| 15021 100 HP GE HollowShaft ElectricMotor | 1992 | 8,000 | 2,000 |
| 15022 60 HP US MotorHollowShaft ElectricM | 1992 | 7,000 | 1,750 |
| 15023 50 HP US MotorHollowShaft ElectricM | 1992 | 6,000 | 1,500 |
| 15023 75 HP US MotorHollowShaft ElectricM | 1992 | 7,500 | 1,875 |
| 15310 John Deere Stationary Power Unit | 3/15/2003 | 22,553 | 5,638 |
| 15323 218-8"x30' Aluminum Pipe with Valv | 1992 | 36,240 | 9,060 |
| 15366 3"Alum Sprinkler Pipe w/risers-430 | 1979 | 31,000 | 7,750 |
| 15367 12" Alum Mainline 12x45',24x40' | 1992 | 12,000 | 3,000 |
| 15368 10" Alum Mainline 21x40' | 1992 | 8,400 | 2,100 |
| 16024 Air Cutt Air Shears #1 | 1992 | 600 | 150 |
| 16025 Dayton 10 HP Air compressor | 1992 | 3,000 | 750 |
| 16026 Blackwelder 3 pt Tractor Forklift | 1979 | 1,500 | 375 |
| 16035 Emglo Portable Air Compressor | 1992 | 550 | 138 |
| 16036 Emglo Portable Air Compressor | 1992 | 550 | 138 |
| 16037 Emglo Portable Air Compressor | 1992 | 550 | 138 |
| 16038 Emglo Portable Air Compressor | 1992 | 550 | 138 |
| 16162 Stihl 019 Chainsaw | 1992 | 269 | 67 |
| 16163 Stihl 029 Chainsaw | 1992 | 369 | 92 |
| 16164 Stihl Backpack Blower | 1992 | 349 | 87 |
| 16165 Stihl Back Pack Blower 2019 | 2019 | 640 | 160 |
| 16335 Bear Cat String Trimmer Model 75065 | 2019 | 450 | 113 |
| 16336 Bear Cat String Trimmer Model 75065 | 2019 | 450 | 113 |
| 16337 SAR SST5 String Mower | 2019 | 350 | 88 |
| 16378 Stihl Power Pole Pruner | 2019 | 670 | 168 |
| 16379 Stihl 009 Chainsaw | 2004 | 269 | 67 |
| 16380 Bear 75065 String Trimmer | 2004 | 450 | 113 |
| 16393 Stihl 290 Chainsaw | 2004 | 369 | 92 |
| 16394 Drip Hose Reel | 2004 | 250 | 63 |
| 16395 Floor Machine | 2004 | 700 | 175 |
| 16399 Billy Goat BC2402H | 2004 | 600 | 150 |
| 16414 600 Gallon Water Tank | 1979 | 2,200 | 550 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade**

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 16415 600 Gallon Water Tank | 1979 | 2,200 | 550 |
| 16416 1000 Gal. Water Tank on 4 wheels | 2004 | 5,000 | 1,250 |
| 16417 Mueller 5,000 gallon Jacketed tank | 2007 | 7,500 | 1,875 |
| 31055 RFM Elevator | 1979 | 2,500 | 625 |
| 32100 Commercial Walnut Sheller | 1991 | 120,000 | 30,000 |
| 32101 Commercial Roller-Sizer | 1991 | 40,000 | 10,000 |
| 32102 Commercial Roller-Sizer | 1991 | 40,000 | 10,000 |
| 32103 In-Shell Bin Dumper & Tank | 1992 | 20,000 | 5,000 |
| 32233 AIM Airleg | 1992 | 7,500 | 1,875 |
| 32410 AIM Sorting Table - SS | 1992 | 7,000 | 1,750 |
| 33120 Turbovac SB 1000 Vacuum Pkg Machine | 1992 | 5,500 | 1,375 |
| 33150 AIM Sorting Table - SS | 1992 | 7,000 | 1,750 |
| 33296 Sortex 3200 IR/VIS #1 Short Chute | 10/30/2003 | 5,600 | 1,400 |
| 33297 Sortex 3200 IR/VIS #1 long chutes | 10/30/2003 | 5,600 | 1,400 |
| 33298 Sortex 3200 IR/VIS #2 long chutes | 10/30/2003 | 5,600 | 1,400 |
| 33299 Sortex 3200 IR/VIS #3 long chutes | 10/30/2003 | 5,600 | 1,400 |
| 33300 Sortex 3200 IR/VIS #4 long chutes | 10/30/2003 | 5,600 | 1,400 |
| 33302 AIM Airleg | 10/30/2003 | 7,500 | 1,875 |
| 33333 30"x36" SS  Scale Table | 10/30/2003 | 450 | 113 |
| 33335 AIM SS  Electronic Sorter Frame | 10/30/2003 | 110,000 | 27,500 |
| 33336 AIM Sorting Table SS | 10/30/2003 | 8,000 | 2,000 |
| 33337 Commercial Screener | 1991 | 125,000 | 31,250 |
| 33340 32"x74" SS work cabinet | 10/30/2003 | 450 | 113 |
| 33341 Bench Scale- 120# | 10/30/2003 | 450 | 113 |
| 33342 24"x7' SS Drain counter w/2 sinks | 10/30/2003 | 550 | 138 |
| 33343 24"x120" HD SS Work Bench | 10/30/2003 | 450 | 113 |
| 33348 Sortex 3200 IR/VIS #5 short chutes | 10/30/2003 | 5,600 | 1,400 |
| 33349 Sortex 3200 IR/VIS #6 short chutes | 10/30/2003 | 5,600 | 1,400 |
| 33359 LHW 300 # Bench Scale | 10/30/2003 | 400 | 100 |
| 33406 Actionpac ME 1095CSD | 10/30/2003 | 400 | 100 |
| 33407 Actionpac    Lg Cap Scale | 10/30/2003 | 400 | 100 |
| 33428 AIM Sorting Table SS | 10/30/2003 | 7,000 | 1,750 |
| 33429 Stls Steel Sanitary Grade Elevator | 10/30/2003 | 12,500 | 3,125 |
| 34037 Malavac Liftmaster Bin Dumper | 9/7/2001 | 6,756 | 1,689 |
| 34149 FlexweighDWM IV-5000#PlatformScale | 1/26/1993 | 4,085 | 1,021 |
| 34169 Cal Pine Bins - 3515 4x4x4 wood | 10/9/2007 | 589,375 | 147,344 |
| 34244 Macro Plastic Bins - 1542 4x4x4 | 11/28/2001 | 570,540 | 142,635 |
| 34301 Liftmaster Bin Dumper | 12/29/2011 | 6,783 | 1,696 |
| 34301 Malavac Bin Dumper 2016 | 2016 | $4,856 | 1,214 |
| 34310 CAT E6000-AC Electric Forklift | 3/28/2012 | 31,416 | 7,854 |
| 34322 Generator- 150KW | 1991 | 5,500 | 1,375 |
| 34358 Macro Plastic Bins-20 4x4x2 | 10/26/2004 | 69,175 | 17,294 |
| 34388 CAT GP25K-L | 1991 | 12,000 | 3,000 |
| 34390 Floor Machine | 2004 | 300 | 75 |
| 34405 Billy Goat BC2402H | 2004 | 350 | 88 |
| 34417 Universal Bucket Elevator | 1991 | 4,500 | 1,125 |
| 34438 CAT P5000 LE Forklift - 2017 | 2017 | 15,000 | 3,750 |
| 34439 CAT GP 30-LP Forklift - 2016 | 2016 | 27,505 | 6,876 |
| 34489 JLG 450AJ Series II Boom  Lift 2010 | 2010 | 32,427 | 8,107 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade**

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 34490 JLG M 450 AJ Boom Lift | 2017 | 41,834 | 10,459 |
| 41135 Wizard R-9 Walnut Huller | 2004 | 3,500 | 875 |
| 41136 Gustafson Almond Meat Cleaner | 1979 | 2,000 | 500 |
| 41138 Fadie 30" Almond Huller | 1979 | 2,500 | 625 |
| 41139 Gustafson Airleg | 1979 | 2,500 | 625 |
| 41140 Gustafson Airleg | 1979 | 2,500 | 625 |
| 41141 Gustafson Airleg | 1979 | 2,500 | 625 |
| 41347 Huller Sorting Table | 1986 | 1,500 | 375 |
| 41348 Floatation Tank | 1986 | 1,500 | 375 |
| 41349 Walnut Pre-Cleaner w/stand | 1986 | 1,500 | 375 |
| 41425 Wizard Walnut Huller R12  RightHand | 6/6/2006 | 6,500 | 1,625 |
| 41426 Wizard Walnut Huller - R12 LeftHand | 6/6/2006 | 6,500 | 1,625 |
| 41428 Wizard Hulling Plant DR36 | 7/11/2014 | 105,000 | 26,250 |
| 42027 RFM 5th Wheel Trailer | 1/1/1991 | 5,500 | 1,375 |
| 42067 Blanton Drying Trailer | 2017 | 3,200 | 800 |
| 42068 Blanton Drying Trailer | 2017 | 3,200 | 800 |
| 42354 Peerless Drying Trailer | 2017 | 3,200 | 800 |
| 42355 Peerless Drying Trailer | 1992 | 3,200 | 800 |
| 42356 Peerless Drying Trailer | 1992 | 3,200 | 800 |
| 42358 Peerless Drying Trailer | 1992 | 3,200 | 800 |
| 42359 Peerless Drying Trailer | 1992 | 3,200 | 800 |
| 42360 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42361 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42362 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42363 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42364 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42365 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42366 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42367 Peerless Drying Trailer - Hyd. | 1986 | 3,200 | 800 |
| 42368 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42369 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42370 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42371 Peerless Drying Trailer | 1986 | 3,200 | 800 |
| 42372 Peerless Drying Trailer | 2017 | 3,200 | 800 |
| 42372 Peerless Drying Trailer | 2017 | 3,200 | 800 |
| 42373 Peerless Drying Trailer | 2017 | 3,200 | 800 |
| 42374 Blanton Drying Trailer | 2017 | 3,200 | 800 |
| 42374 Peerless Drying Trailer - Hyd. | 2017 | 3,200 | 800 |
| 42375 Blanton Drying Trailer | 2017 | 3,200 | 800 |
| 42376 Blanton Drying Trailer | 2017 | 3,200 | 800 |
| 42387 Custom 5th wheel field dolly | 1992 | 500 | 125 |
| 42388 Custom 5th wheel field dolly | 1992 | 500 | 125 |
| 43011 Reverse Vane Dryer w/burner | 1992 | 5,500 | 1,375 |
| 43012 Reverse Vane Dryer w/burner | 1992 | 5,500 | 1,375 |
| 43417 Blue Line Gas Dryer | 2017 | 3,500 | 875 |
| 43418 Peerless Gas Dryer | 2017 | 2,500 | 625 |
| 43419 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43420 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43421 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment I**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 49 - Farm and fishing equipment, implements, machinery, fixtures and tools of trade**

| Description | Year | Purchase Price | Estimated Value |
|---|---|---|---|
| 43422 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43423 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43424 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43425 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43426 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43427 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 43428 Sukup Dryer - 20 HP | 2018 | 13,086 | 3,271 |
| 71032 Honda Trash Pump | 2005 | 2,500 | 625 |
| 71033 Atlas Drill Press | 1992 | 2,600 | 650 |
| 71033 Emerson Cut Off Saw | 1979 | 2,750 | 688 |
| 71034 Lincoln Welder | 1979 | 500 | 125 |
| 71035 Oxy-Acetylene Set | 1979 | 450 | 113 |
| 71036 Miller Wire Feed Welder | 1979 | 2,600 | 650 |
| 71037 Pedestal Grinder | 1979 | 750 | 188 |
| 71038 Dayton 7" Pedestal Grinder | 1979 | 450 | 113 |
| 71161 MillerBobcat 225-G Welder/Generator | 1979 | 4,300 | 1,075 |
| 71165 Stihl Cut-off Saw TS 460 | 1979 | 650 | 163 |
| 71168 Quincy 10 HP Air Compressor | 1979 | 3,600 | 900 |
| 71169 Small Air Dryer | 1992 | 120 | 30 |
| 71170 Air compressor Dryer/filter | 1992 | 120 | 30 |
| 71307 Champion pedastal wheel grinder | 1979 | 650 | 163 |
| 71351 Honda 3000 watt generator | 1986 | 2,500 | 625 |
| 71399 Thermal Dynamics Plasma Cutter | 1986 | 2,500 | 625 |
| 71400 Northern Star High Pressure Washer | 1986 | 3,000 | 750 |
| 71435 Scafolding - Safway | 1986 | 4,500 | 1,125 |
| 71448 Honda EU 6500 is Generator | 1986 | 4,500 | 1,125 |
| 71449 Electrical Spider Box | 1979 | 1,512 | 378 |

$ 1,032,190.97

NOTE:  Values obtained are based on purchase price and estimated purchase price.  Current estimated value is based at 25% of the purchase price.  Liquidation value may be higher or lower.

**Debtor 1   Russell Way Lester**                        **Case Number 2020-24123**

**Attachment J**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

Question 51 - Any Farm related property you did not already list

| Titled Equipment | Model | Cost | Estimated Value |
|---|---|---|---|
| 21042 Ford L 9000 Truck Tractor | Model # L 9000 | | 0 |
| 21236 Ford F250 - 1992 | Model # F250 | | 0 |
| 21239 Ford F-350 - 2000 | Model # F 350 | | 0 |
| 21255 Honda ATV TRX 450ES 2000 | Model # TRX 450 ES | | 0 |
| 21256 Honda ATV TRX 250 Recon 1 2001 | Model # TRX 250 Recon | | 0 |
| 21258 Honda ATV TRX 500 ES 2013 | Model # TRX 500 ES | | 0 |
| 21259 Honda ATV TRX 250 Recon 2009 | Model # TRX 250 Recon | | 0 |
| 21260 Honda ATV TRX 250 Recon, ES 2013 | Model # TRX 250 Recon | | 0 |
| 21262 Polaris Ranger EV 2017 UTV | Model# Ranger EV UTV | | 0 |
| 21263 Honda ATV TRX 500 Foreman | Model #TRX 500 FE2H | | 0 |
| 21264 Honda ATV TRX 350 | Model #TRX 350 | | 0 |
| 21352 GMC 3500 - 1994 | Model # 3500 | | 0 |
| 21354 Ford F 350 - 1993 | Model # F 350 | | 0 |
| 21446 Ford F-250 - 2016 | Model # F 250 | | 0 |
| 21447 Ford F-350 - 2006 | Model # F 350 | | 0 |
| 22062 Utility Trailer Dolly | Model # NA | 1,500.00 | 375 |
| 22063 Utility Trailer Dolly | Model # NA | 1,500.00 | 375 |
| 22227 Alloy Trailer - 28' | Model # | 3,500.00 | 875 |
| 22314 Standard LB33 Equipment trailer | Model # LB 33-1626 | 4,407.00 | 1,101.75 |
| 22315 1992 Donahue Equipment Trailer | Mod # HF-24-DI | 1,500.00 | 375.00 |
| 22324 5th Wheel Implement Carrier-32' | Model # NA | 1,625.00 | 406.25 |
| 22330 Delta 35' Implement Carrier | Model # NA | 1,875.00 | 468.75 |
| 22401 Low-bed Equipment Trailer | Model # NA | 1,500.00 | 375.00 |
| 22430 1995 28" Strick Trailer | Model # | 3,200.00 | 800.00 |

| Titled Equipment Destroyed in Fire | Model | | |
|---|---|---|---|
| 21050 GMC 2500 Pickup Truck - 1976 | Model # 2500 | - | - |
| 21058 GMC 350 Truck | Model # 350 | - | - |
| 21059 1953 Triumph Trump Mayflower | Model Mayflower | - | - |
| 21233 International 1700 | Model # 1700 | - | - |
| 21234 GMC Suburban 1989 | Model # K2500 | - | - |
| 21235 Ford F 250 - 1989 | Model # F 250 | - | - |
| 21261 Honda ATV TRX 250 Recon 3 (FIRE) | Model # TRX 250ReconES | - | - |
| 21319 Ford F 350 - 1966 | Model # F 350 | - | - |
| 21437 Yamaha C3 Motorbike | Model # XF50WL | - | - |

**Debtor 1   Russell Way Lester**                    **Case Number 2020-24123**

**Attachment J**
**Continuation of Form106A/B**
**Schedule A/B:  Property**
**Part 6:  Describe Any Farm- Related Property You own or Have an interest in.**

**Question 51 - Any Farm related property you did not already list**

| Titled Equipment | Model | Cost | Estimated Value |
|---|---|---|---|
| 22021 Coleman Tent Trailer | Model # | - | - |
| 22338 Wilderness 5th Wheel Trailer-2000 | Model # | - | - |
| 42028 RFM 5th Wheel Trailer | Model # DT 11 | - | - |
| | Model # DT | - | - |
| | | - | |

|  | Total Estimated Value | $ | 5,151.75 |
|---|---|---|---|

*NOTE:  The items with no cost basis do not include an estimate and current market value is unknown at this time.  All estimated values are 25% of either actual or estimated costs that were available.  Actual liquidation values may be either higher or lower.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Russell Wayne Lester |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | Eastern District of California |
| Case number (If known) | 2020-24123 |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**     SEE GLOBAL NOTES RE: GROWERS

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1** Adamson Ranch

Creditor's Name
P.O. Box 174
Number   Street

Lower Lake    CA   95457
City     State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**
Date debt was incurred _____

**Describe the property that secures the claim:**   $ Unknown    $ 0.00    $ Unknown

- $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
Last 4 digits of account number   e411

**2.2** AI&L Crop Solutions

Creditor's Name
C/O Anna-Liisa Fabritius
Number   Street

7769 N Meridian Rd

Vacaville    CA   95688
City     State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**
Date debt was incurred _____

**Describe the property that secures the claim:**   $ 0.00    $ 0.00    $ 0.00

- $0.00

**of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
Last 4 digits of account number   o403

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|

Debtor 1    Russell Wayne Lester
            _____
            First Name      Middle Name      Last Name

Case number *(if known)*   2020-24123
                           _____

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

### 2.3  Andrusaitis, Daniel

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Daniel Andrusaitis

Number     Street
3618 Hendricks Road

Lakeport              CA    95453
City                  State   ZIP Code

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number

### 2.4  Arrowhead Co.

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Randy Salveson

Number     Street
850 Market Street

Colusa               CA    95932
City                  State   ZIP Code

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   o217

### 2.5  Be Love Farm

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Matthew Engelhart

Number     Street
7071 Bucktown Lane

Vacaville            CA    95688
City                  State   ZIP Code

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   o408

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

### 2.6 Blackstone

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

- $0.00

**Creditor's Name**
C/O Dan Blackstone

Number    Street
359 Bel Marin Keys Blvd. #9

City    State    ZIP Code
Novato    CA    94949

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    c485

### 2.7 Blue Ridge Walnuts

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

- $0.00

**Creditor's Name**
C/O Vince and Victoria Facciuto

Number    Street
4815 State Highway 16

City    State    ZIP Code
Guinda    CA    95637

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    o261

### 2.8 Bunny Ranch

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

- $0.00

**Creditor's Name**
C/O Rob Halstead

Number    Street
10835 Mason Rd

City    State    ZIP Code
Upper Lake    CA    95485

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $

Debtor 1  Russell Wayne Lester
_____
First Name     Middle Name     Last Name

Case number (if known)  2020-24123 _____

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

### 2.9  Cardinale Ranch

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Vince and Dana Cardinale

Number     Street
28908 County Road 87D

- $0.00

City     State     ZIP Code
Winters     CA     95694

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   o242

### 2.10  Carolyn Call

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name

Number     Street
215 Soda Bay Rd

- $0.00

City     State     ZIP Code
Lakeport     CA     95453

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   e907

### 2.11  Carpenter Orchard, Inc.

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Chuck and Jim Carpenter

Number     Street
200 N. Main Street Ste. C

- $0.00

City     State     ZIP Code
Lakeport     CA     95453

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1   Russell Wayne Lester
           _____
           First Name   Middle Name   Last Name

Case number *(if known)*          2020-24123
                                  _____

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**2.12** Cielo Azul Family Farm

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O John and Micaela Rall

Number     Street
1158 Clover Valley Road

City        State   ZIP Code
Upper Lake    CA    95485

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   e366

---

**2.13** Csarda Haz Farm

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O George House

Number     Street
27570 County Road 95A

City        State   ZIP Code
Davis        CA    95616

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   o384

---

**2.14** Dan Luchessi

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
P. O. Box 5

Number     Street

City        State   ZIP Code
Talmage      CA    95481

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number

---

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ | |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

### 2.15 Dancing Tree People

**Describe the property that secures the claim:** $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Loretta McCarthy

Number      Street
1445 Pitney Lane

City      State    ZIP Code
Upper Lake      CA    95485

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e397

### 2.16 Denise Ragan

**Describe the property that secures the claim:** $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
2262 Argonaut Rd

Number      Street

City      State    ZIP Code
Lakeport      CA    95453

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e379

### 2.17 Diener Ranch

**Describe the property that secures the claim:** $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Charles Diener

Number      Street
P. O. Box 629

City      State    ZIP Code
Lower Lake      CA    95457

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e214

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ | |

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

### 2.18 Ellis Ranch

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Steve Ellis

Number   Street
P. O. Box 1557

City    Lower Lake    State CA    ZIP Code 95457

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   e192

### 2.19 First Northern Bank of California

Describe the property that secures the claim:   $ 500,000.00    $18,361,421.00    $ 0.00

5430 Putah Creek Road, Winters, CA 95695 - $18,361,421.00

Creditor's Name
195 N First Steet

Number   Street

City    Dixon    State CA    ZIP Code 95620

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   3968

### 2.20 First Northern Bank of Dixon

Describe the property that secures the claim:   $ 7,800,000.00    $ 5,680,815.78    $ 2,119,184.22

All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Crops, Farm Equipment and Contracts - $5,680,815.78

Creditor's Name
195 N. First St.

Number   Street

City    Dixon    State CA    ZIP Code 95620

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   6495 & 6270

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 8,300,000.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $

Debtor 1   Russell Wayne Lester

    First Name    Middle Name    Last Name        Case number *(if known)*   **2020-24123**

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.21** First Northern Bank of Dixon

    Describe the property that secures the claim:    $ 1,389,479.54   $ 18,361,421.00   $ 0.00

Creditor's Name
195 N. Street

Number     Street

5430 Putah Creek Road, Winters, CA 95695 - $18,361,421.00

Dixon      CA   95620

City     State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   04/22/2009     Last 4 digits of account number   2829188

---

**2.22** Fischer Family Walnuts

    Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Robert and Susan Fischer

Number     Street
8700 Red Hills Road

- $0.00

Kelseyville      CA   95451

City     State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     **Last 4 digits of account number**

---

**2.23** Flores Farms

    Describe the property that secures the claim:   $ 0.00   $ 0.00   $ 0.00

Creditor's Name
C/O Annette Love

Number     Street
P. O. Box 711484

- $0.00

Mountainview      CA   96771

City     State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   o214

|  |  |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 1,389,479.54 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester

First Name     Middle Name     Last Name

Case number *(if known)*    2020-24123

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

### 2.24 Ford Credit

Creditor's Name

P. O. Box 552679

Number     Street

Detroit      MI    48255-267

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   08/01/2016

**Describe the property that secures the claim:**   $ 21,203.49   $ 21,203.49   $ 0.00

216 Ford F-250 - $21,203.49

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right of offset) _____

Last 4 digits of account number   4907

### 2.25 Four Season Ag Consulting (Riverdance Farms)

Creditor's Name

C/O Cindy Lashbrook

Number     Street

12230 Livingston Cresset Rd.

Livingston      CA    95334

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   _____

**Describe the property that secures the claim:**   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   v077

### 2.26 George Diener

Creditor's Name

665 Sunshine Loop

Number     Street

Fallon      NV    89406-81

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred   _____

**Describe the property that secures the claim:**   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 21,203.49 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number (if known) | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.27** Gilardoni, Richard

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Richard and Teresa Gilardoni

Number    Street
4502 Bennett Valley Road

Santa Rosa    CA    95404
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   -087

**2.28** Gilberts Ranch

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Bill & Lee Ann Gilbert

Number    Street
P. O. Box 620099

Woodside    CA    94062
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   e418

**2.29** Guadagnolo, Eileen

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Eileen Guadagnolo

Number    Street
17465 E. Front St

Linden    CA    95236
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1   **Russell Wayne Lester**
First Name    Middle Name    Last Name

Case number *(if known)*    **2020-24123**

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.30**   Inzana Ranch & Produce, Inc.

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Tony & Joy Inzana

Number    Street
9149 E. Service Road

Hughson    CA    95326
City    State    ZIP Code

- $0.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   v224

---

**2.31**   Ivicevich Ranch

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Nick Ivicevich

Number    Street
2142 Scotts Valley Road

Lakeport    CA    95453
City    State    ZIP Code

- $0.00

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   e258

---

**2.32**   John Deer Financial

Describe the property that secures the claim:   $ 59,565.99    $ 59,565.99    0.00

Creditor's Name
P O Box 4450

Number    Street

Carol Stream    IL    60197-445
City    State    ZIP Code

2018 JD 410 L Backhoe - $59,565.99

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred   10/10/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   0071

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 59,565.99

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.33 John Deer Financial

**Creditor's Name**

P O Box 4450

Number        Street

Carol Stream              60197-445

City                State        ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred   12/20/2016

**Describe the property that secures the claim:**   $ 35,773.61   $ 35,773.61   $ 0.00

2016 JD 410L Backhoe - $35,773.61

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   0409

### 2.34 John Deere Financial

**Creditor's Name**

P. O. Box 4450

Number        Street

Carol Stream      IL    60197-445

City                State        ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred   08/10/2016

**Describe the property that secures the claim:**   $ 42,669.32   $ 42,669.32   $ 0.00

2019 JD 6125M w/King Cab - $42,669.32

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   3401

### 2.35 John Ham

**Creditor's Name**

11311 Lorenson Rd.

Number        Street

Auburn          CA    95602-91(

City                State        ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred   _____

**Describe the property that secures the claim:**   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 78,442.93 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1   Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

---

**2.36**   Jordan Ranch

**Describe the property that secures the claim:**   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Don Jordan

- $0.00

Number    Street
P. O. Box 706

City   Winters    State CA    ZIP Code 95694

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**   o0068

---

**2.37**   Jorgensen Ranch

**Describe the property that secures the claim:**   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Ted Jorgensen

- $0.00

Number    Street
PO Box 627

City   Lower Lake    State CA    ZIP Code 95457

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**   c486

---

**2.38**   JP Farm Services

**Describe the property that secures the claim:**   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Justin Peters

- $0.00

Number    Street
P.O. Box 277

City   Lakeport    State CA    ZIP Code 95453

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

**Last 4 digits of account number**   223

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1 | Russell Wayne Lester
First Name | Middle Name | Last Name

Case number (if known) | 2020-24123

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.39** Kelsey Creek Orchards

Describe the property that secures the claim: $ 0.00 | $ 0.00 | $ 0.00

- $0.00

Creditor's Name
C/O David Mostin

Number | Street
3790 Soda Bay Road

Lakeport | CA | 95453
City | State | ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number 200

---

**2.40** Kost, Angela

Describe the property that secures the claim: $ 0.00 | $ 0.00 | $ 0.00

- $0.00

Creditor's Name
C/O Angela Kost

Number | Street
506 Citadel Dr.

Davis | CA | 95616
City | State | ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number

---

**2.41** Lauenroth

Describe the property that secures the claim: $ 0.00 | $ 0.00 | $ 0.00

- $0.00

Creditor's Name
C/O Parcel 01 Cutler

Number | Street
2565 Bell Hill Lane

Kelseyville | CA | 95451
City | State | ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number e161

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester
            _____
            First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.42** Lauenroth

Describe the property that secures the claim:    $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Parcel 03 WF Dutch

Number    Street
3055 Merritt Rd

- $0.00

City    State    ZIP Code
Kelseyville    CA    95451

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    e161

---

**2.43** Lauenroth

Describe the property that secures the claim:    $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Parcel 04 WF Fred

Number    Street
5170 Renfro Lane

- $0.00

City    State    ZIP Code
Kelseyville    CA    95451

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    e161

---

**2.44** Lauenroth

Describe the property that secures the claim:    $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Parcel 10 Hodge

Number    Street
1980-1976 Big Valley Road

- $0.00

City    State    ZIP Code
Kelseyville    CA    95451

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    e161

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name　　Middle Name　　Last Name | | | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.45** Lauenroth

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Parcel 11 Sheetz Orchard

- $0.00

Number　　Street
3430 Bell Hill Road

Kelseyville　　CA　95451
City　　　　　State　ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e161

---

**2.46** Lauenroth

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Parcel 17 McIntire Ranch

- $0.00

Number　　Street
8545 Hwy 175

Kelseyville　　CA　95451
City　　　　　State　ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e161

---

**2.47** Lauenroth

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Parcel 19 Gail

- $0.00

Number　　Street
2495 Hummel Lane

Kelseyville　　CA　95451
City　　　　　State　ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** e161

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester
            First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

---

**2.48**  Lauenroth

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Parcel 20 T. White

Number    Street
2574 Bell Hill Road

- $0.00

Kelseyville            CA    95451
City                   State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e161

---

**2.49**  Lauenroth

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Paul Lauenroth

Number    Street
P. O. Box 73

- $0.00

Kelseyville            CA    95451
City                   State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e161

---

**2.50**  Lauenroth

Describe the property that secures the claim:    $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Val & Tod Elliot

Number    Street
2945 Reeves Lane

- $0.00

Lakeport               CA    95453
City                   State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester
            First Name    Middle Name    Last Name                    Case number *(if known)*    2020-24123

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.51    Lovrin Ranch**

Describe the property that secures the claim:  $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Jill Lovrin

Number        Street
P.O. Box 421

- $0.00

Nice                    CA    95464
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e401

---

**2.52    Mason Christensen DBA Sleeper Ranch**

Describe the property that secures the claim:  $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Walter Christensen

Number        Street
P. O. Box 953

- $0.00

Upper Lake              CA    95485
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e393

---

**2.53    McCabe Ranch**

Describe the property that secures the claim:  $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Corina Jones

Number        Street
P. O. Box 544

- $0.00

Upper Lake              CA    95485
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:  $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  $

Debtor 1    **Russell Wayne Lester**

First Name    Middle Name    Last Name

Case number *(if known)*    **2020-24123**

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.54** McCaffrey

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Susan McCaffrey

Number    Street
30900 The Horseshoe

- $0.00

City    State    ZIP Code
Winters    CA    95694

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   o068

---

**2.55** McCarty, Darrin

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Darrin McCarty

Number    Street
11675 Bachelor Valley Rd

- $0.00

City    State    ZIP Code
Witter Springs    CA    95492

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number

---

**2.56** Montgomery

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Nola Montgomery

Number    Street
8084 Highway 29

- $0.00

City    State    ZIP Code
Lower Lake    CA    95457

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number   e160

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.57** Mostin

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O David Mostin

Number    Street
3790 Soda Bay Road

- $0.00

Lakeport          CA    95453
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   200

---

**2.58** Negroni, Sally

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Sally D Negroni

Number    Street
7830 Sikes Rd

- $0.00

Dixon             CA    95694
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   o443

---

**2.59** Nichols Farm

Describe the property that secures the claim:   $ 0.00      $ 0.00      $ 0.00

Creditor's Name
C/O Bill Nichols

Number    Street
8266 Pleasants Valley Road

- $0.00

Winters           CA    95694
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   o068

---

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ | |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.60** Nolasco Ranch

Describe the property that secures the claim:     $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Peter Nolasco

Number     Street
13449 Anderson Rd

Lower Lake          CA     95457
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number     e388

---

**2.61** Omega 3

Describe the property that secures the claim:     $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Keith Miller

Number     Street
PO Box 223

Finley          CA     95435
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number     e322

---

**2.62** Omega 3

Describe the property that secures the claim:     $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Linda Stark

Number     Street
P.O. Box 371154

Montara          CA     94037
City          State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number     e322

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)*    2020-24123

| Part 1: | Additional Page After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.63**   Omega 3

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Rodney Turner

Number   Street
PO Box 223

Finley    CA   95435
City    State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   e322

---

**2.64**   Omega 3

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Sarah Miller

Number   Street
PO Box 223

Finley    CA   95435
City    State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   e322

---

**2.65**   Perry Ranch

Describe the property that secures the claim:   $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Michael Ryan

Number   Street
8775 Highway 175

Kelseyville    CA   95451
City    State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   e011

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

Debtor 1   Russell Wayne Lester
           First Name   Middle Name   Last Name

Case number (if known)   2020-24123

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |

**2.66   Petersen, Carl**

Creditor's Name
C/O Carl Petersen

Number   Street
P.O. Box 1047

Upper Lake          CA   95485
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   e374

**2.67   Petersen, Fred & Betty**

Creditor's Name
C/O Fred & Betty Petersen

Number   Street
P.O. Box 692

Kelseyville          CA   95492
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

**2.68   Phil Garner Ranch**

Creditor's Name
C/O Phil Garner

Number   Street
4565 Long Valley Rd

Clearlake Oaks          CA   95423
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:   $ 0.00   $ 0.00   $ 0.00

- $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   e405

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $

Debtor 1   Russell Wayne Lester
           _____
           First Name    Middle Name    Last Name

                                                    Case number (if known)   2020-24123

| Part 1: | Additional Page | Column A | Column B | Column C |
|---------|-----------------|----------|----------|----------|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.69   Rancho Del Paraiso**

Describe the property that secures the claim: $ 0.00   $ 0.00   $ 0.00

Creditor's Name
Farronk Shehabi

Number     Street
2633 La Honda Ave.

El Cerrito          CA   94530
City                State  ZIP Code

- $0.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

**2.70   Rattlesnake Ridge**

Describe the property that secures the claim: $ 0.00   $ 0.00   $ 0.00

Creditor's Name
C/O Gary and Ingrid Wielen

Number     Street
P. O. Box 1506

Kelseyville         CA   95451
City                State  ZIP Code

- $0.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   e159

**2.71   Round River Farm**

Describe the property that secures the claim: $ 0.00   $ 0.00   $ 0.00

Creditor's Name
C/O Randy Krag

Number     Street
10878 Witter Springs Road

Witter Springs      CA   95493
City                State  ZIP Code

- $0.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   e286

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.72   Sam Fraser Farm**

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Sam Fraser

Number        Street
P.O. Box 421

Clarksburg          CA    95612
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   o248

---

**2.73   Santos Bros**

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Joe Santos

Number        Street
P.O. Box 224

Upper Lake          CA    95485
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   e161

---

**2.74   Sequoia Farms**

Describe the property that secures the claim:   $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O George  Lester

Number        Street
P.O. Box 550

Winters          CA    95694
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   o068

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number (if known) | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.75** Shannon Orchard

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
Denise Shannon

Number        Street
P. O. Box 1220

Lakeport                    CA    95453
City                        State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

---

**2.76** Shepherd Farm

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Jay and Jill Shepherd

Number        Street
P.O. Box 577

Winters                    CA    95694
City                        State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    o118

---

**2.77** Sky Diamond Ranch

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Jeff and Cheryl Mannisto

Number        Street
P. O. Box 291

Lower Lake                  CA    95457
City                        State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    e184

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | Case number *(if known)* | 2020-24123 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.78  Sky Ranch**

Describe the property that secures the claim:  $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Joyce and James  Molinelli

Number    Street
330 Primrose Rd, Ste. 410

Burlingame          CA    94010
City                State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    c484

**2.79  Sleeper Ranch**

Describe the property that secures the claim:  $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Kenneth and Pamela Sleeper

Number    Street
10905 Elk Mountain Road

Upper Lake          CA    95485
City                State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

**2.80  Suenram Ranch**

Describe the property that secures the claim:  $ 0.00    $ 0.00    $ 0.00

Creditor's Name
C/O Robert and Susan Suenram

Number    Street
7755 Red Hill Road

Kelseyville          CA    95451
City                State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

- $0.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number    e174

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number (if known) | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.81** Sungold Farms

Describe the property that secures the claim:    $ 0.00        $ 0.00        $ 0.00

- $0.00

Creditor's Name
C/O Sukhcharan Singh

Number    Street
8571 S. George Washington Blvd

City: Yuba City    State: CA    ZIP Code: 95993

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  -072

**2.82** Taylor Brothers Farms

Describe the property that secures the claim:    $ 0.00        $ 0.00        $ 0.00

- $0.00

Creditor's Name
C/O John and Richard Taylor

Number    Street
182 Wilkie Ave

City: Yuba City    State: CA    ZIP Code: 95991

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  o900

**2.83** The Prudential Insurance Company of America

Describe the property that secures the claim:    $ 7,500,000.00    $ 3,327,000.00    $ 0.00

See Attachment  B - Real Property, CA - $33,327,000.00

Creditor's Name
2100 Ross Avenue

Number    Street
Suite 2500

City: Dallas    State: TX    ZIP Code: 75201

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred 03/29/2019    Last 4 digits of account number  1843

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 7,500,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals  from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number (if known) | 2020-24123 |
|---|---|---|---|---|
| | First Name　Middle Name　Last Name | | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.84**

| The Prudential Insurance Company of America | Describe the property that secures the claim: | $ 6,500,000.00 | $33,327,000.00 | $ 0.00 |

Creditor's Name

2100 Ross Avenue
Number　Street

Suite 2500

Dallas　　　TX　75201
City　　　　State　ZIP Code

Describe the property that secures the claim:

See Attachment B - Real Property, CA - $33,327,000.00

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred　04/01/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right of offset) _____

Last 4 digits of account number　1678

**2.85**

| Three Boys Ranch | Describe the property that secures the claim: | $ 0.00 | $ 0.00 | $ 0.00 |

Creditor's Name

C/O Cynthia Rodriquez
Number　Street

28017 Highway 128

Winters　　　CA　95694
City　　　　State　ZIP Code

Describe the property that secures the claim:

- $0.00

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number　o201

**2.86**

| Thurston Lake Ranch, LLC | Describe the property that secures the claim: | $ 0.00 | $ 0.00 | $ 0.00 |

Creditor's Name

C/O Dwight Haldan
Number　Street

42106 N. 102nd St.

Scottsdale　　AZ　85262
City　　　　State　ZIP Code

Describe the property that secures the claim:

- $0.00

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number　e244

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 6,500,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.87** Tisell

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Ray Tisell

Number    Street
5680 Robin Hill Drive

Lakeport            CA    95453
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e209

---

**2.88** Top of Konocti Farms

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Mike Fowler

Number    Street
P. O. Box 281

Kelseyville            CA    95451
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    e147

---

**2.89** US Small Business Administration

Describe the property that secures the claim: $ 150,000.00    $ 5,740,918.19    $ 0.00

All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Crops, Farm Equipment - $5,740,918.19

Creditor's Name
Legal Division District Office

Number    Street
6501 Sylvan Rd. #100

Citrus Heights            CA    95610
City                State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

Date debt was incurred    05/25/2020

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    8004

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 150,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.90  Vollelunga Ranch**

Describe the property that secures the claim:  $ 0.00   $ 0.00   $ 0.00

- $0.00

Creditor's Name
C/O Anthony and Elizabeth Vollelunga

Number   Street
4275 Highland Springs Road

Lakeport   CA   95453
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   196

**2.91  Walking Horse Ranch**

Describe the property that secures the claim:  $ 0.00   $ 0.00   $ 0.00

- $0.00

Creditor's Name
C/O William Miles Turner

Number   Street
6199 Wilson Road

Kelseyville   CA   95451
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   e181

**2.92  Westlake Farm**

Describe the property that secures the claim:  $ 0.00   $ 0.00   $ 0.00

- $0.00

Creditor's Name
C/O Keith Westlake

Number   Street
2655 Park Drive

Lakeport   CA   95453
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.93** Wild Hare Vineyard

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Allen and Elaine Sonneville

Number    Street
2464 Bell Hill Road

Kelseyville          CA    95451
City                 State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number   e295

---

**2.94** Winant Orchard

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Leon Winant

Number    Street
2005 Scotts Valley Road

Lakeport          CA    95493
City              State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number   e163

---

**2.95** Winant Orchard

Describe the property that secures the claim: $ 0.00    $ 0.00    $ 0.00

- $0.00

Creditor's Name
C/O Steve Winant

Number    Street
2005 Scotts Valley Road

Lakeport          CA    95493
City              State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

Last 4 digits of account number

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ |

| Debtor 1 | Russell Wayne Lester | | | Case number *(if known)* | 2020-24123 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.96  Wolthausen, Reed**

Describe the property that secures the claim: $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Reed Wolthausen

Number      Street
20188 Miljevich Dr.

City          State    ZIP Code
Saratoga     CA    95070

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number   e300

---

**2.97  Yows Ranch**

Describe the property that secures the claim: $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Dennis Yows

Number      Street
P.O. Box 912

City          State    ZIP Code
Upper Lake    CA    95485

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number   e352

---

**2.98  Zendejas**

Describe the property that secures the claim: $ 0.00     $ 0.00     $ 0.00

- $0.00

Creditor's Name
C/O Jose and Lupe Zendejas

Number      Street
14516 Burns Valley Road

City          State    ZIP Code
Clear Lake    CA    95422

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 0.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $ 23,998,691.95 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Russell Wayne Lester | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of California

Case number  2020-24123
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Alejandro Torres-Vega

Priority Creditor's Name
5211 Shortway Drive
Number          Street

Sacramento          CA    95823
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    08/27/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    Wages

Total claim: $ 4,123.39    Priority amount: $ 4,123.39    Nonpriority amount: $0.00

**2.2** California Department of Tax and Fee Administration

Priority Creditor's Name
Acct Information Group MIC:29
Number          Street
P. O. Box 942879

Sacramento          CA    94279-0029
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $ Unknown    Priority amount: $ Unknown    Nonpriority amount: $ Unknown

Debtor 1    Russell Wayne Lester

First Name     Middle Name     Last Name

Case number *(if known)* _____ 2020-24123

| | |
|---|---|
| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**   Devon T. Vickrey

Priority Creditor's Name
516 East St.

Number    Street

_____

Winters     CA    95694
City     State    ZIP Code

**Last 4 digits of account number**    $ 258.78   $ 258.78   $ 0.00

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4**   Employment Development Department

Priority Creditor's Name
Bankruptcy Special Procedures Group

Number    Street
P. O. Box 826880 MIC 92E

Sacramento     CA    94280-0001
City     State    ZIP Code

**Last 4 digits of account number**    $ 1,437.40   $ 1,437.40   $ 0.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**   Eutiquio A. Palmerin

Priority Creditor's Name
612 Manzanita Way

Number    Street

_____

Winters     CA    95694
City     State    ZIP Code

**Last 4 digits of account number**    $ 1,607.57   $ 1,607.57   $ 0.00

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)   2020-24123

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.6   Franchise Tax Board

Last 4 digits of account number    $ Unknown   $ Unknown   $ Unknown

Priority Creditor's Name
Bankruptcy Section MS A-340

Number   Street
P. O. Box 2952

Sacramento    CA    95812-2952
City    State    ZIP Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

### 2.7   Heliodoro Partida

Last 4 digits of account number    $ 4,639.09   $ 4,639.09   $ 0.00

Priority Creditor's Name
204 Mermod Place

Number   Street

Winters    CA    95694
City    State    ZIP Code

When was the debt incurred?   08/27/2020

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

### 2.8   Hermila Del Toro Magana

Last 4 digits of account number    $ 328.54   $ 328.54   $ 0.00

Priority Creditor's Name
P. O. Box 885

Number   Street

Winters    CA    95694
City    State    ZIP Code

When was the debt incurred?   08/27/2020

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---------|---------------------------------------------------|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.9**   Internal Revenue Service

**Last 4 digits of account number** _____   $ 9,449.10   $ 9,449.10   $ 0.00

Priority Creditor's Name
P. O. Box 7346

Number      Street

**When was the debt incurred?** ___2020___

Philadelphia      PA      19101-7346

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.10**   Jesus Rodriguez Vega

**Last 4 digits of account number** _____   $ 1,759.27   $ 1,759.27   $ 0.00

Priority Creditor's Name
1521 Madrone Ave. Apt. #6

Number      Street

**When was the debt incurred?** __08/27/2020__

West Sacramento      CA      95691

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.11**   Jose A. Lopez-Santana

**Last 4 digits of account number** _____   $ 1,569.28   $ 1,569.28   $ 0.00

Priority Creditor's Name
800 Walnut Lane

Number      Street

**When was the debt incurred?** __08/27/2020__

Winters      CA      95694

City      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor 1    Russell Wayne Lester

| First Name | Middle Name | Last Name |

Case number *(if known)*   2020-24123

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Total claim | Priority amount | Nonpriority amount |

---

**2.12**   Jose L. Montes Gallardo

Priority Creditor's Name
511 First St.

| Number | Street |

Winters    CA    95694

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   Wages

Total claim $ 2,291.78   Priority amount $ 2,291.78   Nonpriority amount $ 0.00

---

**2.13**   Jose L. Murillo

Priority Creditor's Name
106 Anderson Ave., Apt. 4

| Number | Street |

Winters    CA    95694

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   Wages

Total claim $ 68.11   Priority amount $ 68.11   Nonpriority amount $ 0.00

---

**2.14**   Jose Murillo

Priority Creditor's Name
16450 County Rd. 87

| Number | Street |

Esparto    CA    95627

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify   Wages

Total claim $ 3,717.23   Priority amount $ 3,717.23   Nonpriority amount $ 0.00

---

Debtor 1  Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

**2.15**  Luis A. Lopez Angel

Priority Creditor's Name

400 Marvin Way, Apt. #2

Number    Street

Dixon                CA        95620

City                State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____    $ 930.41  $ 930.41  $ 0.00

**When was the debt incurred?**  08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

---

**2.16**  Maria C. Escobedo

Priority Creditor's Name

193 Wild Rose Lane

Number    Street

Winters                CA        95694

City                State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____    $ 518.11  $ 518.11  $ 0.00

**When was the debt incurred?**  08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

---

**2.17**  Maria De Los Angeles Santana

Priority Creditor's Name

200 Wild Rose Lane

Number    Street

Winters                CA        95694

City                State        ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____    $ 1,792.79  $ 1,792.79  $ 0.00

**When was the debt incurred?**  08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.18**    Maria G. Hernandez

Priority Creditor's Name
304 Vazquez Ct.

Number    Street

Dixon                    CA    95620

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Total claim: $ 2,182.96    Priority amount: $ 2,182.96    Nonpriority amount: $ 0.00

**When was the debt incurred?** 08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

---

**2.19**    Maria G. Palmerin

Priority Creditor's Name
612 Manzanita Way

Number    Street

Winters                    CA    95694

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Total claim: $ 489.69    Priority amount: $ 489.69    Nonpriority amount: $ 0.00

**When was the debt incurred?** 08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

---

**2.20**    Maricruz V. Torres De Espinosa

Priority Creditor's Name
760 East Court

Number    Street

Dixon                    CA    95620

City    State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Total claim: $ 380.01    Priority amount: $ 380.01    Nonpriority amount: $ 0.00

**When was the debt incurred?** 08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number *(if known)*    2020-24123

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
| --- | --- |

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

---

**2.21**    Marta Espinosa Gamboa

Priority Creditor's Name
760 East Court

Number    Street

Dixon                    CA    95620
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?**    08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Wages

Total claim $ 944.48    Priority amount $ 944.48    Nonpriority amount $ 0.00

---

**2.22**    Placido Cuevas

Priority Creditor's Name
1008 Kennedy Drive

Number    Street

Winters                  CA    95694
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?**    08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Wages

Total claim $ 2,061.09    Priority amount $ 2,061.09    Nonpriority amount $ 0.00

---

**2.23**    Rosa E. Damian De Lopez

Priority Creditor's Name
800 Walnut Lane

Number    Street

Winters                  CA    95694
City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?**    08/27/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify  Wages

Total claim $ 668.00    Priority amount $ 668.00    Nonpriority amount $ 0.00

---

First Name     Middle Name     Last Name

Case number *(if known)*   2020-24123

## Part 1:   Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.24**   Salvador Duran Nieves

$ 3,002.84   $ 3,002.84   $ 0.00

**Last 4 digits of account number**

Priority Creditor's Name
P. O. Box 26

**When was the debt incurred?**   08/27/2020

Number    Street

Dixon       CA    95620
City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.25**   Silvia A. Avina Santana

$ 522.96   $ 522.96   $ 0.00

**Last 4 digits of account number**

Priority Creditor's Name
1125 McArthur Ave.

**When was the debt incurred?**   08/27/2020

Number    Street

Winters       CA    95694
City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify Wages

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.26**   Solano County Tax Collector

$ 26,664.76   $ 0.00   $ 26,664.76

**Last 4 digits of account number**

Priority Creditor's Name
675 Texas Street

**When was the debt incurred?**   _____

Number    Street
Suite 1900

Fairfield       CA    94533-6337
City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Filed 09/10/20    Russell Wayne Lester    Case 20-24123    2020-24123    Doc 111

Debtor 1    _____    _____    _____
          First Name    Middle Name    Last Name    Case number (if known) _____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page | | | | |
|---|---|---|---|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.27** State Compensation Insurance Fund

Last 4 digits of account number _____    $ Unknown    $ Unknown    $ Unknown

Priority Creditor's Name
Attn: Cancellation, Bankruptcy & Pre-Coverage

When was the debt incurred? _____

Number        Street
P. O. Box 8192

**As of the date you file, the claim is:** Check all that apply.

Pleasanton        CA        94588-8792
City        State        ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.28** United States Attorney

Last 4 digits of account number _____    $ Unknown    $ Unknown    $ Unknown

Priority Creditor's Name
501 I Street Ste 10-100

When was the debt incurred? _____

Number        Street

**As of the date you file, the claim is:** Check all that apply.

Sacramento        CA        95814
City        State        ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.29** United States Department of Justice Tax Division

Last 4 digits of account number _____    $ Unknown    $ Unknown    $ Unknown

Priority Creditor's Name
Civil Trial Section Western Region

When was the debt incurred? _____

Number        Street
Box 683 Ben Franklin Station

**As of the date you file, the claim is:** Check all that apply.

Washington        DC        20044
City        State        ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

**Type of PRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 1:**    **Your PRIORITY Unsecured Claims — Continuation Page**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

---

**2.30**   USDA Farm Service Agency

Priority Creditor's Name
Attn: Farm Loan Programs

Number    Street
430 G St #4161

Davis      CA    95616-4161
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     $ Unknown   $ Unknown   $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

---

**2.31**   US EPA Region 9 Bankruptcy Contact

Priority Creditor's Name
Office of Regional Counsel ORC-3

Number    Street
75 Hawthorne Street

San Francisco      CA    94105
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     $ Unknown   $ Unknown   $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

---

**2.32**   William C. Rolewicz

Priority Creditor's Name
2509 Whittier Dr.

Number    Street

Davis      CA    95618
City      State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**     $ 2,381.54   $ 2,381.54   $ 0.00

**When was the debt incurred?**   08/27/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify   Wages

---

First Name     Middle Name     Last Name

Case number (if known)    2020-24123

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**   American Express

Nonpriority Creditor's Name

Box 0001

Number     Street

Los Angeles     CA     90096-0001

City     State     ZIP Code

Last 4 digits of account number   7000

When was the debt incurred? _____

$ 13,235.75

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.2**   Aramark

Nonpriority Creditor's Name

P. O. Box 101179

Number     Street

Pasadena     CA     91189-1179

City     State     ZIP Code

Last 4 digits of account number   8631

When was the debt incurred? _____

$ 2,647.54

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Suppliers and Vendors

---

**4.3**   California Certified Organic Farmers

Nonpriority Creditor's Name

2155 Delaware Ave.

Number     Street

Suite 150

Santa Cruz     CA     95060

City     State     ZIP Code

Last 4 digits of account number

When was the debt incurred? _____

$ 178.78

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Suppliers and Vendors

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.4**  California Department of Motor Vehicles

Nonpriority Creditor's Name

P. O. Box 942897

Number        Street

Sacramento                    CA     94297-0897

City                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 1,344.00

---

**4.5**  California FarmLink

Nonpriority Creditor's Name

335 Spreckels Drive

Number        Street

Suite F

Aptos                        CA     95003

City                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 20200511

**When was the debt incurred?** 05/05/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  SBA Loan #2

$ 250,000.00

---

**4.6**  California Walnut Board

Nonpriority Creditor's Name

101 Parkshore Drive

Number        Street

Suite 250

Folsom                       CA     95630

City                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** DIXON

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 1,472.00

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.7**   Ceja-Reyes, Inc.

Nonpriority Creditor's Name

828 Court St.

Number     Street

Woodland     CA     95695
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   2484

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

$ 56,205.74

---

**4.8**   Cintas

Nonpriority Creditor's Name

P. O. Box 631025

Number     Street

Cincinnati     OH     45263-1025
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0673

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

$ 339.17

---

**4.9**   DFA of California

Nonpriority Creditor's Name

710 Striker Avenue

Number     Street

Sacramento     CA     95834
City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

$ 1,147.38

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.10** Dixon Hardware and Lumber

Nonpriority Creditor's Name

1505 North First Street

Number        Street

Dixon                          CA          95620
City                            State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2170

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 639.28

**4.11** Farm Employers Labor Service

Nonpriority Creditor's Name

2300 River Plaza Drive

Number        Street

Sacramento                  CA          95833
City                            State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 540.00

**4.12** First Northern Bank of Dixon

Nonpriority Creditor's Name

195 N First Street

Number        Street

Dixon                          CA          95620
City                            State        ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 2,119,184.22

**Part 2:**   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.13**   Gilbert Network Group

Nonpriority Creditor's Name

P. O. Box 1312

Number    Street

Last 4 digits of account number _____

When was the debt incurred? _____

$ 402.50

Dixon     CA    95620

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

---

**4.14**   GrowWest

Nonpriority Creditor's Name

201 East Street

Number    Street

Last 4 digits of account number 1909

When was the debt incurred? _____

$ 241.36

Woodland     CA    95776

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

---

**4.15**   InterState Oil Company

Nonpriority Creditor's Name

8221 Alpine Avenue

Number    Street

Last 4 digits of account number _____

When was the debt incurred? _____

$ 10,260.66

Sacramento     CA    95826

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

Debtor 1    Russell Wayne Lester
         First Name    Middle Name    Last Name

Case number (if known)____2020-24123____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.16**   Irrigation Supply Co.
Nonpriority Creditor's Name

P. O. Box 8548
Number    Street

Woodland                CA    95776-8548
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Suppliers and Vendors

$4,852.23

---

**4.17**   Joseph Martinez dba Martinez Ag Services
Nonpriority Creditor's Name

9337 Campbell Road
Number    Street

Winters                CA    95694
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Suppliers and Vendors

$14,972.00

---

**4.18**   Kabbage
Nonpriority Creditor's Name

925B Peachtree Street NE
Number    Street
Suite 1688

Atlanta                GA    30309
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8004

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  PPP Loan #2

$20,833.00

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.19**  MagneGas Welding Supply-West LLC

Nonpriority Creditor's Name

P. O. Box 843874

Number    Street

Los Angeles              CA      90084-3874
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0632

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 1,061.96

**4.20**  Martin's Dusters, Inc.

Nonpriority Creditor's Name

P. O. Box 1089

Number    Street

Colusa                   CA      95932
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 16,784.40

**4.21**  Oliveira Enterprises, Inc.

Nonpriority Creditor's Name

8005 Bruns Road

Number    Street

Byron                    CA      95414
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 44,428.50

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.22**  Pacific ACE Hardware

Nonpriority Creditor's Name

627 Merchant Street

Number      Street

Vacaville          CA      95688

City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7178

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

$ 3,600.23

**4.23**  Pacific Gas & Electric Company

Nonpriority Creditor's Name

Box 997300

Number      Street

Sacramento        CA      95899-7300

City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0766

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

$ 116,167.51

**4.24**  Pacific Gas & Electric Company

Nonpriority Creditor's Name

P. O. Box 997300

Number      Street

Sacramento        CA      95899-7300

City              State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5670

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

$ 671.43

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.25**   Pisani's Napa Auto Parts
_____
Nonpriority Creditor's Name

5 Abbey Street
_____
Number        Street

Winters                    CA      95694
_____
City                       State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **3925**         $ 1,174.25

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**4.26**   Pisani's Service
_____
Nonpriority Creditor's Name

2 Grant Avenue
_____
Number        Street

Winters                    CA      95694
_____
City                       State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number           $ 3,505.76

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.27**   Public Health Laboratory
_____
Nonpriority Creditor's Name

2201 Courage Drive
_____
Number        Street

Fairfield                  CA      94533
_____
City                       State    ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number           $ 50.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

Debtor 1 ___Russell Wayne Lester___
          First Name   Middle Name   Last Name

Case number (if known)___2020-24123___

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.28** Recology Vacaville Solano
Nonpriority Creditor's Name

P. O. Box 60759
Number       Street

Los Angeles          CA      90060-0759
City                 State   ZIP Code

$ 330.66

Last 4 digits of account number  3045

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

---

**4.29** Silliker, Inc.
Nonpriority Creditor's Name

P. O. Box 206972
Number       Street

Dallas               TX      75320-6972
City                 State   ZIP Code

$ 426.78

Last 4 digits of account number  3756

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**4.30** Sterling May
Nonpriority Creditor's Name

P. O. Box 8550
Number       Street

Woodland             CA      95776
City                 State   ZIP Code

$ 856.74

Last 4 digits of account number

When was the debt incurred?  _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.31**   Suisun Valley Fruit Growers Association

Nonpriority Creditor's Name

P. O. Box 417

Number    Street

Suisun      CA    94585-0417

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 18,419.11

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

---

**4.32**   Uline

Nonpriority Creditor's Name

P. O. Box 88741

Number    Street

Chicago      IL    60680

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 436.82

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

---

**4.33**   Valley Hydraulics & Machine, Inc.

Nonpriority Creditor's Name

1249 East Kentucky Avenue

Number    Street

Woodland      CA    95776-5906

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 181.23

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

---

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.34**   Valley Truck & Tractor
Nonpriority Creditor's Name

P. O. Box 3010
Number   Street

Yuba City     CA    95992
City    State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,356.61

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Suppliers and Vendors

---

**4.35**   Wagner Kirkman Blaine Klomparens & Youman
Nonpriority Creditor's Name

10640 Mather Blvd.
Number   Street

Mather     CA    95655
City    State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 3,811.50

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Suppliers and Vendors

---

**4.36**   Westside Spreading LLC
Nonpriority Creditor's Name

P. O. Box 42
Number   Street

Colusa     CA    95932
City    State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 13,704.04

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Suppliers and Vendors

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.37**   Wilbur-Ellis

Nonpriority Creditor's Name

P. O. Box 45326

Number        Street

San Francisco            CA       94145-0326

City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred?   _____

**Total claim**
$ 107,650.81

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**4.38**   Winters Aggregate

Nonpriority Creditor's Name

4499 Putah Creek Road

Number        Street

Winters                  CA       95694

City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred?   _____

$ 1,578.40

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**4.39**   Yolo County Farm Bureau

Nonpriority Creditor's Name

P. O. Box 1556

Number        Street

69 West Kentucky

Woodland                 CA       95776

City                     State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ____

When was the debt incurred?   _____

$ 250.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Suppliers and Vendors

---

**Part 2: List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.40**    Yolo Pumping Service

Nonpriority Creditor's Name

18725 County Road 95A

Number    Street

Woodland      CA    95695-8900

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 498.71

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

**4.41**    Yolo-Solano Air Quality Management Distri

Nonpriority Creditor's Name

1947 Galileo Court

Number    Street

Suite 103

Davis      CA    95616

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,096.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Suppliers and Vendors

Nonpriority Creditor's Name

Number    Street

City      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|--------------------------------------------------------------------|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Name

Number        Street

City                        State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ | 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ | 37,551.26 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ | 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ | 36,237.92 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ | 73,789.18 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ | 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ | 2,836,537.06 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ | 2,836,537.06 |

**Fill in this information to identify your case:**

Debtor 1   Russell Wayne Lester
           First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Eastern District of California

Case number   2020-24123
(if know)

☐ Check if this is an
  amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** John Deere Financial<br>Name<br>P O Box 4450<br>Street<br>Carol Stream IL          60197-4450<br>City          State     ZIP Code | JC 6125M w/ Key Cab - #3401 Lessor |
| **2.2** John Deere Financial<br>Name<br>P O Box 4450<br>Street<br>Carol Stream IL          60197-4450<br>City          State     ZIP Code | 2016 JC 410 L Backhoe - #0071 Lessor |
| **2.3** John Deere Financial<br>Name<br>P O Box 4450<br>Street<br>Carol Stream IL          60197-4450<br>City          State     ZIP Code | 2016 JD 410 Backhoe - #0409 Lessor |
| **2.4** Ford Credit<br>Name<br>P O Box 552679<br>Street<br>Detroit MI          48255-2679<br>City     State     ZIP Code | 2016 Ford F-250 Lessor |

| 2.5 | | Cell Phone Lease - #5061 Lessee |
|---|---|---|
| | AT&T | |
| | Name | |
| | P O Box 6463 | |
| | Street | |
| | Carol Stream IL        60197-6463 | |
| | City           State     ZIP Code | |
| 2.6 | | Cell Phone Lease - #6056 Lessee |
| | AT&T | |
| | Name | |
| | P O Box 6463 | |
| | Street | |
| | Carol Stream IL        60197-6463 | |
| | City           State     ZIP Code | |
| 2.7 | | Cell Phone Lease - #8578 Lessee |
| | AT&T | |
| | Name | |
| | P O Box 6463 | |
| | Street | |
| | Carol Stream IL        60197-6463 | |
| | City           State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Russell Wayne Lester
            First Name     Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name         Last Name

United States Bankruptcy Court for the:  Eastern District of California

Case number    2020-24123
(if know)

☐ Check if this is an
   amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No. Go to line 3.
   - ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      - ☐ No
      - ☒ Yes. In which community state or territory did you live? CA___.   Fill in the name and current address of that person.

      Kathleen Hamrock Lester
      Name of your spouse, former spouse, or legal equivalent

      5430 Putah Creek Road
      Number    Street


      Winters                              CA     95694
      City                                State  ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** Kathleen Hamrock Lester <br> Name <br> 5430 Putah Creek Road <br> Street <br> Winters CA   95694 <br> City    State   ZIP Code | The Debtor in Possession has not yet reviewed all the loan documents, but believes that Ms. Kathleen Lester has executed at least several of the First National Bank of Dixon loans, and likely the Prudential Insurance Company of America loans.  She may have executed other loan documents as well. |

**Fill in this information to identify your case:**

Debtor 1      Russell Wayne Lester
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Eastern District of California District

Case number   2020-24123
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1.  **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Owner | Teacher |
| **Employer's name** | Dixon Ridge Farms | Winters Join Unified School District |
| **Employer's address** | 5430 Putah Creek Road<br>Number    Street | 909 W Grant Ave<br>Number    Street |
|  | Winters, CA 95694<br>City          State   ZIP Code | Winters, CA 95694<br>City          State   ZIP Code |
| **How long employed there?** | 41 years | 24 Years |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 8,647.90 |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 0.00 | $ 8,647.90 |

Debtor 1    Russell Wayne Lester

First Name    Middle Name    Last Name

Case number (if known)    2020-24123

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ........................................................ ➔ 4. | $ 0.00 | $ 8,647.90 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 519.55 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 886.41 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 1,047.97 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 115.70 |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | +$ 0.00 | |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ 2,569.63 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 6,078.27 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. +$ 0.00 | +$ 0.00 | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. $ 0.00   +   $ 6,078.27   =   $ 6,078.27

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 6,078.27

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   Russell Wayne Lester will no longer receive any income from the business.

Kathleen Hamrock Lester expects a possible increase in medical insurance.

**Fill in this information to identify your case:**

Debtor 1   Russell Wayne Lester
          First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Eastern District of California

                                                          (State)

Case number   2020-24123
(If known)

**Check if this is:**

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____0.00 |
| If not included in line 4: |  |  |
| 4a.   Real estate taxes | 4a. | $_____0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | $_____0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | $_____1,000.00 |
| 4d.   Homeowner's association or condominium dues | 4d. | $_____0.00 |

| Debtor 1 | Russell Wayne Lester | | Case number | 2020-24123 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | (If known) | |

| | | | **Your expenses** |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $_____ 0.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $_____ 0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____ 250.00 |
| | 6d.  Other. Specify: _____ | 6d. | $_____ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $_____ 1,500.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____ 400.00 |
| 10. | **Personal care products and services** | 10. | $_____ 400.00 |
| 11. | **Medical and dental expenses** | 11. | $_____ 1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____ 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ 400.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $_____ 0.00 |
| | 15b.  Health insurance | 15b. | $_____ 0.00 |
| | 15c.  Vehicle insurance | 15c. | $_____ 0.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. | $_____ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $_____ 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $_____ 0.00 |
| | 17c.  Other. Specify: _____ | 17c. | $_____ 0.00 |
| | 17d.  Other. Specify: _____ | 17d. | $_____ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $_____ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | $_____ 0.00 |
| | 20b.  Real estate taxes | 20b. | $_____ 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $_____ 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $_____ 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $_____ 0.00 |

| Debtor 1 | Russell Wayne Lester | Case number | 2020-24123 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | (If known) | |

**21. Other.** Specify: Pets

21. +$ _____ 400.00

+$ _____

+$ _____

**22. Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a. $ _____ 5,850.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

22b. $ _____

and 22b. The result is your monthly expenses.

22c. $ _____ 5,850.00

**23. Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a. $ _____ 6,078.27

23b. Copy your monthly expenses from line 22c above.

23b. − $ _____ 5,850.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c. $ _____ 228.27

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here: