**2 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>              Debtor in Possession. | CASE NO.: 20-24123-E-11<br>Chapter 11<br><br><br>FWP-2<br><br>Date:         September 17, 2020<br>Time:        11:00 a.m.<br>Courtroom: 33 – Judge Ronald H. Sargis<br>                 501 I Street, 6th Floor<br>                 Sacramento, CA |

**SEPTEMBER 17, 2020 FWP-2 CASH COLLATERAL MOTION HEARING STATUS REPORT**

    Russell Wayne Lester, an individual, dba Dixon Ridge Farms, and the debtor in possession ("Debtor in Possession") in the above-referenced case, hereby submits a status report on the September 17, 2020 cash collateral hearing (the "September 17 Hearing") as follows:

**(FWP-2) DEBTOR IN POSSESSION'S EMERGENCY MOTION FOR AN ORDER (A) AUTHORIZING INTERIM AND FL USE OF CASH COLLATERAL; (B) GRANTING REPLACEMENT LIENS; AND (C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001;**

    1.     The Debtor in Possession in his Reply amended the proposed cash collateral budget and requested that the September 17 be treated as an emergency interim cash collateral hearing and that a final hearing on the use of cash collateral be set for a convenient time during

1    the week ending October 2, 2020.

2         2.     The Debtor in Possession has requested that the two creditors who filed oppositions, First Northern Bank of Dixon and Prudential Insurance Company of North America, stipulate to continued use of cash collateral for a second interim period using the same proposed form of Order utilized to approve the first two week period.

       3.     The Debtor in Possession does not know if consent will be obtained before the hearing, but if it is not obtained, the Debtor in Possession will ask the Court to go forward as a contested hearing "Lester" matter set on the Court's September 17, 2020, 11:00 a.m. calendar.

Dated: September 16, 2020

                               FELDERSTEIN FITZGERALD
                               WILLOUGHBY PASCUZZI & RIOS LLP

                           By:   */s/ Thomas A. Willoughby*
                                 THOMAS A. WILLOUGHBY
                                 Attorneys for Debtor in Possession