**22 PAGES**

THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>    Debtor in Possession. | CASE NO.: 20-24123-E-11<br><br>Chapter 11<br><br>DCN: FWP-2<br><br><br>2d Interim<br>Hearing:    September 17, 2020<br>Time:       11:00 a.m.<br>Courtroom: 33 – Judge Ronald H. Sargis<br>           501 I Street, 6th Floor<br>           Sacramento, CA |

**SECOND INTERIM ORDER ON DEBTOR IN POSSESSION'S EMERGENCY MOTION FOR AN ORDER (A) AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL; (B) GRANTING REPLACEMENT LIENS; AND (C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

The second preliminary hearing on the Emergency Motion for an Order (A) Authorizing Interim and Final Use of Cash Collateral; (B) Granting Replacement Liens; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Motion"), submitted by the above-captioned Debtor in Possession ("Debtor in Possession") was heard by this Court on September 17, 2020, at 11:00 a.m., in Courtroom 33 of the United States Bankruptcy Court for the Eastern

RECEIVED<br>September 18, 2020<br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>0006855099

District of California.    The Debtor in Possession appeared through its counsel, Thomas A. Willoughby of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP.  Other appearances were noted on the record.  The Court having made findings of fact and conclusions of law on the record and finding that notice was adequate under the circumstances and that good cause exists therefor,

**IT IS HEREBY ORDERED THAT**:

1.     The Motion is **GRANTED** to the extent provided herein.

2.     The Debtor in Possession is authorized to use the cash collateral of First Northern Bank ("FNB") and Prudential Insurance Company of America ("Prudential") and any disputed producer lien creditors that may exist (collectively, "Secured Creditors") on an interim basis through September 16, 2020, for necessary expenses in the amount of $189,223.00 plus a 10% variance for emergencies during the pre-harvest period as described in the Motion.

3.     The $60,000 projected expense in the cash collateral budget, attached as Exhibit 1, and incorporated herein by reference, shall only be expended if, in the discretion of the Debtor in Possession, it is needed to protect the 2020 walnuts on the trees.

4.     In addition to the existing rights and interests of the Secured Creditors in the Cash Collateral and for the purpose of attempting to provide adequate protection for the interests of the Secured Creditors, to the extent of any diminution in Secured Creditor's interest in the Debtor in Possession's pre-petition cash collateral caused by Debtor in Possession's post-petition use of such pre-petition cash collateral, Secured Creditors are granted:

a.     A valid, perfected, and enforceable replacement lien under Sections 105, 361(2), and 363(e) of the Bankruptcy Code in the Debtor in Possession's post-petition cash collateral and proceeds thereof to the same extent and with the same priority that Secured Creditors' held in the Debtor in Possession's pre-petition cash collateral as of the Petition Date, (the "Cash Collateral Replacement Lien");

b.     A valid, perfected, and enforceable replacement lien under Sections 105, 361(2), and 363(e)of the Bankruptcy Code in the Conservation Easement, as defined in the Motion, to the same extent and with the same priority that Secured Creditors held in the Debtor

in Possession's pre-petition cash collateral as of the Petition Date. (the "Conservation Easement Replacement Lien");

    c.    The Conservation Easement Replacement Lien shall be subordinated to all the expenses of administration (including professional fees) of any trustee later appointed in this case pursuant to Local Rule 4001-1(c)(4)(B);

    5.    In addition to the existing rights and interests of FNB in the Cash Collateral and for the purpose of attempting to provide adequate protection for the interests of FNB, to the extent of any diminution in FNB's interest in the Debtor in Possession's pre-petition cash collateral caused by Debtor in Possession's post-petition use of such pre-petition cash collateral, FNB, is granted:

    a.    A valid, perfected, and enforceable replacement lien under Sections 105, 361(2), and 363(e) of the Bankruptcy Code in the Putah Creek Road real property, as defined in the Motion to the same extent and validity of the lien of FNB held in the Debtor in Possession's pre-petition cash collateral as of the Petition Date. (the "Putah Creek Replacement Lien");

    b.    The Putah Creek Replacement Lien shall be subordinated to all the expenses of administration (including professional fees) of any trustee later appointed in this case pursuant to Local Rule 4001-1(c)(4)(B);

    c.    To the extent that FNB does not already possess a valid, first priority lien in the Debtor in Possession's crops now growing or grown in the 2020 crop year (the "2020 Crops"),  a valid, perfected, and enforceable priming first-priority priming lien, to the extent it does not already possess such a lien, under Sections 105, 361(2), and 364(d) of the Bankruptcy Code on the all 2020 Crops, senior in priority to any other security interests and liens in the 2020 Crops, to the same extent and with the same priority that Secured Creditors held in the Debtor in Possession's pre-petition cash collateral as of the Petition Date. (the "Post-Petition Crop Lien");

    6.    The Cash Collateral Replacement Lien, the Conservation Easement Replacement Lien, the Putah Creek Replacement Lien, and the Post-Petition Crop Lien  (collectively the "Replacement Liens") are automatically deemed perfected upon entry of this Order without the necessity of Secured Creditors taking possession, filing financing statements, mortgages or other

documents. The Replacement Collateral herein granted: (i) are and shall be in addition to all security interests, liens and rights of set-off existing in favor of the Secured Creditors on the Petition Date; and (ii) shall secure the payment of indebtedness to the Secured Creditors in an amount equal to the actual diminution in value of the Cash Collateral on and after the Petition Date resulting from the Debtor in Possession's use of Cash Collateral;

7. In addition to the Replacement Collateral granted to the Secured Creditors pursuant to this Final Order, the Secured Creditors are hereby granted a super-priority administrative claim under Sections 503(b)(1), 507(a), and 507(b) of the Bankruptcy Code (the "507(b) Claims") for the amount by which adequate protection afforded herein for the amount of the diminution in Secured Creditors' pre-petition cash collateral after all Replacement Liens have been exhausted. Such 507(b) Claims shall have priority over all other costs and expenses of the kind specified in or ordered pursuant to Sections 105, 326, 330, 331, 503(b), 506(c), 507(a), 507(b) or 726 of the Bankruptcy Code, except for the Office of the United States Trustee Fees;

8. Except as provided herein in paragraph 5(c) above, none of the Replacement Liens shall prime or impair any valid and previously perfected security or lien interests in the replacement collateral. Nothing contained in this Order shall be deemed a finding with respect to adequate protection (as such term is defined in Section 361 of the Bankruptcy Code) of the interests of Secured Creditors.

9. Within (7) days of the end of each week in which the Debtor in Possession uses cash collateral pursuant to the terms of this Order (a "Budgeted Week"), the Debtor in Possession shall provide weekly periodic accounts to the Secured Creditors' counsel that request such accountings setting forth the cash receipts and disbursements made by the Debtor in Possession under this Order. Such accounting shall include, but shall not be limited to, a comparison of the Debtor in Possession's actual financial performance, including cash receipts and disbursements, during the preceding Budgeted Week with the forecast financial performance contained in the cash collateral budget for that same Budgeted Week.

10. A continued interim hearing shall be held on the Debtor in Possession's Motion

on October 1, 2020, at 10:30 a.m. in the above-entitled Court, with notice of said hearing to be served by the Debtor in Possession on or before September 21, 2020, on the United States Trustee, FNB, Prudential, and the 20 largest unsecured creditors identified in the list filed by the Debtor in Possession pursuant to Rule 4001(d) or the Federal Rules of Bankruptcy Procedure, and on all parties who have requested special notice pursuant to revisions of Rule 2002(i) of the Federal Rules of Bankruptcy Procedure.

     11.    Any supplemental opposition to the Motion shall be filed on or before Monday, September 28, 2020, at 2:00 p.m., and any supplemental reply in support of the Motion shall be filed on or before September 30, 2020, at noon. For the avoidance of doubt, the objections filed by the Secured Parties on September 14 shall remain pending and will not be considered withdrawn or otherwise resolved except to the extent explicitly set forth in any supplemental oppositions to the Motion that they may file.

**Dated:** September 25, 2020        **By the Court**

Ronald H. Sargis, Judge
United States Bankruptcy Court

Approved as to Form:

**PRUDENTIAL INSURANCE**            **KRAFT LAW**
**COMPANY OF AMERICA**

By:   */s/ Jason DeJonker*             By:    */s/ Douglas Kraft*           
 Jason DeJonker, Counsel for Prudential       Douglas Kraft, Counsel for First
Life Insurance Company                    Northern Bank of Dixon

Second Interim Order on Debtor in Possession's Emergency Mtn
For an Order re Use of Cash Collateral

# EXHIBIT 1

| | | | September Cash Flow | | | | |
|---|---|---|---|---|---|---|---|
| **Week Ending** | 9/4/2020 Actual | 9/11/2020 Actual | 9/18/2020 Forecast | 9/25/2020 Forecast | Sept Forecast | Sept Budget | Sept Variance |
| **OPERATING STATISTICS** | | | | | | | |
| Walnuts Harvested (lbs) | | | | | - | - | |
| Walnuts Purchaed (lbs) | | | | | | | |
| Walnuts Processed (lbs) | | | | | - | | |
| In-Shell Shipped (lbs) | - | 500 | 500 | 1,000 | 1,695,648 | (1,694,648) | |
| Meats Shipped (lbs) | | 37,450 | 35,000 | 50,000 | 122,450 | 610,000 | (487,550) |
| **ENDING INVENTORY (lbs)** | | | | | | | |
| In-Shell | 1,695,648 | 1,695,648 | 1,695,148 | 1,694,648 | 1,694,648 | - | 1,694,648 |
| Processed Meats | 2,026,484 | 1,989,034 | 1,954,034 | 1,904,034 | 1,904,034 | 1,416,484 | 487,550 |
| **Total** | 3,722,132 | 3,684,682 | 3,649,182 | 3,598,682 | 3,598,682 | 1,416,484 | 2,182,198 |
| **ENDING  INVENTORY ($'s)** | | | | | | | |
| In-Shell @0.65 (blended) | $ 1,102,171 | $ 1,102,171 | $ 1,101,846 | $ 1,101,521 | $ 1,101,521 | $ | 1,101,521 |
| Processed Meats @1.28 (blended) | $ 2,593,900 | $ 2,545,964 | $ 2,501,164 | $ 2,437,164 | $ 2,437,164 | $ 1,813,100 | 624,064 |
| **Total** | $ 3,696,071 | $ 3,648,135 | $ 3,603,010 | $ 3,538,685 | $ 3,538,685 | $ 1,813,100 | 1,725,585 |
| **INVOICES PRODUCED** | | | | | | | |
| In-Shell | $ - | $ - | $ 1,350 | $ 1,350 | 2,700 | $ 1,102,171 | (1,099,471) |
| Processed Meats | $ - | $ 47,936 | $ 70,000 | $ 85,000 | 202,936 | $ 808,000 | (605,064) |
| **Total** | $ - | $ 47,936 | $ 71,350 | $ 86,350 | 205,636 | $ 1,910,171 | (1,704,535) |
| **ACCOUNTS RECEIVABLE** | | | | | | | |
| Beginning Balance | $ 183,551 | $ 100,375 | $ 148,311 | $ 163,417 | $ 183,551 | $ 200,000 | (16,449) |
| Add:  Invoices | $ - | $ 47,936 | $ 71,350 | $ 86,350 | $ 205,636 | $ 1,910,171 | (1,704,535) |
| Less:  Receipts | $ ( 83,176 ) | $ - | $ ( 56,244 ) | $ ( 25,000 ) | $ ( 164,420 ) | $ ( 291,656 ) | 127,236 |
| **Ending Balance** | $ 100,375 | $ 148,311 | $ 163,417 | $ 224,767 | $ 224,767 | $ 1,818,515 | (1,593,748) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| Week Ending | September Cash Flow | | | | | | |
|---|---|---|---|---|---|---|---|
| | 9/4/2020 Actual | 9/11/2020 Actual | 9/18/2020 Forecast | 9/25/2020 Forecast | Sept Forecast | Sept Budget | Sept Variance |
| **CASH RECEIPTS** | | | | | | | |
| *Operating Receipts* | | | | | | | |
| In-Shell | $ - | $ - | $ - | $ - | - | $ - | - |
| Processed Meats | $ 22,946 | $ - | $ 25,000 | $ 25,000 | 72,946 | $ 200,000 | (127,054) |
| Hay | $ - | $ - | $ 31,244 | $ - | 31,244 | $ 33,000 | (1,756) |
| PPP/CFAP/FSA/EIDL | $ - | $ - | $ - | $ - | - | $ - | - |
| Custom Work | $ - | $ - | $ - | $ - | - | $ - | - |
| Insurance Claims | $ - | $ - | $ - | $ - | - | $ - | - |
| Patronage Dividends | $ - | $ - | $ - | $ - | - | $ - | - |
| Reimbursed Expenses | $ - | $ - | $ - | $ - | - | $ - | - |
| Rents | $ - | $ - | $ - | $ - | - | $ - | - |
| From/(To) Receiver's Account | $ 60,230 | $ - | $ - | $ - | 60,230 | $ 58,656 | 1,574 |
| Other -soil test | $ - | $ - | $ - | $ - | - | $ - | - |
| **TOTAL CASH RECEIPTS** | $ 83,176 | $ - | $ 56,244 | $ 25,000 | 164,420 | $ 291,656 | (127,236) |
| **CASH DISBURSEMENTS** | | | | | | | |
| *Labor & Related* | | | | | | | |
| Wages | $ 31,411 | | $ 35,000 | | 66,411 | $ 90,400 | (23,989) |
| Federal Payroll Taxes | $ - | $ 8,788 | $ - | $ 9,000 | 17,788 | $ 21,000 | (3,212) |
| State Payroll Taxes and Garnishments | $ - | $ 1,296 | $ - | $ 1,500 | 2,796 | $ 3,500 | (705) |
| Workers Comp Insurance | $ - | | $ 6,000 | | 6,000 | $ 12,000 | (6,000) |
| Employee Benefits/Medical | $ - | | $ 50 | | 50 | $ 100 | (50) |
| Owner Draws | $ - | | $ - | | - | $ - | - |
| Other | $ - | $ - | $ - | $ - | - | $ - | - |
| **Total** | $ 31,411 | $ 10,084 | $ 41,050 | $ 10,500 | 93,045 | $ 127,000 | (33,955) |
| *Farming Expenses* | | | | | | | |
| Contract Labor | $ 8,892 | $ - | $ 7,000 | $ - | 15,892 | $ 7,000 | 8,892 |
| Equipment Rent | | $ - | $ - | $ 750 | 750 | $ 750 | - |
| Fertilizer and Compost | | $ - | $ - | $ - | - | $ - | - |
| Freight and Trucking | | $ - | $ - | $ - | - | $ - | - |
| Fuel | | $ - | $ 1,875 | $ 5,250 | 7,125 | $ 7,500 | (375) |
| Irrigation | | $ - | $ 250 | $ 500 | 750 | $ 1,000 | (250) |
| Organic expense | | $ - | $ 63 | $ 125 | 188 | $ 250 | (63) |
| Property and Use Taxes | | $ - | $ - | $ - | - | $ - | - |
| Repairs and Maint | | $ - | $ 3,125 | $ 6,250 | 9,375 | $ 12,500 | (3,125) |
| Seed | | $ - | $ - | $ - | - | $ - | - |
| Spraying | | $ - | $ - | $ - | - | $ - | - |
| Supplies | | $ - | $ - | $ - | - | $ - | - |
| Utilities | | $ - | $ - | $ - | - | $ - | - |
| Other | $ - | $ - | $ 2,500 | $ 2,500 | 5,000 | $ 15,000 | (10,000) |
| **Total** | $ 8,892 | $ - | $ 14,813 | $ 15,375 | 39,080 | $ 44,000 | (4,921) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| | | | | | September Cash Flow | | |
|---|---|---|---|---|---|---|---|
| **Week Ending** | 9/4/2020 Actual | 9/11/2020 Actual | 9/18/2020 Forecast | 9/25/2020 Forecast | **Sept Forecast** | **Sept Budget** | **Sept Variance** |
| ***Processing Expenses*** | | | | | | | |
| Comissions | | | | | | $      - | - |
| Equipment Rent | | $      - | $      - | $      - | - | $      - | - |
| Freight and Trucking | | $      - | $      - | $      - | - | $      - | - |
| Inspection Fees | | $      - | 625 | 1,700 | 2,325 | $   2,500 | (175) |
| Organic Expense | | $      - | $      - | $      - | - | $      - | - |
| Packaging Materials | | $      - | 125 | 250 | 375 | $     500 | (125) |
| Promotion | | $      - | $      - | | - | $      - | - |
| Property and Use Taxes | | $      - | | $      - | - | $      - | - |
| Repairs and Maint | | $      - | 625 | 1,250 | 1,875 | $   2,500 | (625) |
| Supplies | | $      - | 375 | 750 | 1,125 | $   1,500 | (375) |
| Uniforms and Sanitation | | $      - | 1,000 | 1,000 | 2,000 | $   2,700 | (700) |
| Utilities | | $      - | | 2,000 | 2,000 | $   2,000 | - |
| Electricity - current usage | | $      - | | $      - | - | $      - | - |
| Electricity - Deposit | | $      - | | $      - | - | $      - | - |
| Walnut Dues and Assessments | | $      - | 250 | 500 | 750 | $   1,000 | (250) |
| Walnut Grower Assessments | | $      - | $      - | $      - | - | $      - | - |
| Walnut Purchases | | $      - | $      - | $      - | - | $      - | - |
| Other | $      - | $      - | 2,500 | 2,500 | 5,000 | $   7,500 | (2,500) |
| **Total** | $      - | $      - | 5,500 | 9,950 | 15,450 | $  20,200 | (4,750) |
| | | | | | | | |
| ***Administrative  Expenses*** | | | | | | | |
| Automobile | $     848 | $      - | $      - | $      - | 848 | $     250 | 598 |
| Charitable Cont | | $      - | $      - | $      - | - | $      - | - |
| Dues and Subscript | | $      - | $      - | $      - | - | $      - | - |
| Employee Education | | $      - | $      - | $      - | - | $      - | - |
| Equipment Rent | | $      - | $      - | $      - | - | $      - | - |
| Insurance | | | | 9,250 | 9,250 | $   9,250 | - |
| Interest | | $      - | $      - | $      - | - | $      - | - |
| Late Charges | | $      - | $      - | $      - | - | $      - | - |
| Professional (ordinary business) | | $      - | $      - | 2,500 | 2,500 | $   2,500 | - |
| Licenses and Permits | | $      - | $      - | 2,000 | 2,000 | $   2,000 | - |
| Office Expenses/Telephone | | $      - | $      - | $      - | - | $      - | - |
| Security | | | | 1,000 | 1,000 | $   1,000 | - |
| Travel and Entertainment | | $      - | $      - | 1,250 | 1,250 | $   1,250 | - |
| Other | $     579 | $      - | 125 | 250 | 954 | $     500 | 454 |
| **Total** | $   1,427 | $      - | 125 | 16,250 | 17,802 | $  16,750 | 1,052 |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| Week Ending | | | | | | | | | September Cash Flow | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/4/2020 | | 9/11/2020 | | 9/18/2020 | | 9/25/2020 | | Sept | | Sept | | Sept |
| | | Actual | | Actual | | Forecast | | Forecast | | Forecast | | Budget | | Variance |
| **Other Operating Disbursements** | | | | | | | | | | | | | | |
| Building Construction and Related | | | $ | - | $ | - | $ | - | - | $ | - | | - |
| Land and Irrigation Improvements | | | $ | - | $ | - | $ | - | - | $ | - | | - |
| Trees | | | $ | - | $ | - | $ | - | - | $ | - | | - |
| Equipment Purchases | | | $ | - | $ | - | $ | - | - | $ | - | | - |
| Other | | $ | - | $ | - | $ | - | $ | - | - | $ | - | | - |
| Total | | $ | - | $ | - | $ | - | $ | - | - | $ | - | | - |
| | | | | | | | | | | | | | | |
| **Financing Expenses** | | | | | | | | | | | | | | |
| Bank Fees | | $ | 15 | $ | 15 | | | $ | 650 | 680 | $ | 650 | | 30 |
| Prudentuial Interest | | | | $ | - | $ | - | $ | - | - | $ | - | | - |
| Prudential Loan # 717611678 | | | | | | | | | | - | $ | - | | - |
| Prudential Loan # 717611843 | | | | | | | | | | - | $ | - | | - |
| FNB  (Payment for Adequate Protection) | | $ | - | $ | - | $ | - | $ | - | - | $ | - | | - |
| Total | | $ | 15 | $ | 15 | $ | - | $ | 650 | 680 | $ | 650 | | 30 |
| **Professional (Restructuring)** | | | | | | | | | | | | | | |
| Debtor Attorneys | | | | | | | | | | - | $ | - | | - |
| Debtor Financial Advisor | | | | | | | | | | - | $ | - | | - |
| Debtor CPA | | | | | | | | | | - | $ | - | | - |
| Creditor's Committee | | | | | | | | | | - | $ | - | | - |
| US Trustee Fees | | | | | | | | | | - | $ | - | | - |
| Other | | $ | - | $ | - | $ | - | $ | - | - | $ | - | | - |
| Total | | $ | - | $ | - | $ | - | $ | - | - | $ | - | | - |
| | | | | | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | | $ | 41,745 | $ | 10,099 | $ | 61,488 | $ | 52,725 | 166,056 | $ | 208,600 | | (42,544) |
| | | | | | | | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **NET CASH FLOW** | | $ | 41,431 | $ | ( 10,099 ) | $ | ( 5,244 ) | $ | ( 27,725 ) | $ ( 1,637 ) | $ | 83,056 | | (84,693) |
| Cumulative Net Cash Flow | | $ | 41,431 | $ | 31,332 | $ | 26,088 | $ | ( 1,637 ) | $ ( 1,637 ) | $ | 83,056 | | (84,693) |
| **CASH (BOOK) BALANCE** | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Beginning Book Balance | | $ | 201,719.60 | $ | 243,150 | $ | 233,052 | $ | 227,808 | $ 201,720 | $ | 182,404 | $ | 19,315 |
| Add:  Net Cash Flow | | $ | 41,431 | $ | ( 10,099 ) | $ | ( 5,244 ) | $ | ( 27,725 ) | $ ( 1,637 ) | $ | 83,056 | $ | ( 84,693 ) |
| **ENDING BOOK BALANCE** | | $ | 243,150 | $ | 233,052 | $ | 227,808 | $ | 200,083 | $ 200,083 | $ | 265,460 | $ | ( 65,377 ) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| | October Cash Flow | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Week Ending** | 10/2/2020 | 10/9/2020 | 10/16/2020 | 10/23/2020 | 10/30/2020 | Oct | Oct | Oct |
| | Forecast | Forecast | Forecast | Forecast | Forecast | **Forecast** | **Budget** | **Variance** |
| **OPERATING STATISTICS** | | | | | | | | |
| Walnuts Harvested (lbs) | 50,000 | 200,000 | 200,000 | 200,000 | 200,000 | 850,000 | 649,800 | 200,200 |
| Walnuts Purchaed (lbs) | - | - | - | - | - | - | - | - |
| Walnuts Processed (lbs) | | | | | | - | - | - |
| In-Shell Shipped (lbs) | - | | | | | - | - | - |
| Meats Shipped (lbs) | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 75,000 | 67,000 | 8,000 |
| **ENDING INVENTORY (lbs)** | | | | | | | | |
| In-Shell | 1,744,648 | 1,944,648 | 2,144,648 | 2,344,648 | 2,544,648 | 2,544,648 | 649,800 | 1,894,848 |
| Processed Meats | 1,889,034 | 1,874,034 | 1,859,034 | 1,844,034 | 1,829,034 | 1,829,034 | 1,349,484 | 479,550 |
| **Total** | 3,633,682 | 3,818,682 | 4,003,682 | 4,188,682 | 4,373,682 | 4,373,682 | 1,999,284 | 2,374,398 |
| **ENDING INVENTORY ($'s)** | | | | | | | | |
| In-Shell @0.65 (blended) | $ 1,134,021 | $ 1,264,021 | $ 1,394,021 | $ 1,524,021 | $ 1,654,021 | $ 1,654,021 | $ 422,370 | 1,231,651 |
| Processed Meats @1.28 (blended) | $ 2,417,964 | $ 2,398,764 | $ 2,379,564 | $ 2,360,364 | $ 2,341,164 | $ 2,341,164 | $ 1,727,340 | 613,824 |
| **Total** | $ 3,551,985 | $ 3,662,785 | $ 3,773,585 | $ 3,884,385 | $ 3,995,185 | $ 3,995,185 | $ 2,149,710 | 1,845,475 |
| **INVOICES PRODUCED** | | | | | | | | |
| In-Shell | | | | | | | $ - | - |
| Processed Meats | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 300,000 | $ 268,000 | 32,000 |
| **Total** | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 300,000 | 268,000 | 32,000 |
| **ACCOUNTS RECEIVABLE** | | | | | | | | |
| Beginning Balance | $ 224,767 | $ 244,767 | $ 264,767 | $ 253,417 | $ 227,067 | $ 224,767 | $ 1,818,515 | (1,593,748) |
| Add: Invoices | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | $ 300,000 | $ 268,000 | 32,000 |
| Less: Receipts | $ ( 40,000 ) | $ ( 40,000 ) | $ ( 71,350 ) | $ ( 86,350 ) | $ 40,000 | $ ( 197,700 ) | $ ( 1,870,171 ) | 1,672,471 |
| **Ending Balance** | $ 244,767 | $ 264,767 | $ 253,417 | $ 227,067 | $ 327,067 | $ 327,067 | $ 216,344 | 110,723 |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| Week Ending | 10/2/2020 Forecast | 10/9/2020 Forecast | 10/16/2020 Forecast | 10/23/2020 Forecast | 10/30/2020 Forecast | Oct Forecast | Oct Budget | Oct Variance |
|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | |
| **Operating Receipts** | | | | | | | | |
| In-Shell | 15,000 | 15,000 | 1,350 | 1,350 | - | 32,700 | 1,102,171 | (1,069,471) |
| Processed Meats | 25,000 | 25,000 | 70,000 | 85,000 | 60,000 | 265,000 | 848,000 | (583,000) |
| Hay | - | - | - | - | - | - | - | - |
| PPP/CFAP/FSA/EIDL | - | - | - | - | - | - | - | - |
| Custom Work | - | - | - | - | - | - | - | - |
| Insurance Claims | - | - | - | - | - | - | - | - |
| Patronage Dividends | - | - | - | - | - | - | - | - |
| Reimbursed Expenses | - | - | - | - | - | - | - | - |
| Rents | - | - | - | - | - | - | - | - |
| From/(To) Receiver's Account | - | - | - | - | - | - | - | - |
| Other -soil test | - | - | - | - | - | - | - | - |
| **TOTAL CASH RECEIPTS** | 40,000 | 40,000 | 71,350 | 86,350 | 60,000 | 297,700 | 1,950,171 | (1,652,471) |
| **CASH DISBURSEMENTS** | | | | | | | | |
| **Labor & Related** | | | | | | | | |
| Wages | 35,000 | | 35,000 | | 35,000 | 105,000 | 135,600 | (30,600) |
| Federal Payroll Taxes | - | 9,000 | - | 9,000 | - | 18,000 | 31,500 | (13,500) |
| State Payroll Taxes and Garnishments | - | 1,500 | - | 1,500 | - | 3,000 | 5,250 | (2,250) |
| Workers Comp Insurance | 6,000 | | 6,000 | | 6,000 | 18,000 | 18,000 | - |
| Employee Benefits/Medical | 50 | | 50 | | 50 | 150 | 150 | - |
| Owner Draws | - | | - | | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| **Total** | 41,050 | 10,500 | 41,050 | 10,500 | 41,050 | 144,150 | 190,500 | (46,350) |
| **Farming Expenses** | | | | | | | | |
| Contract Labor | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 35,000 | 70,000 | (35,000) |
| Equipment Rent | - | - | - | - | - | - | - | - |
| Fertilizer and Compost | - | - | - | - | - | - | 20,000 | (20,000) |
| Freight and Trucking | - | - | - | - | - | - | - | - |
| Fuel | - | 3,000 | 1,500 | 1,500 | 1,500 | 7,500 | 7,500 | - |
| Irrigation | 200 | 200 | 200 | 200 | 200 | 1,000 | 1,000 | - |
| Organic expense | - | - | - | - | 250 | 250 | 250 | - |
| Property and Use Taxes | - | - | - | - | - | - | - | - |
| Repairs and Maint | - | - | - | - | 12,500 | 12,500 | 12,500 | - |
| Seed | - | - | - | - | - | - | - | - |
| Spraying | 60,000 | - | - | - | - | 60,000 | 60,000 | - |
| Supplies | - | - | - | - | - | - | - | - |
| Utilities | - | - | - | - | - | - | - | - |
| Other | - | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | 12,000 | - |
| **Total** | 67,200 | 13,200 | 11,700 | 11,700 | 24,450 | 128,250 | 183,250 | (55,000) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| Week Ending | 10/2/2020 Forecast | 10/9/2020 Forecast | 10/16/2020 Forecast | 10/23/2020 Forecast | 10/30/2020 Forecast | Oct Forecast | Oct Budget | Oct Variance |
|---|---|---|---|---|---|---|---|---|
| **October Cash Flow** | | | | | | | | |
| ***Processing Expenses*** | | | | | | | | |
| Comissions | 2,000 | | | | | 2,000 | 18,500 | (16,500) |
| Equipment Rent | - | - | - | - | 750 | 750 | 750 | - |
| Freight and Trucking | - | - | - | - | - | - | - | - |
| Inspection Fees | | | | | 1,500 | 1,500 | 2,500 | (1,000) |
| Organic Expense | - | - | - | - | - | - | | - |
| Packaging Materials | - | - | - | - | 1,500 | 1,500 | 500 | 1,000 |
| Promotion | - | - | - | - | - | - | | - |
| Property and Use Taxes | | 1,000 | | | - | 1,000 | 1,000 | - |
| Repairs and Maint | - | - | - | - | 2,500 | 2,500 | 2,500 | - |
| Supplies | - | 1,200 | - | 1,200 | - | 2,400 | 2,400 | - |
| Uniforms and Sanitation | 300 | 300 | 300 | 300 | 300 | 1,500 | 2,000 | (500) |
| Utilities | | | | | 2,000 | 2,000 | 2,000 | - |
| Electricity - current usage | | | | | 35,000 | 35,000 | 35,000 | - |
| Electricity - Deposit | 23,000 | - | | | | 23,000 | 23,000 | - |
| Walnut Dues and Assessments | - | - | - | - | 2,000 | 2,000 | 2,000 | - |
| Walnut Grower Assessments | - | - | - | - | - | - | | - |
| Walnut Purchases | - | - | - | - | - | - | | - |
| Other | - | - | 500 | 500 | 500 | 1,500 | 1,500 | - |
| **Total** | **25,300** | **2,500** | **800** | **2,000** | **46,050** | **76,650** | **93,650** | **(17,000)** |
| | | | | | | | | |
| ***Administrative Expenses*** | | | | | | | | |
| Automobile | 848 | - | - | - | - | 848 | 500 | 348 |
| Charitable Cont | - | - | - | - | 3,590 | 3,590 | - | 3,590 |
| Dues and Subscript | 50 | 50 | 50 | 50 | 50 | 250 | 250 | - |
| Employee Education | - | - | - | - | - | - | | - |
| Equipment Rent | - | - | - | - | - | - | | - |
| Insurance | | | | | 18,000 | 18,000 | 18,000 | - |
| Interest | - | - | - | - | - | - | | - |
| Late Charges | - | - | - | - | - | - | | - |
| Professional (ordinary business) | 500 | 500 | 500 | 500 | 500 | 2,500 | 2,500 | - |
| Licenses and Permits | - | - | - | - | - | - | | - |
| Office Expenses/Telephone | 1,250 | - | 500 | - | - | 1,750 | 1,750 | - |
| Security | | | | | 500 | 500 | 1,000 | (500) |
| Travel and Entertainment | 300 | 300 | 300 | 300 | 300 | 1,500 | 2,500 | (1,000) |
| Other | - | - | 500 | 500 | 500 | 1,500 | 1,500 | - |
| **Total** | **2,948** | **850** | **1,850** | **1,350** | **23,440** | **30,438** | **28,000** | **2,438** |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **October Cash Flow** | | | | | | | |
| **Week Ending** | 10/2/2020 | 10/9/2020 | 10/16/2020 | 10/23/2020 | 10/30/2020 | Oct | Oct | Oct |
| | Forecast | Forecast | Forecast | Forecast | Forecast | **Forecast** | **Budget** | **Variance** |
| **Other Operating Disbursements** | | | | | | | | |
| Building Construction and Related | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Land and Irrigation Improvements | | | | | | | | |
| Trees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Equipment Purchases | $ - | $ - | $ 2,500 | $ 2,500 | $ 2,500 | $ 7,500 | $ 7,500 | - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total** | $ - | $ - | $ 2,500 | $ 2,500 | $ 2,500 | $ 7,500 | $ 7,500 | - |
| | | | | | | | | |
| **Financing Expenses** | | | | | | | | |
| Bank Fees | $ - | $ - | $ - | $ - | $ 650 | $ 650 | $ 650 | - |
| Prudentuial Interest | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Prudential Loan # 717611678 | $ - | $ - | $ - | $ - | $ - | $ - | $ 81,738 | (81,738) |
| Prudential Loan # 717611843 | $ - | $ - | $ - | $ - | $ - | $ - | $ 80,625 | (80,625) |
| FNB (Payment for Adequate Protection) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total** | $ - | $ - | $ - | $ - | $ 650 | $ 650 | $ 163,013 | (162,363) |
| | | | | | | | | |
| **Professional (Restructuring)** | | | | | | | | |
| Debtor Attorneys | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Debtor Financial Advisor | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Debtor CPA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Creditor's Committee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| US Trustee Fees | | | | | $ 975 | $ 975 | $ 975 | - |
| Other | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| **Total** | $ - | $ - | $ - | $ - | $ 975 | $ 975 | $ 975 | - |
| | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | $ 136,498 | $ 27,050 | $ 57,900 | $ 28,050 | $ 139,115 | $ 388,613 | $ 666,888 | (278,275) |
| | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | |
| | | | | | | | | |
| **NET CASH FLOW** | $ ( 96,498 ) | $ 12,950 | $ 13,450 | $ 58,300 | $ ( 79,115 ) | $ ( 90,913 ) | $ 1,283,283 | (1,374,196) |
| Cumulative Net Cash Flow | $ ( 98,135 ) | $ ( 85,185 ) | $ ( 71,735 ) | $ ( 13,435 ) | $ ( 92,550 ) | $ ( 92,550 ) | $ 1,366,339 | (1,458,889) |
| **CASH (BOOK) BALANCE** | | | | | | | | |
| | | | | | | | | |
| Beginning Book Balance | $ 200,083 | $ 103,585 | $ 116,535 | $ 129,985 | $ 188,285 | $ 200,083 | $ 265,460 | $ ( 65,377 ) |
| Add: Net Cash Flow | $ ( 96,498 ) | $ 12,950 | $ 13,450 | $ 58,300 | $ ( 79,115 ) | $ ( 90,913 ) | $ 1,283,283 | ( 1,374,196 ) |
| **ENDING BOOK BALANCE** | $ 103,585 | $ 116,535 | $ 129,985 | $ 188,285 | $ 109,170 | $ 109,170 | $ 1,548,744 | ( 1,439,574 ) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| Week Ending | 11/6/2020 | 11/13/2020 | 11/20/2020 | 11/27/2020 | Nov | Nov | Nov |
|---|---|---|---|---|---|---|---|
|  | Forecast | Forecast | Forecast | Forecast | Forecast | Budget | Variance |
| **OPERATING STATISTICS** | | | | | | | |
| Walnuts Harvested (lbs) | 156,200 | 112,200 |  |  | 268,400 | 468,600 | (200,200) |
| Walnuts Purchaed (lbs) | - |  | - | - | - | - | - |
| Walnuts Processed (lbs) |  | 28,000 | 30,000 | 20,000 | 78,000 | 78,000 | - |
| In-Shell Shipped (lbs) |  |  |  |  | - | - | - |
| Meats Shipped (lbs) | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | 74,000 | 6,000 |
| **ENDING INVENTORY (lbs)** | | | | | | | |
| In-Shell | 2,700,848 | 2,813,048 | 2,813,048 | 2,813,048 | 2,813,048 | 1,118,400 | 1,694,648 |
| Processed Meats | 1,809,034 | 1,817,034 | 1,827,034 | 1,827,034 | 1,827,034 | 1,353,484 | 473,550 |
| Total | 4,509,882 | 4,630,082 | 4,640,082 | 4,640,082 | 4,640,082 | 2,471,884 | 2,168,198 |
| **ENDING  INVENTORY ($'s)** | | | | | | | |
| In-Shell @0.65 (blended) | $ 1,755,551 | $ 1,828,481 | $ 1,828,481 | $ 1,828,481 | $ 1,828,481 | $ 726,960 | 1,101,521 |
| Processed Meats @1.28 (blended) | $ 2,315,564 | $ 2,325,804 | $ 2,338,604 | $ 2,338,604 | $ 2,338,604 | $ 1,732,460 | 606,144 |
| Total | $ 4,071,115 | $ 4,154,285 | $ 4,167,085 | $ 4,167,085 | $ 4,167,085 | $ 2,459,420 | 1,707,665 |
| **INVOICES PRODUCED** | | | | | | | |
| In-Shell |  |  |  |  | - | $ - | - |
| Processed Meats | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | 320,000 | $ 296,000 | 24,000 |
| Total | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | 320,000 | $ 296,000 | 24,000 |
| **ACCOUNTS RECEIVABLE** | | | | | | | |
| Beginning Balance | $ 327,067 | $ 347,067 | $ 367,067 | $ 387,067 | $ 327,067 | $ 216,344 | 110,723 |
| Add:  Invoices | $ 80,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ 320,000 | $ 296,000 | 24,000 |
| Less:  Receipts | $ ( 60,000 ) | $ ( 60,000 ) | $ ( 60,000 ) | $ 40,000 | $ ( 140,000 ) | $ ( 220,000 ) | 80,000 |
| Ending Balance | $ 347,067 | $ 367,067 | $ 387,067 | $ 507,067 | $ 507,067 | $ 292,344 | 214,723 |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| | | | | | November Cash Flow | | |
|---|---|---|---|---|---|---|---|
| **Week Ending** | 11/6/2020 | 11/13/2020 | 11/20/2020 | 11/27/2020 | Nov | Nov | Nov |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Budget | Variance |
| **CASH RECEIPTS** | | | | | | | |
| *Operating Receipts* | | | | | | | |
| In-Shell | $ - | $ - | $ - | $ - | - | 180,000 | (180,000) |
| Processed Meats | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | 240,000 | 192,000 | 48,000 |
| Hay | $ - | $ - | $ - | $ - | - | - | - |
| PPP/CFAP/FSA/EIDL | $ - | $ - | $ - | $ - | - | - | - |
| Custom Work | $ - | $ - | $ - | $ - | - | - | - |
| Insurance Claims | $ - | $ - | $ - | $ - | - | - | - |
| Patronage Dividends | $ - | $ - | $ - | $ - | - | - | - |
| Reimbursed Expenses | $ - | $ - | $ - | $ - | - | - | - |
| Rents | $ - | $ - | $ - | $ - | - | - | - |
| From/(To) Receiver's Account | $ - | $ - | $ - | $ - | - | - | - |
| Other -soil test | $ - | $ - | $ - | $ - | - | - | - |
| **TOTAL CASH RECEIPTS** | $ 60,000 | $ 60,000 | $ 60,000 | $ 60,000 | 240,000 | $ 372,000 | (132,000) |
| **CASH DISBURSEMENTS** | | | | | | | |
| *Labor & Related* | | | | | | | |
| Wages | | $ 35,000 | | $ 35,000 | 70,000 | $ 90,400 | (20,400) |
| Federal Payroll Taxes | $ 9,000 | $ - | $ 9,000 | $ - | 18,000 | $ 21,000 | (3,000) |
| State Payroll Taxes and Garnishments | $ 1,500 | $ - | $ 1,500 | $ - | 3,000 | $ 3,500 | (500) |
| Workers Comp Insurance | | $ 6,000 | | $ 6,000 | 12,000 | $ 12,000 | - |
| Employee Benefits/Medical | | $ 50 | | $ 50 | 100 | $ 100 | - |
| Owner Draws | | $ - | | $ - | - | $ - | - |
| Other | $ - | $ - | $ - | $ - | - | $ - | - |
| **Total** | $ 10,500 | $ 41,050 | $ 10,500 | $ 41,050 | 103,100 | $ 127,000 | (23,900) |
| *Farming Expenses* | | | | | | | |
| Contract Labor | $ - | $ 7,000 | | $ 7,000 | 14,000 | $ - | 14,000 |
| Equipment Rent | | | $ 750 | $ - | 750 | $ 750 | - |
| Fertilizer and Compost | | | | $ - | - | $ - | - |
| Freight and Trucking | | | | $ - | - | $ - | - |
| Fuel | | | | $ 1,047 | 1,047 | $ 1,047 | - |
| Irrigation | | | | $ - | - | $ - | - |
| Organic expense | | | | $ - | - | $ - | - |
| Property and Use Taxes | | | | $ - | - | $ - | - |
| Repairs and Maint | | | $ 14,000 | $ 226 | 14,226 | $ 14,226 | - |
| Seed | | | | $ - | - | $ - | - |
| Spraying | | | | $ - | - | $ - | - |
| Supplies | | | | $ - | - | $ - | - |
| Utilities | | | | $ - | - | $ - | - |
| Other | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | 10,000 | $ 10,000 | - |
| **Total** | $ 2,500 | $ 9,500 | $ 17,250 | $ 10,773 | 40,023 | $ 26,023 | 14,000 |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| | \$ | \$ | \$ | \$ | Nov | Nov | Nov |
|---|---|---|---|---|---|---|---|
| **November Cash Flow** | | | | | | | |
| Week Ending | 11/6/2020 Forecast | 11/13/2020 Forecast | 11/20/2020 Forecast | 11/27/2020 Forecast | Nov Forecast | Nov Budget | Nov Variance |
| **Processing Expenses** | | | | | | | |
| Comissions | 1,500 | - | - | - | 1,500 | 2,250 | (750) |
| Equipment Rent | | | | 750 | 750 | 750 | - |
| Freight and Trucking | | | | 1,200 | 1,200 | 1,200 | - |
| Inspection Fees | | | | 900 | 900 | 900 | - |
| Organic Expense | - | - | - | - | - | - | - |
| Packaging Materials | | | | 500 | 500 | 500 | - |
| Promotion | | | | 250 | 250 | 250 | - |
| Property and Use Taxes | | | | 100 | 100 | 1,000 | (900) |
| Repairs and Maint | - | 3,125 | - | - | 3,125 | 3,125 | - |
| Supplies | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 | 4,000 | 4,000 |
| Uniforms and Sanitation | 500 | 500 | 500 | 500 | 2,000 | 2,000 | - |
| Utilities | - | | | 12,500 | 12,500 | 12,500 | - |
| Electricity - current usage | | | | 20,000 | 20,000 | 25,000 | (5,000) |
| Electricity - Deposit | | | | | - | - | - |
| Walnut Dues and Assessments | - | - | - | 4,500 | 4,500 | 4,500 | - |
| Walnut Grower Assessments | - | - | - | - | - | - | - |
| Walnut Purchases | - | - | - | - | - | - | - |
| Other | 125 | 125 | 125 | 125 | 500 | 500 | - |
| **Total** | **4,125** | **5,750** | **2,625** | **43,325** | **55,825** | **58,475** | **(2,650)** |
| **Administrative  Expenses** | | | | | | | |
| Automobile | 848 | - | - | - | 848 | 156 | 692 |
| Charitable Cont | - | - | - | - | - | - | - |
| Dues and Subscript | - | 16 | 82 | 63 | 160 | 160 | - |
| Employee Education | - | - | - | - | - | | - |
| Equipment Rent | - | - | - | - | - | - | - |
| Insurance | - | 1,125 | 17,500 | - | 18,625 | 18,625 | - |
| Interest | - | - | - | - | - | - | - |
| Late Charges | - | - | - | - | - | - | - |
| Professional (ordinary business) | - | 156 | - | 625 | 781 | 781 | - |
| Licenses and Permits | - | 361 | - | - | 361 | 361 | - |
| Office Expenses/Telephone | - | 156 | - | 625 | 781 | 781 | - |
| Security | - | 63 | - | 250 | 313 | 313 | - |
| Travel and Entertainment | - | 156 | - | 625 | 781 | 781 | - |
| Other | - | 31 | - | 125 | 156 | 156 | - |
| **Total** | **848** | **2,064** | **17,582** | **2,313** | **22,807** | **22,115** | **692** |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| | | | | | | | | | | November Cash Flow | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | | 11/6/2020 | | 11/13/2020 | | 11/20/2020 | | 11/27/2020 | | Nov | Nov | Nov |
| | | Forecast | | Forecast | | Forecast | | Forecast | | Forecast | Budget | Variance |
| ***Other Operating Disbursements*** | | | | | | | | | | | | |
| Building Construction and Related | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| Land and Irrigation Improvements | | | | | | | | | | | | |
| Trees | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| Equipment Purchases | $ | - | $ | 313 | $ | - | $ | 1,250 | | 1,563 | $ 1,563 | - |
| Other | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| **Total** | $ | - | $ | 313 | $ | - | $ | 1,250 | | 1,563 | $ 1,563 | - |
| | | | | | | | | | | | | |
| ***Financing Expenses*** | | | | | | | | | | | | |
| Bank Fees | $ | - | $ | 41 | $ | - | $ | 163 | | 203 | $ 203 | - |
| Prudentuial Interest | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| Prudential Loan # 717611678 | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| Prudential Loan # 717611843 | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| FNB (Payment for Adequate Protection) | $ | - | $ | - | $ | - | $ | - | | - | $ 500,000 | (500,000) |
| **Total** | $ | - | $ | 41 | $ | - | $ | 163 | | 203 | $ 500,203 | (500,000) |
| | | | | | | | | | | | | |
| ***Professional (Restructuring)*** | | | | | | | | | | | | |
| Debtor Attorneys | | | | | | | $ | - | | - | $ 150,000 | (150,000) |
| Debtor Financial Advisor | | | | | | | $ | - | | - | $ 40,000 | (40,000) |
| Debtor CPA | | | | | | | $ | 10,000 | | 10,000 | $ 10,000 | - |
| Creditor's Committee | | | | | | | $ | - | | - | $ 50,000 | (50,000) |
| US Trustee Fees | | | | | | | $ | - | | - | $ - | - |
| Other | $ | - | $ | - | $ | - | $ | - | | - | $ - | - |
| **Total** | $ | - | $ | - | $ | - | $ | 10,000 | | 10,000 | $ 250,000 | (240,000) |
| | | | | | | | | | | | | |
| **TOTAL CASH DISBURSEMENTS** | $ | 17,973 | $ | 58,717 | $ | 47,957 | $ | 108,873 | | 233,520 | $ 985,379 | (751,858) |
| | | | | | | | | | | | | |
| **NET CASH FLOW** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **NET CASH FLOW** | $ | 42,027 | $ | 1,283 | $ | 12,043 | $ | ( 48,873 ) | $ | 6,480 | $ ( 613,379 ) | 619,858 |
| Cumulative Net Cash Flow | $ | ( 50,523 ) | $ | ( 49,240 ) | $ | ( 37,197 ) | $ | ( 86,070 ) | $ | ( 86,070 ) | $ 752,961 | (839,031) |
| **CASH (BOOK) BALANCE** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Beginning Book Balance | $ | 109,170 | $ | 151,197 | $ | 152,480 | $ | 164,523 | $ | 109,170 | $ 1,548,744 | ( 1,439,574 ) |
| Add: Net Cash Flow | $ | 42,027 | $ | 1,283 | $ | 12,043 | $ | ( 48,873 ) | $ | 6,480 | $ ( 613,379 ) | 619,859 |
| **ENDING BOOK BALANCE** | $ | 151,197 | $ | 152,480 | $ | 164,523 | $ | 115,650 | $ | 115,650 | $ 935,365 | ( 819,715 ) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| | 13- Weeks September thru November | | |
|---|---|---|---|
| **Week Ending** | 13 Weeks | 13 Weeks | 13 Weeks |
| | Forecast | Budget | Variance |
| **OPERATING STATISTICS** | | | |
| | | | |
| Walnuts Harvested (lbs) | 1,118,400 | 1,118,400 | - |
| Walnuts Purchaed (lbs) | - | - | - |
| Walnuts Processed (lbs) | 78,000 | 78,000 | - |
| In-Shell Shipped (lbs) | 1,000 | 1,695,648 | (1,694,648) |
| Meats Shipped (lbs) | 277,450 | 751,000 | (473,550) |
| **ENDING INVENTORY (lbs)** | | | |
| | | | |
| In-Shell | 2,813,048 | 1,118,400 | 1,694,648 |
| Processed Meats | 1,827,034 | 1,353,484 | 473,550 |
| **Total** | 4,640,082 | 2,471,884 | 2,168,198 |
| **ENDING INVENTORY ($'s)** | | | |
| | | | |
| In-Shell @0.65 (blended) | $ 1,828,481 | $ 726,960 | $ 1,101,521 |
| Processed Meats @1.28 (blended) | $ 2,338,604 | $ 1,732,460 | $ 606,144 |
| **Total** | $ 4,167,085 | $ 2,459,420 | $ 1,707,665 |
| **INVOICES PRODUCED** | | | |
| | | | |
| In-Shell | $ 2,700 | $ 1,102,171 | $ ( 1,099,471 ) |
| Processed Meats | $ 822,936 | $ 1,372,000 | $ ( 549,064 ) |
| **Total** | $ 825,636 | $ 2,474,171 | $ ( 1,648,535 ) |
| **ACCOUNTS RECEIVABLE** | | | |
| | | | |
| Beginning Balance | $ 183,551 | $ 200,000 | $ ( 16,449 ) |
| Add: Invoices | $ 825,636 | $ 2,474,171 | $ ( 1,648,535 ) |
| Less: Receipts | $ ( 502,120 ) | $ ( 2,381,827 ) | $ 1,879,708 |
| **Ending Balance** | $ 507,067 | $ 292,344 | $ 214,723 |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| | 13- Weeks September thru November | | |
|---|---|---|---|
| **Week Ending** | 13 Weeks Forecast | 13 Weeks Budget | 13 Weeks Variance |
| **CASH RECEIPTS** | | | |
| *Operating Receipts* | | | |
| In-Shell | $ 32,700 | $ 1,282,171 | $ ( 1,249,471 ) |
| Processed Meats | $ 577,946 | $ 1,240,000 | $ ( 662,054 ) |
| Hay | $ 31,244 | $ 33,000 | $ ( 1,756 ) |
| PPP/CFAP/FSA/EIDL | $ - | $ - | $ - |
| Custom Work | $ - | $ - | $ - |
| Insurance Claims | $ - | $ - | $ - |
| Patronage Dividends | $ - | $ - | $ - |
| Reimbursed Expenses | $ - | $ - | $ - |
| Rents | $ - | $ - | $ - |
| From/(To) Receiver's Account | $ 60,230 | $ 58,656 | $ 1,574 |
| Other -soil test | $ - | $ - | $ - |
| **TOTAL CASH RECEIPTS** | $ 702,120 | $ 2,613,827 | $ ( 1,911,708 ) |
| | | | |
| **CASH DISBURSEMENTS** | | | |
| *Labor & Related* | | | |
| Wages | $ 241,411 | $ 316,400 | $ ( 74,989 ) |
| Federal Payroll Taxes | $ 53,788 | $ 73,500 | $ ( 19,712 ) |
| State Payroll Taxes and Garnishments | $ 8,796 | $ 12,250 | $ ( 3,455 ) |
| Workers Comp Insurance | $ 36,000 | $ 42,000 | $ ( 6,000 ) |
| Employee Benefits/Medical | $ 300 | $ 350 | $ ( 50 ) |
| Owner Draws | $ - | $ - | $ - |
| Other | $ - | $ - | $ - |
| **Total** | $ 340,295 | $ 444,500 | $ ( 104,205 ) |
| | | | |
| *Farming Expenses* | | | |
| Contract Labor | $ 64,892 | $ 77,000 | $ ( 12,108 ) |
| Equipment Rent | $ 1,500 | $ 1,500 | $ - |
| Fertilizer and Compost | $ - | $ 20,000 | $ ( 20,000 ) |
| Freight and Trucking | $ - | $ - | $ - |
| Fuel | $ 15,672 | $ 16,047 | $ ( 375 ) |
| Irrigation | $ 1,750 | $ 2,000 | $ ( 250 ) |
| Organic expense | $ 438 | $ 500 | $ ( 63 ) |
| Property and Use Taxes | $ - | $ - | $ - |
| Repairs and Maint | $ 36,101 | $ 39,226 | $ ( 3,125 ) |
| Seed | $ - | $ - | $ - |
| Spraying | $ 60,000 | $ 60,000 | $ - |
| Supplies | $ - | $ - | $ - |
| Utilities | $ - | $ - | $ - |
| Other | $ 27,000 | $ 37,000 | $ ( 10,000 ) |
| **Total** | $ 207,353 | $ 253,273 | $ ( 45,921 ) |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11  - v.09.15.2020a.xlsx**

| Week Ending | 13- Weeks September thru November | | |
|---|---|---|---|
| | 13 Weeks | 13 Weeks | 13 Weeks |
| | Forecast | Budget | Variance |
| **Processing Expenses** | | | |
| Comissions | $ 3,500 | $ 20,750 | $ ( 17,250 ) |
| Equipment Rent | $ 1,500 | $ 1,500 | $ - |
| Freight and Trucking | $ 1,200 | $ 1,200 | $ - |
| Inspection Fees | $ 4,725 | $ 5,900 | $ ( 1,175 ) |
| Organic Expense | $ - | $ - | $ - |
| Packaging Materials | $ 2,375 | $ 1,500 | $ 875 |
| Promotion | $ 250 | $ 250 | $ - |
| Property and Use Taxes | $ 1,100 | $ 2,000 | $ ( 900 ) |
| Repairs and Maint | $ 7,500 | $ 8,125 | $ ( 625 ) |
| Supplies | $ 11,525 | $ 7,900 | $ 3,625 |
| Uniforms and Sanitation | $ 5,500 | $ 6,700 | $ ( 1,200 ) |
| Utilities | $ 16,500 | $ 16,500 | $ - |
| Electricity - current usage | $ 55,000 | $ 60,000 | $ ( 5,000 ) |
| Electricity - Deposit | $ 23,000 | $ 23,000 | $ - |
| Walnut Dues and Assessments | $ 7,250 | $ 7,500 | $ ( 250 ) |
| Walnut Grower Assessments | $ - | $ - | $ - |
| Walnut Purchases | $ - | $ - | $ - |
| Other | $ 7,000 | $ 9,500 | $ ( 2,500 ) |
| **Total** | **$ 147,925** | **$ 172,325** | **$ ( 24,400 )** |
| | | | |
| **Administrative Expenses** | | | |
| Automobile | $ 2,544 | $ 906 | $ 1,638 |
| Charitable Cont | $ 3,590 | $ - | $ 3,590 |
| Dues and Subscript | $ 410 | $ 410 | $ - |
| Employee Education | $ - | $ - | $ - |
| Equipment Rent | $ - | $ - | $ - |
| Insurance | $ 45,875 | $ 45,875 | $ - |
| Interest | $ - | $ - | $ - |
| Late Charges | $ - | $ - | $ - |
| Professional (ordinary business) | $ 5,781 | $ 5,781 | $ - |
| Licenses and Permits | $ 2,361 | $ 2,361 | $ - |
| Office Expenses/Telephone | $ 2,531 | $ 2,531 | $ - |
| Security | $ 1,813 | $ 2,313 | $ ( 500 ) |
| Travel and Entertainment | $ 3,531 | $ 4,531 | $ ( 1,000 ) |
| Other | $ 2,610 | $ 2,156 | $ 454 |
| **Total** | **$ 71,047** | **$ 66,865** | **$ 4,182** |

**DRF - 13 Week Cash Budget - - Week Ending Sept 11 - v.09.15.2020a.xlsx**

| Week Ending | 13 Weeks<br>September thru November | | |
|---|---|---|---|
| | 13 Weeks | 13 Weeks | 13 Weeks |
| | Forecast | Budget | Variance |
| ***Other Operating Disbursements*** | | | |
| Building Construction and Related | $ - | $ | $ - |
| Land and Irrigation Improvements | $ - | $ - | $ - |
| Trees | $ - | $ | $ - |
| Equipment Purchases | $ 9,063 | $ 9,063 | $ - |
| Other | $ - | $ - | $ - |
| **Total** | $ 9,063 | $ 9,063 | $ - |
| | | | |
| ***Financing Expenses*** | | | |
| Bank Fees | $ 1,533 | $ 1,503 | $ 30 |
| Prudentuial Interest | $ - | $ - | $ - |
| Prudential Loan # 717611678 | $ - | $ 81,738 | ( 81,738 ) |
| Prudential Loan # 717611843 | $ - | $ 80,625 | ( 80,625 ) |
| FNB (Payment for Adequate Protection) | $ - | $ 500,000 | ( 500,000 ) |
| **Total** | $ 1,533 | $ 663,866 | ( 662,333 ) |
| | | | |
| ***Professional (Restructuring)*** | | | |
| Debtor Attorneys | $ - | $ 150,000 | ( 150,000 ) |
| Debtor Financial Advisor | $ - | $ 40,000 | ( 40,000 ) |
| Debtor CPA | $ 10,000 | $ 10,000 | $ - |
| Creditor's Committee | $ - | $ 50,000 | ( 50,000 ) |
| US Trustee Fees | $ 975 | $ 975 | $ - |
| Other | $ - | $ - | $ - |
| **Total** | $ 10,975 | $ 250,975 | ( 240,000 ) |
| | | | |
| **TOTAL CASH DISBURSEMENTS** | $ 788,190 | $ 1,860,867 | ( 1,072,677 ) |
| | | | |
| **NET CASH FLOW** | | | |
| | | | |
| **NET CASH FLOW** | $ ( 86,070 ) | $ 752,961 | $ ( 839,031 ) |
| Cumulative Net Cash Flow | $ ( 86,070 ) | | |
| | | | |
| **CASH (BOOK) BALANCE** | | | |
| | | | |
| Beginning Book Balance | $ 201,720 | $ 182,404 | 19,315 |
| Add: Net Cash Flow | $ ( 86,070 ) | $ 752,961 | (839,031) |
| **ENDING BOOK BALANCE** | $ 115,650 | $ 935,365 | (819,716) |