**2 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor in Possession. | CASE NO.:  20-24123-E-11<br><br>Chapter 11<br><br>FWP-2<br><br>Date:       October 1, 2020<br>Time:      10:30 a.m.<br>Courtroom: 33 – Judge Ronald H. Sargis<br>                    501 I Street, 6th Floor<br>                    Sacramento, CA |

**OCTOBER 1, 2020 FWP-2 CASH COLLATERAL MOTION
HEARING STATUS REPORT**

Russell Wayne Lester, an individual, dba Dixon Ridge Farms, and the debtor in possession ("Debtor in Possession") in the above-referenced case, hereby submits a status report on hearings in the Debtor in Possession's case that have been continued or set on the October 1, 2020  hearing (the "October 1 Hearing Calendar") as follows:

**DEBTOR IN POSSESSION'S CONTINUED FINAL HEARING REGARDING MOTION TO USE CASH COLLATERAL AND/OR MOTION GRANTING REPLACEMENT LIENS, MOTION SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001 (THE "MOTION")**

1. The Debtor in Possession has circulated a proposed form of order providing continued interim use of cash collateral through the week ending November 12, 2020, to the two creditors who filed supplemental oppositions, First Northern Bank of Dixon ("FNB") and

Prudential Insurance Company of North America ("Prudential").

2. The Debtor in Possession believes it is likely both FNB and Prudential will consent to continued use through November 12 by the end of the day today but is concurrently filing his Supplemental Reply in the event consent is not obtained.

3. If consent is not obtained, the Debtor in Possession will ask the Court to go forward and hear the Motion as a contested matter on the Court's October 1, 2020 calendar at 10:30 a.m.

**CHAPTER 11 STATUS CONFERENCE**

4. The Debtor in Possession duly filed his First Status Conference Statement on September 16, 2020 (Docket No. 152).

5. The September 23, 2020 Status Conference was continued to the October 1 Hearing Calendar by the Court.

6. In an update to the First Status Conference Statement, the Debtor in Possession timely provided all requested materials to the Office of United States Trustee, and the Initial Debtor Interview was conducted this morning (September 30, 2020). It was concluded with no further document follow up documents or information requests to the Debtor in Possession.

7. The Debtor in Possession will be attending the hearings by phone on the October 1 Hearing Calendar, and he and his counsel will be prepared to go forward with the first status conference.

Dated: September 30, 2020

                         FELDERSTEIN FITZGERALD
                         WILLOUGHBY PASCUZZI & RIOS LLP

                         By:   */s/ Thomas A. Willoughby*
                              THOMAS A. WILLOUGHBY
                              Attorneys for Debtor in Possession