**4 PAGES**

THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor in Possession. | CASE NO.:  20-24123-E-11<br><br>Chapter 11<br><br>DCN:  FWP-2<br><br>Fourth Interim Hearing<br>Date:         October 29, 2020<br>Time:         10:30 a.m.<br>Courtroom: 33 – Honorable Ronald H. Sargis<br>                  501 I Street, 6th Floor<br>                  Sacramento, CA |

**NOTICE OF FOURTH INTERIM HEARING ON DEBTOR IN POSSESSION'S EMERGENCY MOTION FOR AN ORDER (A) AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL; (B) GRANTING REPLACEMENT LIENS; AND (C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that a fourth interim hearing ("Hearing") will be held on October 29, 2020 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Ronald H. Sargis, United States Bankruptcy Judge, 501 I Street, Courtroom 33, Sacramento, California, 95814, on the Emergency Motion for an Order (A) Authorizing Interim and Final Use of Cash Collateral; (B) Granting Replacement Liens; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Motion") submitted by the above-captioned debtor in possession (the "Debtor in Possession").

**NOTICE IS FURTHER GIVEN** that by the Motion, the Debtor in Possession is

requesting entry of an order:

    a.    approving the continued interim use of cash collateral at the fourth interim hearing pursuant to the terms of a revised cash collateral budget to be filed on or before October 14, 2020, for fifth interim approval of cash collateral through the week ending December 11, 2020;

    b.    authorizing the use of cash collateral on terms prescribed by the Court;

    c.    granting such other and further relief as the Court deems just and proper under the circumstances.

**NOTICE IS FURTHER GIVEN** that all of the information contained in the Motion is not set forth in this notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ -- subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, Suite 3-200, 501 I Street, Sacramento, California. Counsel for the debtor in possession will also post this notice, the motions, and supporting documents on its web page, which may be accessed as follows: go to www.ffwplaw.com, then click the cases button (last button in the top right-hand corner of the home page), then click on the link to the following web address: https://ffwplaw.sharefile.com/login.aspx; then type the following in the Second box "cases@ffwplaw.com" (without quotes) and then type in the second password box "FFWPRlaw!Password1" (again without quotes). Then click on the "Log In" button; then click Dixon Ridge Farms, and then click on the document that you would like to review.

**NOTICE IS FURTHER GIVEN** that your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1) and the Court's to be entered Order On Debtor In Possession's Emergency Motion For An Order (A) Authorizing Interim And Final Use Of Cash Collateral; (B) Granting

1    Replacement Liens; And (C) Scheduling Final Hearing Pursuant To Bankruptcy Rule 4001. Any

2    opposition to the granting of the relief sought in the Motion must be filed prior to Monday,

3    October 26, 2020, at 3:01 p.m. If you do not want the Court to approve the Motion, or if you want

4    the Court to consider your views on the Motion, you or your attorney must attend the hearing

5    scheduled on October 29, 2020, at 10:30 a.m., to be held electronically at the United States

6    Bankruptcy Court, 501 I Street, Courtroom 33, Sacramento, California, 95814, before the

7    Honorable Ronald H. Sargis, United States Bankruptcy Judge. Failure to oppose the relief

8    requested in the Motion may constitute a waiver of your objections.

9         **PLEASE TAKE FURTHER NOTICE** that effective immediately and extended

10   indefinitely (see General Order 618) all court hearings will be held telephonically, unless

11   otherwise ordered by the Chief Judge of the Bankruptcy Court. For specific information about the

12   operations of the Bankruptcy Court during this time, please see Chief Judge Sargis' Notice of

13   Restricted Courthouse Access and Required Telephonic Appearances for Counsel and Parties

14   which provides:

15        **If you are a pro se debtor or creditor** (a debtor or creditor without a lawyer), you may

16   appear in court telephonically by calling Court Call, a third-party service at: 1-866-582-6878. The

17   Court understands that pro se debtors may use this service without charge for now, but the Court

18   urges you to check with Court Call. If you would like to file a document, please file it by mail.

19   Check the Court's website for the mailing addresses of the Court's divisional offices. You may

20   also file a document by bringing it to the court and leaving it in a drop box the Court has in its

21   lobby. Court Security Officers will show you where the drop box is located. The Court asks that

22   you do not put cash in the drop box. If you do leave cash in the drop box, the Court will not return

23   any change due. Cashier's checks and money orders will be accepted. If you are an attorney,

24   please use Court Call to telephonically appear in court hearings. Court Call's number is: 1-866-

25   582-6878. The Court understands that wait-times are longer than usual, so please give yourself

26   plenty of time. Any future changes or updates will be posted on the Court's website and

27   communicated as appropriate.

28

Notice of 4th Interim Hearing Emergency
Motion for Authority to Use Cash Collateral

1        **NOTICE IS FURTHER GIVEN** that interested parties can determine whether the matter

2    has been resolved without oral argument or whether the Court has issued a tentative ruling, and

3    can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov

4    after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-

5    hearing dispositions prior to the hearing.

6        For a charge, telephonic court appearances may be arranged by contacting Court Call at

7    (866) 582-6878 at least 24 hours in advance of the hearing.

8        If you or your attorney do not take these steps, the Court may decide that you do not

9    oppose the relief sought in the Motion and may enter orders granting the relief requested.

10

11   Dated:  October 6, 2020

12                               FELDERSTEIN FITZGERALD
                                 WILLOUGHBY PASCUZZI & RIOS LLP

13                       By:  */s/ Thomas A. Willoughby*

14                       THOMAS A. WILLOUGHBY
                         Proposed Attorneys for Debtor in Possession

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of 4th Interim Hearing Emergency
Motion for Authority to Use Cash Collateral