**4 PAGES**

1   THOMAS A. WILLOUGHBY, State Bar No. 137597
      LAUREN M. KAWANO, State Bar No. 309273

2   FELDERSTEIN FITZGERALD
      WILLOUGHBY PASCUZZI & RIOS LLP

3   500 Capitol Mall, Suite 2250
      Sacramento, CA  95814

4   Telephone: (916) 329-7400
      Facsimile: (916) 329-7435

5   e-mail: twilloughby@ffwplaw.com
      e-mail: lkawano@ffwplaw.com

6

7   Attorneys for Debtor in Possession

8             UNITED STATES BANKRUPTCY COURT

9             EASTERN DISTRICT OF CALIFORNIA

10               SACRAMENTO DIVISION

11  In re:                    CASE NO.:  20-24123-E-11

12  RUSSELL WAYNE LESTER, an      Chapter 11
    individual, dba Dixon Ridge Farms,

13                      DCN:  FWP-2
          Debtor in Possession.

14                    <u>Final Hearing</u>
                      Date:      February 4, 2021

15                    Time:      10:30 a.m.
                     Courtroom: 33 – Honorable Ronald H. Sargis

16                            501 I Street, 6th Floor
                            Sacramento, CA

17      **NOTICE OF FINAL HEARING ON DEBTOR IN POSSESSION'S EMERGENCY**

18  **MOTION FOR AN ORDER (A) AUTHORIZING INTERIM AND FINAL USE OF**
      **CASH COLLATERAL; (B) GRANTING REPLACEMENT LIENS; AND**

19  **(C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

20      **TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

21          **NOTICE IS HEREBY GIVEN** that a Final Hearing ("Hearing") will be held on

22  February 4, 2021 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the

23  Courtroom of the Honorable Ronald H. Sargis, United States Bankruptcy Judge, 501 I Street,

24  Courtroom 33, Sacramento, California, 95814, on the Emergency Motion for an Order (A)

25  Authorizing Interim and Final Use of Cash Collateral; (B) Granting Replacement Liens; and (C)

26  Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 (the "Motion") submitted by the

27

28

above-captioned debtor in possession (the "Debtor in Possession"). A copy of the proposed amended simplified budget is attached hereto as Exhibit A.

**NOTICE IS FURTHER GIVEN** that all of the information contained in the Motion is not set forth in this notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ -- subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, Suite 3-200, 501 I Street, Sacramento, California. Counsel for the debtor in possession will also post this notice, the motions, and supporting documents on its web page, which may be accessed as follows: go to www.ffwplaw.com, then click the cases button (last button in the top right-hand corner of the home page), then click on the link to the following web address: https://ffwplaw.sharefile.com/login.aspx; then type the following in the Second box "cases@ffwplaw.com" (without quotes) and then type in the second password box "FFWPRlaw!Password1" (again without quotes). Then click on the "Log In" button; then click Russell Lester - Dixon Ridge Farms, and then click on the document that you would like to review.

**NOTICE IS FURTHER GIVEN** that your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

**NOTICE IS FURTHER GIVEN** that the Motion is filed pursuant to Local Rule of Practice 9014-1(f)(1) and the Court's Fifth Interim Order On Debtor In Possession's Emergency Motion For An Order (A) Authorizing Interim And Final Use Of Cash Collateral; (B) Granting Replacement Liens; And (C) Scheduling Final Hearing Pursuant To Bankruptcy Rule 4001. Any opposition to the granting of the relief sought in the Motion must be filed on or before January 14, 2021.  If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must attend the hearing scheduled on February 4, 2021, at 10:30 a.m., to be held electronically at the United States Bankruptcy Court, 501 I Street, Courtroom 33, Sacramento, California, 95814, before the Honorable Ronald H. Sargis, United

States Bankruptcy Judge. Failure to oppose the relief requested in the Motion may constitute a waiver of your objections.

**PLEASE TAKE FURTHER NOTICE** that effective immediately and extended indefinitely (see General Order 618) all court hearings will be held telephonically, unless otherwise ordered by the Chief Judge of the Bankruptcy Court. For specific information about the operations of the Bankruptcy Court during this time, please see Chief Judge Sargis' Notice of Restricted Courthouse Access and Required Telephonic Appearances for Counsel and Parties which provides:

**If you are a pro se debtor or creditor** (a debtor or creditor without a lawyer), you may appear in court telephonically by calling Court Call, a third-party service at: 1-866-582-6878. The Court understands that pro se debtors may use this service without charge for now, but the Court urges you to check with Court Call. If you would like to file a document, please file it by mail. Check the Court's website for the mailing addresses of the Court's divisional offices. You may also file a document by bringing it to the court and leaving it in a drop box the Court has in its lobby. Court Security Officers will show you where the drop box is located. The Court asks that you do not put cash in the drop box. If you do leave cash in the drop box, the Court will not return any change due. Cashier's checks and money orders will be accepted. If you are an attorney, please use Court Call to telephonically appear in court hearings. Court Call's number is: 1-866-582-6878. The Court understands that wait-times are longer than usual, so please give yourself plenty of time. Any future changes or updates will be posted on the Court's website and communicated as appropriate.

**NOTICE IS FURTHER GIVEN** that interested parties can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

For a charge, telephonic court appearances may be arranged by contacting Court Call at (866) 582-6878 at least 24 hours in advance of the hearing.

Notice of Final Hearing on Emergency Motion for Authority to Use Cash Collateral

1    If you or your attorney do not take these steps, the Court may decide that you do not

2  oppose the relief sought in the Motion and may enter orders granting the relief requested.

3  Dated:  December 17, 2020

4                              FELDERSTEIN FITZGERALD
                               WILLOUGHBY PASCUZZI & RIOS LLP

5
                          By:    /s/ Thomas A. Willoughby
6                              THOMAS A. WILLOUGHBY
                               Attorneys for Russell Wayne Lester, dba Dixon Ridge
7                              Farms, the Debtor in Possession

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Final Hearing on Emergency Motion for Authority to
                                       Use Cash Collateral