## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Russell Wayne Lester,<br>              Debtor. | ) Case No. 20-24123 - E - 11<br>) Docket Control No. FWP-2<br>) Document No. 12<br>) Date: 02/23/2021<br>) Time: 10:30 AM<br>) Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Use of Cash Collateral filed by Russell Lester, the Debtor in Possession having been presented to the court, the Parties having stipulated to a seventh interim use of cash collateral order for the period through March 26, 2021, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the hearing on the Motion is continued to **10:30 a.m. on March 25, 2021**. Opposition shall be filed and served by March 18, 2021; and Replies filed and served by March 23, 2021.

Dated: February 25, 2021

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

[12] - Motion/Application Granting Replacement Liens [FWP-2] Filed by Debtor Russell Wayne Lester (isaf) [12] - Motion/Application Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [FWP-2] Filed by Debtor Russell Wayne Lester (isaf) [12] - Motion/Application to Use Cash Collateral [FWP-2] Filed by Debtor Russell Wayne Lester (isaf)