**4 PAGES**
THOMAS A. WILLOUGHBY, State Bar No. 137597
LAUREN M. KAWANO, State Bar No. 309273
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: twilloughby@ffwplaw.com
e-mail: lkawano@ffwplaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Debtor in Possession. | CASE NO.:  20-24123-E-11<br><br>Chapter 11<br><br>DCN:  FWP-2<br><br>Date: March 25, 2021<br>Time: 10:30 a.m.<br>Courtroom: 33- Judge Ronald H. Sargis<br>Modesto Division<br>1200 I Street, Suite 200<br>Modesto, CA |

**REPLY TO PRIOR OPPOSITIONS TO DEBTOR IN POSSESSION'S EMERGENCY MOTION FOR AN ORDER (A) AUTHORIZING INTERIM AND FINAL USE OF CASH COLLATERAL; (B) GRANTING REPLACEMENT LIENS; AND (C) SCHEDULING FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001 AND MARCH 23, 2021 AMENDMENT OF MOTION**

Russell Wayne Lester, an individual, dba Dixon Ridge Farms, and the debtor in possession ("Debtor in Possession") in the above-referenced case, hereby files this Reply to prior oppositions to Debtor in Possession's Emergency Motion for an Order (a) Authorizing Interim and Final use of Cash Collateral; (b) Granting Replacement Liens; and (c) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 and Amendment of Motion (the "Motion").  In support of this Reply, the Debtor in Possession respectfully represents:

**CASH COLLATERAL STATUS**

1. The current full term cash collateral budget for the period December 12, 2020 through the week ending April 1, 2021 was attached to the Supplemental Declaration of Russell K. Burbank in Support of Debtor in Possession's Simplified Cash Collateral Budget for December 2020 through March 2021 (Docket No. 274). The budget was attached as an Exhibit Document filed concurrently therewith (Docket No. 275).

2. The Debtor in Possession submits below an amendment to its present Motion, which seeks continued interim use of cash collateral through April 8, 2021, the date for approval of the Debtor in Possession's Disclosure Statement.

3. The amount of cash collateral sought to be used through the week of April 8, 2021 is $75,266.00 plus a 10% variance. *See* Declaration of Russell Burbank, filed concurrently herewith, and **Exhibit 1** to that Declaration, attached to the Exhibit Document, also filed concurrently herewith (the "March 23, 2021 13 Week Cash Collateral Budget").

4. The $75,266.00 includes $5,000 to advance to the Solano County Land Trust for the Debtor in Possession's estimated share of the Conservation Easement appraisal cost. The Debtor in Possession has requested that the appraisal go forward prior to finalization of all the documentation.

5. At the April 8, 2021 hearing, the Debtor in Possession will seek final approval of use of cash collateral in the total amount, including the interim period, of $765,105.00 plus a 10% variance for emergencies through and including June 25, 2021. *Id.*

6. The proposed form of Order granting the continued interim and final use of cash collateral will also contain all the prior adequate protection liens contained in the prior interim orders and will be approved as to form by counsel for both Prudential and First Northern Bank of Dixon after approval.

**AMENDED RELIEF REQUESTED**

In addition to the relief requested in the Motion and in prior amendments to the Motion, the Debtor in Possession hereby respectfully requests the Court to:

a. Grant interim use of cash collateral through the week ending April 8, 2021 in the amount of $75,266.00 plus a 10% variance.

    b. Set a final hearing on the use of cash collateral on April 8, 2021, for use of cash collateral through $765,105.00 plus a 10% variance for the amounts set forth in the March 23, 2021 13 Week Cash Collateral Budget.

    c. At the final hearing, authorize the Debtor in Possession to use the cash collateral of First Northern Bank of Dixon ("FNB") and Prudential Insurance Company of America ("Prudential") and any disputed producer lien creditors that may exist (collectively, "Secured Creditors") on an final basis for the period beginning March 27, 2021 through and including June 25, 2021, for necessary expenses in the amount of as set forth in the March 23, 2021 13 Week Cash Collateral Budget attached as **Exhibit 1** to the Exhibit Document filed concurrently herewith;

    d. Grant such other relief as is just and appropriate given the circumstances of the Motion.

### SUMMARY OF SETTLEMENT DISCUSSIONS

7. The Debtor in Possession continues to seek a consensual Plan of Reorganization.

8. Significant progress with Prudential Life Insurance Company of America ("Prudential") is anticipated prior to the March 25, 2021, interim cash collateral hearing.

9. Even though there is an apparent lack of progress on a settlement with First Northern Bank of Dixon ("FNB"), counsel for Debtor in Possession and FNB are at least still having mediation privileged settlement discussions.

### PLAN BACKGROUND

10. Pursuant to this Court's Order Extending Briefing Schedule for Motion to Approve Disclosure Statement and Continue Hearing Date of March 25, 2021 (Docket No. 461), the Debtor in Possession will file and serve proposed amendments to the Plan of Reorganization ("Plan") and Disclosure Statement ("Disclosure Statement") by March 25, 2021. The Debtor in Possession anticipates that the confirmation hearing on the Plan will occur between the end of May 2021 and mid-June 2021 and has therefore requested use of cash collateral through June 25, 2021 to ensure continued operations until the Plan is confirmed.

11. Since the initial mediation on February 10, 2021, the Debtor in Possession and Prudential have made significant strides through continued mediation calls with Judge Newsome

and the Debtor in Possession expects to have a settlement with Prudential and a confirmable plan prior to April 8, 2021, if not by the March 25, 2021 proposed emergency hearing date for this Motion.

**CONCLUSION**

12. Considering the extent of the Debtor in Possession's diligence in his efforts to satisfy the concerns of his two largest secured creditors, Prudential and FNB, authorizing the cash collateral budget through April 8, 2021, on an interim basis, and through June 25, 2021 on a final basis will allow the Debtor in Possession the necessary time to continue to settle all outstanding disputes and confirm a viable plan of reorganization that pays all creditors in full over time.

13. The Debtor in Possession submits that authorization of cash collateral use for the last stretch of the case prior to Plan confirmation will ultimately benefit both Prudential and FNB and unsecured creditors as it will allow the Debtor in Possession the ability to submit and confirm a feasible plan providing for payment to all creditors.

**SERVICE**

14. This reply and amendment to the Motion shall be served by mail on all creditors on the Court's mailing list, and by email on all Secured Creditors, parties that have previously appeared on behalf of parties in interest to this Motion, all parties that have requested special notice and the Office of the United States Trustee, as well as by email on the CM/ECF e-service.

WHEREFORE, the Debtor in Possession respectfully requests that the Court grant the relief requested herein.

Dated: March 23, 2021

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Thomas A. Willoughby*
THOMAS A. WILLOUGHBY
Attorneys for Russell Wayne Lester, dba Dixon Ridge Farms, the Debtor in Possession