RICHARD A. LAPPING, State Bar No. 107496
TRODELLA & LAPPING LLP
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 200-9407
Rich@TrodellaLapping.com

Attorneys for Russell Wayne Lester,
Reorganized Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>RUSSELL WAYNE LESTER, an individual, dba Dixon Ridge Farms,<br><br>Reorganized Debtor. | CASE NO.: 20-24123-E-11<br><br>Chapter 11<br><br>DCN: RAL-003<br><br>[B.L.R. 5010-1(a) – No Hearing Requested] |

**REORGANIZED DEBTOR'S *EX-PARTE* APPLICATION FOR AN ORDER REOPENING CHAPTER 11 CASE**

Pursuant to the procedures for reopening this case set forth in Paragraph 5 of the Order Authorizing Entry of Final Decree and Closing of Chapter 11 Case (Docket No. 807) (the "Case Closing Order"), Russell Wayne Lester, an individual, dba Dixon Ridge Farms, the former Debtor in Possession in the above referenced case (the "Case") and Reorganized Debtor herein (the "Reorganized Debtor"), under the terms of his confirmed Amended Plan of Reorganization dated May 18, 2021 as modified by the Court on July 1, 2021 (Docket No. 807) (the "Plan") [1], hereby moves the court for an order reopening the above captioned case to allow the Reorganized Debtor to seek authority to modify the Plan to require secured creditor First Northern Bank of Dixon ("FNB") to cease enforcement of its security interests in inventory, equipment, and personal property when and if the Reorganized Debtor has otherwise reinstated FNB's loans pursuant to the

---

[1] Capitalized terms used but not defined herein shall have the same meanings as ascribed to them in the Plan.

real estate foreclosure statute, California Civil Code section 2924c, and to make such other motions as may be necessary to implement the provisions of the Plan.

### RELIEF REQUESTED

1. The Reorganized Debtor seeks a Court order approving the reopening of the Reorganized Debtor's bankruptcy Chapter 11 case pursuant to 11 U.S.C. § 350 and L.R. 5010-1.

### JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This Motion is brought pursuant to 11 U.S.C. §§ 105, 350 and Local Rule 5010-1.

### APPOINTMENT OF A TRUSTEE

3. As required by Local Rule 5010-1(b)(1), the Reorganized Debtor does not request appointment of a trustee at this time.

### AMENDED SCHEDULES AND STATEMENTS

4. As required by Local Rule 5010-1(b)(2), the Reorganized Debtor does not intend to amend the schedules and statements at this time.

### BACKGROUND

5. On August 27, 2020, the Reorganized Debtor filed, in his individual capacity, for bankruptcy relief under chapter 11 of Title 11 of the United States Code in the Bankruptcy Court for the Eastern District of California, thus commencing the Bankruptcy Case.

6. The Plan was confirmed pursuant to an order dated May 27, 2021, and modified in an order dated July 1, 2021. (Docket No. 724.) The Effective Date of the Plan was July 1, 2021.

7. On January 14, 2022, the Court entered the Case Closing Order, which provided that:

> "[a]ny party in interest may file an application to reopen the Case for the purposes of filing a motion to resolve any Plan Disputes. Such application may be made *ex-parte* without notice except through the Court's ECF system. The Court grants a waiver of the Court fee to reopen the case to file a motion to resolve any Plan Disputes."

Case Closing Order, Paragraph 5.

8. Plan Disputes was defined in the order as "any issues or disputes respecting the Plan (including without limitation the interpretation thereof), the Plan Sales and/or distribution or

application of the Plan Sale Proceeds." Case Closing Order, Paragraph 4.

9. On March 21, 2022, Reorganized Debtor filed a motion to reopen the Case to enable the Reorganized Debtor to complete the sale of the Conservation Easement.

10. The Court ordered the re-opened case closed at the request of the Reorganized Debtor on August 12, 2022. (Docket No. 901.)

11. The sale of the Conservation Easement closed on August 15, 2022.

12. On March 21, 2023, FNB obtained an order in Solano County Superior Court appointing a receiver based on certain Reorganized Debtor payment defaults under the terms of his loans with FNB.

13. As set forth in the final Estimated Seller's Settlement Statement attached hereto, on April 27, 2023, the SPE Independent Manager, Hank Spacone, closed the sale of the McCune Ranch for a sale price of $14,925,302.50, resulting in the payment in full of Reorganized Debtor's obligations to Prudential; partial payment of his obligations to FNB; payment in full of the Voluntarily Deferred Allowed Administrative Claims; payment in full of all remaining General Unsecured Claims; and payment in full of then-outstanding fees of the Independent SPE Manager and his attorney, in addition to other closing costs as set forth in the attached closing statement.

14. On May 4, 2023, Reorganized Debtor tendered, and FNB accepted, certified checks in the aggregate amounts of $338,679.04, which amounts were required by FNB to reinstate the remaining three FNB loans secured by Reorganized Debtor's real property and his inventory, equipment, and other personal property.

15. On May 4, 2023, FNB acknowledged receipt and reinstated the three FNB loans.

16. Notwithstanding Reorganized Debtor's full reinstatement of the FNB loans under California Civil Code section 2924c, FNB on May 5, 2023 took the position that under California Commercial Code section 9604(a)(3)(C), FNB may continue enforcement of its liens on Reorganized Debtor's inventory, equipment, and other personal property by sale through the receivership, despite the absence of any further payment defaults.

17. Reorganized Debtor intends to seek to prevent the receiver's forced sale of his critical business inventory and equipment through a modification of the Plan.

## DISCUSSION

18. 11 U.S.C. § 350 provides that "(b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

19. Motions for the reopening of cases are "routinely granted because the case is necessarily reopened to consider the underlying request for relief." *In re Dodge*, 138 B.R. 602, 605 (Bankr. E.D. Cal. 1992) (citing *In re Corgiat*, 123 B.R. 388, 392, 393 (Bankr. E.D. Cal. 1991)).

20. Here, there is cause to reopen the Case. The order closing the Case specifically provides that a party in interest may file an application to reopen the Case for the purposes of filing a motion to resolve any Plan Disputes, which include issues respecting the Plan.

## CONCLUSION

WHEREFORE, the Reorganized Debtor respectfully requests that the Court or the Clerk of the Court enter an order granting the relief requested herein.

Dated: May 24, 2023          TRODELLA & LAPPING LLP

By: */s/ Richard A. Lapping*
Richard A. Lapping
Attorneys for Reorganized Debtor

**ATTACHMENT – SELLER'S CLOSING STATEMENT**

# OLD REPUBLIC TITLE COMPANY

A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP

790 Mason Street, Suite 101 • Vacaville CA • 95688 • (707) 455-7182 • FAX (707) 676-9052

Russell Lester, LLC

Date: April 26, 2023  
Escrow No.: 1716031206-PP  
Escrow Officer: Patty Penrod  
Settlement Date: April 27, 2023

Property: APN: 0107-110-100; 0107-110-110; 0107-110-020, Winters, CA 95694

## Estimated Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---:|---:|
| Sales Price | | | 14,924,302.50 |
| Loan payoff to Prudiential (Secured - DOT) ($6,949,504.48) | | | |
|   Current Principal | | 6,500,000.00 | |
|   Prepayment Penalty | | 31,562.50 | |
|   Interest | | 359,477.08 | |
|   Professional fees | | 58,464.90 | |
| Loan payoff to First Northern Bank (Unsecured- per BK) ($5,924,191.87) | | | |
|   Current Principal | | 5,312,091.86 | |
|   Interest | | 226,354.14 | |
|   Late Charges | | 14,160.10 | |
|   Trustee Fees | | 14,407.68 | |
|   Attorney Fees | | 289,889.34 | |
|   Addtional Atty Fees (estimated) | | 32,000.00 | |
|   Receiver Certificate No. 1 | | 35,000.00 | |
|   Interest on Receiver Certified No. 1 | | 288.75 | |
| Broker's Commission 3.0% | | 447,729.08 | |
|   To Charter Realty | 223,864.54 | | |
|   To Stromer Realty Company of California | 223,864.54 | | |
| Voluntary Deferred Administrative Claim - to Sagner Kirman Blaine Klomparens LLP ($31,416.55) | | | |
|   Current Principal | | 31,412.81 | |
|   Interest 03/28/23 through 04/30/23, 34 days @ $0.11 (est.) | | 3.74 | |
| Voluntary Deferred Administrative Claim - to BPM LLP ($243,793.56) | | | |
|   Current Principal | | 243,763.98 | |
|   Interest 03/28/23 through 04/30/23, 34 days @ $0.87 (est.) | | 29.58 | |
| Voluntary Deferred Administrative Claim - to Felderstien Fitzgerald Willoughby Pascuzzi & Rios LLP ($552,123.30) | | | |
|   Current Principal | | 552,056.66 | |
|   Interest 03/28/23 through 04/30/23, 34 days @ $1.96 (est.) | | 66.64 | |
| Unsecured Lien to Class 11 GUC ($454,214.71) | | | |
|   Yolo Farm Bureau | | 250.59 | |
|   Cintas | | 339.97 | |
|   DMV | | 1,347.18 | |
|   Martinez | | 15,007.46 | |
|   Olivera Enterprises Inc. | | 44,533.73 | |
|   Ceja-Reyes | | 60,297.60 | |
|   Willbur Ellis | | 107,905.78 | |
|   PG&E | | 224,532.40 | |
| Natural Hazard Disclosure Report to if required | | 129.00 | |
| Signing/Notary Services to SnapDocs | | 200.00 | |
| Transfer Fee to Solano Land Trust | | 50,802.00 | |
| SPE Manager Fees to Hank Spacone | | 50,925.00 | |

# OLD REPUBLIC TITLE COMPANY
A MEMBER OF THE OLD REPUBLIC TITLE INSURANCE GROUP
790 Mason Street, Suite 101 • Vacaville CA • 95688 • (707) 455-7182 • FAX (707) 676-9052

Russell Lester, LLC

Date: April 26, 2023
Escrow No.: 1716031206-PP
Escrow Officer: Patty Penrod
Settlement Date: April 27, 2023

Property: APN: 0107-110-100; 0107-110-110; 0107-110-020, Winters, CA 95694

## Estimated Seller's Settlement Statement

| Item | | Debits | Credits |
|---|---|---|---|
| SPE Manager Fees to Meegan, Hanschu & Kassenbrock | | 36,817.03 | |
| SPE Manager Fees to Reynolds Law LP | | 9,680.00 | |
| Real Estate Taxes to Solano County Tax Collector (0107-110-020) | | 15,127.18 | |
|    All 2022-23 | 15,127.18 | | |
| Real Estate Taxes to Solano County Tax Collector (0107-110-010) | | 1,232.26 | |
|    All 2022-23 | 1,232.26 | | |
| Real Estate Taxes to Solano County Tax Collector (0107-110-011) | | 46,839.88 | |
|    All 2022-23 | 46,839.88 | | |
| Prorata R.E. Taxes, 04/27/23 to 07/01/23, 64 days @ $38.1494 (est.) | | | 2,441.56 |
| Prorata R.E. Taxes, 04/27/23 to 07/01/23, 64 days @ $3.0613 (est.) | | | 195.92 |
| Prorata R.E. Taxes, 04/27/23 to 07/01/23, 64 days @ $118.2321 (est.) | | | 7,566.85 |
| Escrow Fees to Old Republic Title Company | | 2,850.00 | |
| Additional Charges | | 545.00 | |
|    CA-Reporting and Withholding Service Fee to Old Republic Title Company | 45.00 | | |
|    Additional Processing Fee - to Old Republic Title Company | 500.00 | | |
| Title Charges | | | |
|    CLTA Owner's Policy to Old Republic Title Company | | 12,685.65 | |
| County Transfer Tax to County of Solano | | 16,416.95 | |
| Due To Seller (est.) | | 87,283.33 | |
| | | | |
| Total | | 14,934,506.83 | 14,934,506.83 |