FORM EDC 6–640 Order Closing Case Where Case Has Been Reopened  (v.8.14)

20–24123 – E – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN REOPENED

**Case Number:**    20–24123 – E – 11

**Debtor Name(s) and Address(es):**

Russell Wayne Lester
5430 Putah Creek Road
Winters, CA 95694

An order reopening case having been entered and the estate having been fully administered;

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated:  6/30/23

Wayne Blackwelder
Clerk of Court